## EXHIBIT A

**Rosebud Lending LZO d/b/a ZocaLoans**
**LOAN AGREEMENT**

Lender:                                                    Borrower:
Rosebud Lending LZO d/b/a ZocaLoans                        Joseph Morgan
PO Box 1147, 27565 Research Park Dr,
Mission, SD 57555
support@zocaloans.com



**This is our loan agreement (this "Agreement") with you regarding your loan. It contains important terms and conditions. You should read it carefully before you electronically sign it.**

The words "you" and "your" mean the borrower who has electronically signed it. The words "we", "us" and "our" means Rosebud Lending LZO d/b/a ZocaLoans. We are a sovereign enterprise, an economic development arm and instrumentality of, and wholly owned and controlled by, the Rosebud Sioux Tribe (the "Tribe"), a federally recognized sovereign American Indian Tribe. All disclosures in this Agreement are also terms and conditions of this Agreement.

**You must electronically sign this Agreement and submit it to us with your application. We will then approve or deny your application. If we approve it, the proceeds of your loan will be disbursed to you and this Agreement will be in full effect. If we deny your application, we will notify you of the denial and this Agreement will be terminated.**

**YOU HAVE A RIGHT TO CANCEL THIS AGREEMENT** without cost within three days from the date we notify you that your application has been approved by us. If you decide to cancel this Agreement, you must send us your notice of cancellation by email to support@zocaloans.com or by phone to 1-888-980-1532 no later than midnight Central Time on the second day after the funding date (the "Midnight Deadline"). You must also return all proceeds of your loan that you received by the Midnight Deadline. To return those amounts to us, your notice of cancellation must also include your authorization for us to use one of the payment methods you selected on your Payment Choice Authorization (below). If we do not receive your notice of cancellation and return of your loan proceeds by the Midnight Deadline, then this Agreement will remain in full force and effect.

| FEDERAL TRUTH-IN-LENDING DISCLOSURES | | | |
|---|---|---|---|
| **ANNUAL PERCENTAGE RATE**<br><br>The cost of your credit as a yearly rate. | **FINANCE CHARGE**<br><br>The dollar amount the credit will cost you. | **AMOUNT FINANCED**<br><br>The amount of credit provided to you or on your behalf. | **TOTAL OF PAYMENTS**<br><br>The amount you will have paid after you have made all payments as scheduled. |
| 543.30% | $2242.81 | $1350.00 | $3,592.81 |

**Payment Schedule**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 1 | $299.39 | 09/17/2021 |
| 1 | $299.39 | 10/01/2021 |
| 1 | $299.39 | 10/15/2021 |
| 1 | $299.39 | 10/29/2021 |
| 1 | $299.39 | 11/12/2021 |
| 1 | $299.39 | 11/26/2021 |
| 1 | $299.39 | 12/10/2021 |
| 1 | $299.39 | 12/27/2021 |
| 1 | $299.39 | 01/07/2022 |
| 1 | $299.39 | 01/21/2022 |
| 1 | $299.39 | 02/04/2022 |
| 1 | $299.52 | 02/18/2022 |

**Prepayment:** If you pay off all or any portion of your debt early, you may be entitled to a refund of part of the finance charge. No refund will be provided upon a partial prepayment.

**Late Charge:** If any part of a payment is unpaid for not less than 3 days after it is due, there is a late charge of $25.

☑ **Security Interest:** We have a security interest in the Electronic Fund Transfer ("EFT") authorization.

**Additional Information:** See the Agreement for any additional information about nonpayment, default, and any required repayment in full before the scheduled date, and prepayment refunds and penalties.

**Itemization of the Amount Financed**

1. Amount given directly to you: $1350.00
2. Amount financed: $1350.00

**SPECIAL NOTICES:**

- **YOUR LOAN IS AN EXPENSIVE FORM OF BORROWING.**
- **YOU CAN SAVE FINANCE CHARGES BY PAYING OFF YOUR LOAN EARLY EITHER IN PART OR IN FULL.**
- **YOUR LOAN IS DESIGNED TO ASSIST YOU IN MEETING YOUR SHORT-TERM CASH NEEDS.**
- **IT IS NOT A SOLUTION FOR LONGER TERM FINANCIAL PROBLEMS.**
- **YOU MAY BE RESPONSIBLE FOR ADDITIONAL FEES, AND INTEREST MAY ACCRUE IF YOU CHOOSE TO ROLL OVER OR REFINANCE YOUR LOAN.**
- **CREDIT COUNSELING SERVICES ARE AVAILABLE IN YOUR COMMUNITY FOR CONSUMERS EXPERIENCING FINANCIAL PROBLEMS.**

**YOUR PROMISE TO PAY.** You promise to pay the installment amount on the dates set forth above (each a "Payment Due Date" and collectively, "Payment Due Dates") in the Payment Schedule section of the Federal Truth in Lending Disclosure above. The term "Installment Period" means the time period set forth in the Payment Schedule above when each installment payment on your loan is due. You agree to make your payments using the method or methods you select in your Payment Choice Authorization (below).

**PAYMENTS.** You are required to make the payments for each Installment on or before the Payment Due Dates in your payment schedule. If you would like to repay your loan according to a payment plan other than as set forth herein, you must contact a customer service representative no later than three (3) days prior to your next scheduled Payment Due Date to make those payment schedule modifications if you would like them in effect for the next Payment Due Date. You will make your payments on or before every Payment Due Date until you have paid the entire principal and accrued finance charge(s) and any other charges as described in this Agreement. If, on the final scheduled Payment Due Date, you still owe amounts under this Agreement, you will pay those amounts in full on that date.

**PAYMENT BY CHECK OR MONEY ORDER.** If you elect to pay by check or money order, then you agree to repay all amounts due pursuant to this Agreement via check or money order. All mailed payments must reach us by 4:00 pm Mountain Time on or before the Payment Due Date. If you provide a check as a payment, you authorize us either to use information from your check to make a one-time electronic funds transfer ("EFT") from your Bank Account (as hereinafter defined) or to process the payment as a check transaction. When we use information from your check to make an EFT, funds may be withdrawn from your Bank Account as soon as the same day that we receive your payment, and you will not receive your check back from your financial institution.

**WHEN YOU BEGIN PAYING FINANCE CHARGE(S).** You begin to accrue finance charge(s) for the loan on the Disbursement Date, defined below. The first Installment Period on the loan begins on the Disbursement Date and ends on the first Payment Due Date. Thereafter, each Installment Period begins on the first date following the Payment Due Date and ends on the next Payment Due Date. You will be charged finance charge(s) on the entire Installment Period beginning on the first day of the Installment Period. In calculating Your payments, We have assumed You will make each payment on the day and in the amount due as outlined within Your payment schedule. If any payment is made before the Payment Due Date, the finance charge(s) are due for the entire Installment Period and no refund shall be made for the finance charge(s) charged for the Installment Period. Time is of the essence, which means that there are no grace periods for when payments must be made.

**PREPAYMENT.** This loan may be prepaid in full or in part at any time without penalty. Any partial prepayment will be applied to any accrued and unpaid interest, fees, or other charges, and then it will be applied to the outstanding principal balance. Any partial payment may reduce the number of remaining payments or the amount of the final payment. Otherwise, a partial prepayment will not postpone the due date of any subsequent monthly installments, and you must continue to make regularly scheduled payments until all amounts due under this loan are paid. To arrange to prepay your loan in whole or in part, you must go online at www.zocaloans.com and login to the customer portal or call us at 1-888-980-1532 to alert us of your intention to make a prepayment and then follow our instructions. Partial prepayments will not change the amount or due date of your remaining payments until your loan made pursuant to this Agreement is paid in full.

**SECURITY.** Pursuant to Comment 2(a)(25) of the Consumer Financial Protection Bureau Official Staff Commentary to Regulation Z §1026.2, we have disclosed to you, and you have agreed, that our interest in the EFT Authorization is a security interest for Federal Truth-in-Lending purposes only, because federal and state law do not clearly address whether our interest in the EFT Authorization is a "security interest." However, the federal Truth-in-Lending disclosures are not intended to create a security interest under state law and shall not be evidence of or an admission by us that this transaction is anything other than an unsecured loan.

**DISBURSEMENT.** If your loan is approved, we will disburse your loan proceeds within 1 business day. A business day is a regular work day and does not include Saturday, Sunday or holidays. You authorize us to use commercially reasonable efforts to initiate a credit entry by depositing the proceeds of your loan into the Bank Account authorized below. The date that your loan proceeds are deposited to your

Bank Account or onto your payment instrument is the "Disbursement Date." Unavoidable delays such as bank holidays, the processing schedule of your individual bank, inadvertent processing errors, "acts of God" or "acts of terror" may extend the time for the deposit.

You authorize us to process your loan proceeds with a credit deposit to your following bank account ("Your Bank Account"):

Bank Name: 

Transit ABA Number:

Deposit Account Number:

*Account Number Masked for your protection

We will make this disbursement credit by using any commercially available method we choose, such as (but not limited to) Automated Clearing House (ACH) entries, wire transfers, or transactions through your debit card accessing your Bank Account. As a data security measure, you will separately provide us with your debit card information.

**EXPEDITED FUNDING SERVICE.** If you want to receive your loan proceeds at least one business day sooner than through a regularly scheduled disbursement, we may offer you an expedited funding service ("Expedited Funding Service"). If you choose this Expedited Funding Service, your loan proceeds will be deposited into your Bank Account on the same business day as your loan is approved (if before 1:00 p.m. Mountain Time) or the next business day if after that time.

For example, if your loan was approved at 11:00 a.m. on Friday, your loan proceeds would likely be deposited into your Bank Account on Monday. However, if you use the Expedited Funding Service, then your loan proceeds would be disbursed to you on Friday.

Note that the timing of when your bank actually makes these funds available to you is entirely controlled by your bank and not us. There is an additional cost that we have to pay to provide this Expedited Funding Service. This Expedited Funding Service Fee will be included in your first payment. If you want to use Expedited Funding Service, call us at 1-888-980-1532 .

**ALL SUMS DUE.** If you fail to make your payments on time we can require you to pay your unpaid balance in full. We can also require you to pay your unpaid balance in full if you break any promise you made in this Agreement or if any statement that you made in your application or in connection with your loan is untrue or becomes untrue. This means that, under any of the aforementioned circumstances, you must pay us all principal, finance charges and other amounts that you owe us.

**REFUSED INSTRUMENT CHARGE.** If your payment method is stopped, denied or otherwise dishonored, then you agree to pay us a fee of $25. Your refused instrument may also cause your payment to be late which could result in you also having to pay a late charge.

**CONSUMER REPORTS.** You authorize us to obtain consumer reports about you now or in the future as long as you owe us money under this Agreement. We may report information about your performance under this Agreement to credit reporting agencies. Late payments, missed payments and defaults may be reported. This may negatively impact your ability to receive loans or advances from other companies or to write checks.

**CREDIT DISPUTES; IDENTITY THEFT.** If you believe that any information about your loan that we have furnished to a consumer reporting agency is inaccurate, or if you believe that you have been the victim of identity theft in connection with any loan made by us, write to us at PO Box 1147, 27565 Research Park Dr, Mission, SD 57555. In your letter (i) provide your name and loan number, (ii) identify the specific information that is being disputed, (iii) explain the basis for the dispute and (iv) provide any supporting documentation you have that substantiates the basis of the dispute. If you believe that you have been the victim of identity theft, you may be required to submit an identity theft affidavit or identity theft report.

**ENTIRE AGREEMENT.** This Agreement contains the entire agreement between you and us relating to it. Any change to this Agreement must be in writing and must be signed by both parties. No oral changes are binding.

**OTHER RIGHTS.** We may delay enforcing any of our rights without losing them. We can enforce this Agreement against your heirs and legal representatives. We may assign or transfer this Agreement and our rights under it without notice to you and we do not need your consent.

**DEFAULT.** Time is of the essence, and you will be in default under this Agreement (as it may be amended) if you do not make any payment when due. Upon default, we may, without notice or demand, declare the entire amount then unpaid immediately due and payable. We reserve the right to report loan payment delinquencies at or in excess of 14 days to one or more consumer reporting agencies in accordance with applicable law. You agree to pay all costs of collecting any delinquent payments, including reasonable attorneys' fees, as permitted by applicable law.

**LAW THAT APPLIES.** The laws of the Rosebud Sioux Tribe ("Tribal Law") will govern this Agreement, without regard to the laws of any state or other jurisdiction, including the conflict of laws rules of any state. You agree to be bound by Tribal Law, and in the event of a bona fide dispute between you and us, Tribal Law shall exclusively apply to such dispute.

**SOVEREIGN IMMUNITY.** This Agreement together with any related documents are being submitted by you to us as a sovereign

enterprise, an economic development arm and instrumentality of the Tribe which shares in the governmental sovereign immunity of the Tribe. Because we and the Tribe are entitled to sovereign immunity, you will be limited as to what claims, if any, you may be able to assert against us. To encourage resolution of consumer complaints, any complaint may be submitted by you or on your behalf to arbitration as described below.

**PRESERVATION OF SOVEREIGN IMMUNITY.** It is the express intention of the Tribe and us operating as an economic arm of the Tribe, to fully preserve, and not waive other than as expressly provided in this Agreement, our sovereign governmental immunity from suit, and any other rights, titles, privileges, and immunities, to which we or the Tribe are entitled. To protect and preserve the rights of the parties, no person may assume a waiver of sovereign immunity. No waiver is or can be made except by express written declaration of the Tribe's governing Council specifically authorizing a waiver for the matter in question. Except as pertaining to a single, potential arbitration between you, as an individual consumer, and us, no such waiver has been made with respect to this Agreement, your disbursement and Payment Choice Authorization or any other related document.

**TELEPHONE CALLS AND TEXT MESSAGES REGARDING YOUR LOAN.** Notwithstanding any current or prior election to opt-in to telemarketing calls or SMS messages (including text messages) from us, our agents, representatives, affiliates or anyone calling on our behalf, you expressly consent to be contacted by us, our agents, representatives, affiliates or anyone calling on our behalf for any and all purposes arising out of or relating to your loan and your account, at any telephone number or physical or electronic address you provide at which you may be reached. You agree that we may contact you using automated telephone dialing or text messaging systems, calls with prerecorded messages or artificial voices and electronic mail to provide messages to you about Payment Due Dates, missed payments, options to amend this Agreement and other important information. The telephone messages are played by a machine automatically when the telephone is answered, whether answered by you or someone else. These messages may also be recorded by your answering machine. You agree that we, and our agents, employees and other representatives, may monitor and/or record any of your phone conversations. By providing us with your cell or mobile telephone number, you authorize us to contact you from time to time regarding your application and loan at that number using text messages. Standard text messaging and/or calling charges by your communications carrier may apply. You may withdraw your consent to receive text messages by calling us at 1-888-980-1532 or emailing us at support@zocaloans.com. We will not impose any fee to process the withdrawal of your consent to receive text messages. Any withdrawal of your consent to use text messages will be effective only after we have a reasonable period of time to process your withdrawal.

## ADVERTISING OR TELEMARKETING TEXT MESSAGES AND TELEPHONE CALLS

By signing this section, you consent to advertising and telemarketing text messages to the mobile phone number you provide below. You also consent to our advertising or telemarketing calls to you at your mobile phone number using an automatic telephone dialing system or an artificial or prerecorded voice.

☑ Your checking this box will be deemed to be your signature acknowledging your consent to receive advertising and telemarketing text messages and telephone calls as described above to your mobile phone at ▓▓▓▓▓▓ .

**You are not required to provide this consent to obtain credit or other services.** You may withdraw your consent by calling us at 1-888-980-1532 or emailing us at support@zocaloans.com.

You understand that any text messages we send you may be accessed by anyone with access to your text messages. Your service provider may charge you fees for text messages. We shall have no liability for the cost of any text messages.

**BANKRUTPCY.** You promise that you are not currently a debtor in any bankruptcy proceeding, you are not contemplating bankruptcy and you have not consulted with an attorney regarding a potential bankruptcy filing in the past six months. You must provide any notice(s) of any future bankruptcy petition and all subsequent filings, motions, orders or correspondence to us at PO Box 1147, 27565 Research Park Dr, Mission, SD 57555. You agree that any other written or oral communication concerning a bankruptcy is null and void and of no effect.

**COMMITMENT TO CUSTOMER SERVICE.** . We believe our customer service team should be able to make things right for our customers. We would prefer that you contact us first with any questions or concerns regarding your loan. We will work diligently to try to effectively resolve any questions or issues that you have. Please direct any questions, issues or disputes in the first instance to our management, in writing at support@zocaloans.com or at PO Box 1147, 27565 Research Park Dr, Mission, SD 57555 and we will do our best to help you quickly.

**CONSENT TO ELECTRONIC COMMUNICATIONS AND DISCLOSURES.** You have agreed that we may electronically provide you with all communications, disclosures and other information regarding your application and loan ("Communications"). Your consent does not apply to any future transactions that may occur between us. You should print out, download or otherwise store all of these Communications to keep for your records.

You will need a computer with internet access and a printer capable of printing text screens or hard drive capable of storing data. In addition, you must use an internet browser software that supports 256-bit Encryption.

To access, view and retain Communications from us, you will need the ability to receive and read emails that contain hyperlinks to

websites. If you provide us with an email address in your application, you may notify us of changes in your email address by writing us at support@zocaloans.com.

Even if you consent to the electronic delivery of Communications, you may also receive a paper copy of any Communications provided to you electronically by writing us at support@zocaloans.com. There is no fee for the paper copy. You may also withdraw your consent by sending us your request in writing to PO Box 1147, 27565 Research Park Dr, Mission, SD 57555. If you decide to withdraw your consent, the legal effectiveness, validity and/or enforceability of all prior electronic Communications will not be affected.

## ARBITRATION PROVISION

**PLEASE READ THIS ARBITRATION PROVISION CAREFULLY. IT PROVIDES THAT ANY DISPUTE MUST BE RESOLVED BY BINDING ARBITRATION. ARBITRATION REPLACES THE RIGHT TO GO TO COURT, INCLUDING THE RIGHT TO A JURY TRIAL, AND THE RIGHT TO INITIATE OR PARTICIPATE IN A CLASS ACTION OR SIMILAR COLLECTIVE OR CONSOLIDATED PROCEEDINGS. IN ARBITRATION, A DISPUTE IS RESOLVED BY AN ARBITRATOR INSTEAD OF A JUDGE OR JURY, AND THE ARBITRATOR'S DECISION IS FINAL AND BINDING. ARBITRATION PROCEEDINGS ARE SIMPLER AND MORE LIMITED THAN COURT PROCEDURES.**

**INDIVIDUAL CONSUMER ARBITRATION.** Our goal is to use individual consumer arbitration as an efficient and cost effective means of resolving any Dispute (as defined below). Both you and we have the right to seek resolution of any Dispute by submitting a demand for arbitration to Judicial Arbitration and Mediation Services, Inc. (JAMS) (www.jamsadr.com), or the American Arbitration Association (AAA) (www.adr.org), at the option of the party requesting arbitration. Disputes also may be referred to another arbitration organization if you and we agree in writing.

**ARBITRATION PROCEDURES.** Any arbitration shall proceed only under the streamlined, expedited, consumer or small dollar commercial rules of the selected arbitration organization in effect when the arbitration claim is filed and as provided in this Arbitration Provision. However, if those rules conflict with this Agreement, then this Agreement shall control. To keep costs low, you may utilize telephonic or internet hearings available through the selected arbitration organization. We adhere to and follow the Consumer Due Process Protocol of the AAA, which can be found at: http://www.adr.org/, and the JAMS Minimum Standards of Procedural Fairness for consumer arbitrations, which can be found at: http://www.jamsadr.com/rules consumerminimumstandards. The arbitration panel shall consist of a single arbitrator chosen by the selected arbitration organization who shall be knowledgeable of the subject matter of the Dispute. No mediation shall be required. The arbitrator shall apply the laws of the Rosebud Sioux Tribe that govern this Agreement. Any arbitration award may be enforced in the courts of the Rosebud Sioux Tribe, or by our governmental regulator.

LIMITED WAIVER OF SOVEREIGN IMMUNITY FOR INDIVIDUAL CONSUMER ARBITRATION. **Rosebud Lending LZO d/b/a ZocaLoans provides a limited waiver of sovereign immunity for the single and specific arbitration between you, individually, and us.**

**NO CLASS ACTIONS OR CONSOLIDATED ACTIONS.** There shall be no right or ability for any Disputes to be arbitrated or litigated on a classwide or collective basis. Similarly, the claims of more than one person may not be arbitrated or litigated jointly or consolidated with any other individual's claims. **ANY ARBITRATION OF ANY DISPUTE UNDER THIS AGREEMENT SHALL BE AN INDIVIDUAL CONSUMER ARBITRATION ONLY; NO CLASS ACTION ARBITRATION AND NO COURT ADJUDICATION WHATSOEVER SHALL BE AVAILABLE.**

**DISPUTE DEFINED.** The word "Dispute" is given the broadest possible meaning and includes, without limitation (a) all claims, disputes, or controversies arising from or relating directly or indirectly to this Arbitration Provision, ("this Provision"), the validity and scope of this Provision and any claim or attempt to set aside this Provision; (b) all U.S. federal or state law claims, disputes or controversies, arising from or relating directly or indirectly to this Agreement, the information you gave us before entering into this Agreement, including your customer information application, and/or any past loan agreements between you and us; (c) all counterclaims, crossclaims and third party claims; (d) all common law claims, based upon contract, tort, fraud, or other intentional torts; (e) all claims based upon a violation of any state or federal constitution, statute or regulation; (f) all claims asserted by us against you, including claims for money damages to collect any sum we claim you owe us; (g) all claims asserted by you individually against the Tribe, us and/or any of our employees, agents, directors, officers, governors, managers, members, parent company or affiliated entities (collectively, "related third parties"), including claims for money damages and/or equitable or injunctive relief; (h) all claims asserted on your behalf by another person; (i) all claims asserted by you as a representative and member of a class of persons, or in any other representative capacity, against us and/or related third parties ("Representative Claims"); and/or (j) all claims arising from or relating directly or indirectly to the disclosure by us or related third parties of any nonpublic personal information about you.

All Disputes, including any Representative Claims against us and/or related third parties, shall be resolved by arbitration as provided in this Provision only on an individual basis with you. Any party to a Dispute, including related third parties, may send the other party written notice by certified mail return receipt requested of their Dispute and setting forth the subject of the Dispute along with the relief requested.

**THIS PROVISION IS BINDING.** This Provision is binding upon and benefits you, your respective heirs, successors and assigns. This Provision is binding upon and benefits the Tribe, us, our successors and assigns, and related third parties. This Provision continues in full force and effect, even if your obligations have been paid or discharged through bankruptcy. This Provision survives any cancellation, termination, amendment, expiration or performance of any transaction between you and us and continues in full force and effect unless you and we otherwise agree in writing.

THIS ARBITRATION PROVISION MEANS THAT:

- YOUR RIGHT TO FILE SUIT AGAINST US FOR ANY CLAIM OR DISPUTE REGARDING THIS AGREEMENT IS LIMITED BY THIS PROVISION AND SOVEREIGN IMMUNITY;
- YOU ARE GIVING UP YOUR RIGHT TO HAVE A TRIAL BY JURY TO RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES;
- YOU ARE GIVING UP YOUR RIGHT TO HAVE A COURT RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES; AND
- YOU ARE GIVING UP YOUR RIGHT TO SERVE AS A REPRESENTATIVE OR IN ANY OTHER REPRESENTATIVE CAPACITY, AND/OR TO PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS, IN ANY LAWSUIT OR ARBITRATION FILED AGAINST US AND/OR RELATED THIRD PARTIES.

**PAYMENT CHOICE AUTHORIZATION**

This Payment Choice Authorization is a part of and relates to the Agreement dated 09/06/2021. The words "you" and "your" mean the borrower who has electronically signed this Payment Choice Authorization. The words "we", "us" and "our" mean LE-LOW-TOUCH-B and our successors and assigns.

**Your Payment Choice.** You understand and agree that you may repay your loan by check, money order or other means acceptable to us, or that you may optionally choose the convenience of having your regularly scheduled payments transmitted to us by electronic means through Electronic Funds Transfers ("EFT"). Your agreed upon Payment Choice Authorization will remain in effect until your loan, including principle, finance charges and other charges, is paid in full. You may only revoke the above authorizations by contacting us directly. If you revoke your authorization, you agree to provide us with another form of payment acceptable to us. You have elected to pay this loan as follows (check applicable box):

⊙     **Automatic Payments by EFT (EFT Authorization):** You elect to repay the loan by EFT. You authorize us to withdraw funds for each of the regularly scheduled loan payments listed in the Payment Schedule of your Agreement from your Bank Account (as defined in the Agreement above) by using any commercially available methods we choose, such as (but not limited to) ACH entries, "remote checks" or transactions through your debit card accessing your Bank Account. If any payment date falls on a weekend or holiday, you understand and agree that the payment will be executed on the next business day. You acknowledge that the repayment of the loan by EFT is an option that has been offered to you for your convenience. You are not required to repay the loan by EFT and repaying by EFT is not a condition for approval of the loan. You may revoke this EFT authorization as provided below. You understand that the cancellation of the EFT authorization in no way relieves you of the obligation to fulfill the contractual obligations to make all required payments. If you revoke this EFT authorization, you must make your payments by another means acceptable to us.

○     **MAILED PAYMENTS:** You elect to repay the loan by mailing us a cashier's check, money order or bill pay service through your bank, that we receive no later than your Payment Due Date to:

      PO Box 1147, 27565 Research Park Dr

      Mission, SD 57555

**REMOTELY CREATED CHECKS.** If you terminate any previous EFT authorization you provided, or if we do not receive your check or money order by the Payment Due Date, you agree to make all payments required under the Agreement by creating paper checks drawn on your Bank Account and bearing your typed name rather than your handwritten signature ("Remotely Created Checks"). You authorize us and our agents, successors and assigns to submit each Remotely Created Check for payment to the Paying Bank in the amount of each payment owing under this Agreement, including any returned payment charges or other amounts owing to us upon acceleration of this loan as a result of your Default. Your typed name shall constitute your authorized signature fully reflecting your intent to authenticate these Remotely Created Checks, which are also known as demand drafts, telechecks, preauthorized drafts, or paper drafts. If you believe we charged your Bank Account in a manner not contemplated by this authorization, then please contact us. You authorize us to vary the amount of any preauthorized payment by Remotely Created Check as needed to repay installments due on the loan as modified by any prepayment.

**RETURNED ITEM FEE.** If your payment is returned unpaid, you authorize us to make a onetime EFT from your Bank Account to collect a fee for any payment made by you on this loan if it is not honored or cannot be processed for any reason, including not enough money in your Bank Account. You agree to pay us a fee of $25.00. You authorize us and our agents to make a onetime EFT from your Bank Account to collect this fee. Your financial institution may also impose a fee.

**NOTICE OF VARYING AMOUNTS.** For those customers who have chosen the EFT Authorization, please note that you have the right to receive notice from us of all withdrawals from Your Bank Account by an EFT that vary in amount at least 10 days prior to the payment being collected. However, by signing below, you are agreeing that we only have to tell you the range of withdrawals that we can make. The range of withdrawals will be $0.01 to $898.56. For any withdrawal outside of this specified range, we will send you a notice 10 days prior to the date of the debit. Therefore, by signing this Agreement below, you acknowledge that you will only receive notice when a withdrawal exceeds the amount in the specified range. You authorize us to vary the amount of any withdrawal as needed to repay installments due on the loan as modified by any partial prepayments you make, so long as such withdrawal is within the specified range: $0.01 to $898.56.

You agree to notify us of any changes in your Bank Account information or revocation of any payment authorization by giving written notice to us at PO Box 1147, 27565 Research Park Dr, Mission, SD 57555 or at support@zocaloans.com. Notice must be received by us not less than 3 business days prior to a scheduled Payment Due Date in order for us to terminate the automatic payments by that Payment Due Date. If you give us oral notice to stop payments, you must also confirm your stop-payment order within 14 days in writing. Otherwise the stop payment order is no longer effective. These notifications must be sent to us at PO Box 1147, 27565 Research Park Dr, Mission, SD 57555 or at support@zocaloans.com.

By signing below, you certify that you are an owner of or authorized signer for your Bank Account and that you will not dispute payments debited from your Bank Account provided that the debit corresponds to the terms of this Payment Choice Authorization.

**ELECTRONIC SIGNATURES.** You have consented to sign this Agreement and this Payment Choice Authorization using an electronic signature. You understand and agree that you intend: (i) your electronic signature to be an electronic signature under applicable federal and state law; (ii) to conduct business with us by electronic records and electronic signatures; and (iii) this Agreement will not be governed by Article 3 of the Uniform Commercial Code.

<u>SIGNATURE AND ACCEPTANCE OF ALL TERMS AND CONDITIONS</u>

BY TYPING YOUR NAME AND CLICKING THE "SIGN AND SEND" BUTTON, YOU ACKNOWLEDGE THAT YOU HAVE BEEN PROVIDED AN OPPORTUNITY TO REVIEW ALL THE TERMS OF THE AGREEMENTS LISTED BELOW. BY ELECTRONICALLY SIGNING, YOU ARE AGREEING TO THE TERMS AND CONDITIONS OF:

1. THE LOAN AGREEMENT
2. THE CONSENT TO ELECTRONIC COMMUNICATIONS AND DISCLOSURES
3. THE ARBITRATION PROVISION
4. THE PAYMENT CHOICE AUTHORIZATION
5. You have access to the internet, are able to send and receive emails and have the ability to download or print a fully completed copy of these Agreements for your records.

YOUR ELECTRONIC SIGNATURE: *Joseph Morgan (IP:* ▮▮▮▮▮▮▮ *)*

ELECTRONICALLY SIGNED FROM: ▮▮▮▮▮▮ on *09/06/2021 4:04 PM*

**<u>EXHIBIT B</u>**

**Rosebud Lending LZO d/b/a ZocaLoans**
**LOAN AGREEMENT**

Lender:

Rosebud Lending LZO d/b/a ZocaLoans

PO Box 1147, 27565 Research Park Dr,
Mission, SD 57555

support@zocaloans.com

Borrower:

David Johnson



**This is our agreement with you regarding your loan. It contains important terms and conditions. You should read it carefully before you electronically sign it.**

The words "you" and "your" mean the borrower who has electronically signed it. The words "we", "us" and "our" mean Rosebud Lending LZO d/b/a ZocaLoans. We are a sovereign enterprise, an economic development arm and instrumentality of, and wholly-owned and controlled by the Rosebud Sioux Tribe, a federally-recognized sovereign American Indian Tribe. This means that your loan is provided by a sovereign government and the proceeds of our business fund governmental services for Community citizens. All disclosures in this Agreement are also terms and conditions of this Agreement.

**You must electronically sign this Loan Agreement and submit it to us with your application. We will then approve or deny your application. If we approve it, the proceeds of your loan will disbursed to you and this Agreement will be in full effect.**

**YOU HAVE A RIGHT TO CANCEL THIS AGREEMENT** without cost within three days from the date we notify you that your application has been approved by us. If you decide to cancel this Agreement you must send us your notice of cancellation by email to support@zocaloans.com or by fax to no later than midnight Central time on the second day after the Funding Date (the "Midnight Deadline"). You must also return all proceeds of your loan that you received by the Midnight Deadline. To return those amounts to us, your notice of cancellation must also include your authorization for us to use one of the payment methods you selected on your Disbursement and Payment Choice. If we do not receive your notice of cancellation and return of your loan proceeds by the Midnight Deadline, then this Agreement will remain in full force and effect.

| FEDERAL TRUTH-IN-LENDING DISCLOSURES | | | |
|---|---|---|---|
| **ANNUAL PERCENTAGE RATE** The cost of your credit as a yearly rate. | **FINANCE CHARGE** The dollar amount the credit will cost you. | **AMOUNT FINANCED** The amount of credit provided to you or on your behalf. | **TOTAL OF PAYMENTS** The amount you will have paid after you have made all payments as scheduled. |
| 773.74% | $1,486.61 | $500.00 | $1,986.61 |

**Your Payment Schedule will be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 1 | $165.55 | 10/13/2017 |
| 2 | $165.55 | 10/27/2017 |
| 3 | $165.55 | 11/10/2017 |
| 4 | $165.55 | 11/24/2017 |
| 5 | $165.55 | 12/08/2017 |
| 6 | $165.55 | 12/22/2017 |
| 7 | $165.55 | 01/05/2018 |
| 8 | $165.55 | 01/19/2018 |
| 9 | $165.55 | 02/02/2018 |
| 10 | $165.55 | 02/16/2018 |
| 11 | $165.55 | 03/02/2018 |
| 12 | $165.56 | 03/16/2018 |

**Late Charge:** If a payment is 3 days or more late, you will be charged $25.

**Prepayment:** If you pay off early, you will not have to pay a penalty.

See this Loan Agreement for any additional information about nonpayment, default, any required repayment in full before the scheduled date and any prepayment penalties.

ITEMIZATION OF AMOUNT FINANCED: $500.00

Amount Financed/Amount given directly to you $500.00

**SPECIAL NOTICES:**

- **YOUR LOAN IS AN EXPENSIVE FORM OF BORROWING.**
- **YOU CAN SAVE FINANCE CHARGES BY PAYING OFF YOUR LOAN EARLY EITHER IN PART OR IN FULL.**
- **YOUR LOAN IS DESIGNED TO ASSIST YOU IN MEETING YOUR SHORT-TERM CASH NEEDS**
- **IT IS NOT A SOLUTION FOR LONGER TERM FINANCIAL PROBLEMS.**
- **YOU MAY BE RESPONSIBLE FOR ADDITIONAL FEES AND INTEREST MAY ACCRUE IF YOU CHOOSE TO ROLL OVER OR REFINANCE YOUR LOAN.**
- **CREDIT COUNSELING SERVICES ARE AVAILABLE IN YOUR COMMUNITY FOR CONSUMERS EXPERIENCING FINANCIAL PROBLEMS.**

**YOUR PROMISE TO PAY.** You promise to pay this amount in installments in the amounts and on the dates set forth above ("Payment Due Date") in the Payment Schedule section of the Federal Truth In Lending Disclosure above. The term "Installment Period" means the time period set forth in the Payment Schedule above when each installment payment on your Loan is due. You agree to make your payments using the method or methods you selected in your Disbursement and Payment Choice Authorization.

**ASSIGNMENT.** This Loan Agreement may not be assigned by You. We may assign or transfer this Loan Agreement and our related rights and obligations without notice to You and Your consent is not required if We make such an assignment or transfer.

**PAYMENTS.** You are required to make the payments for each Installment Period on or before the payment due dates in Your payment schedule ("Payment Due Dates"). If You would like to repay Your loan according to a payment plan other than as set forth herein, You must contact a customer service representative no later than three (3) days prior to Your next scheduled Payment Due Date to make those payment schedule modifications in effect for the next Payment Due Date. You will make Your payments on or before every Payment Due Date until You have paid the entire principal and accrued finance charge(s) and any other charges as described in this Agreement. If on the final scheduled Payment Due Date ("Maturity Date"), You still owe amounts under this Agreement, You will pay those amounts in full on that date.

**PAYMENT BY CHECK.** If You elect to pay by check, then you agree to repay all amounts due pursuant to this Agreement via check. All mailed payments must reach Us by 4:00 pm Mountain Time on or before the Payment Due Date. If You provide a check as a payment, You authorize Us either to use information from Your check to make a one-time electronic fund transfer from Your account or to process the payment as a check transaction. When We use information from Your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day that We receive Your payment, and You will not receive Your check back from Your financial institution.

**WHEN YOU BEGIN PAYING FINANCE CHARGE(S).** You begin to accrue finance charge(s) for the loan on the Disbursement Date. The first Installment Period on the loan begins on the Disbursement Date and ends on the first Payment Due Date. Thereafter, each Installment Period begins on the first date following the Payment Due Date and ends on the next Payment Due Date. You will be charged finance charge(s) on the entire Installment Period beginning on the first day of the Installment Period. In calculating Your payments, We have assumed You will make each payment on the day and in the amount due as outlined within Your payment schedule. If any payment is made before the Payment Due Date, the finance charge(s) are due for the entire Installment Period and no refund shall be made for the finance charge(s) charged for the Installment Period. Time is of the essence, which means that there are no grace periods for when payments must be made.

**PREPAYMENT.** In addition to Your right to cancel your loan by repaying us the entire Amount Financed, You may prepay your loan after the cancellation period but before the payment is due ("Due Date"). If You do, We will give you a credit against your interest charges. The credit will equal the Finance Charge shown above times a fraction. The fraction is the number of days you pay before the Due Date divided by the number of days from the Funding Date through the Due Date. To arrange to prepay your loan in whole or in part, you must go online at www.zocaloans.com or call us at 1-800-220-0460 to alert us of your intention to make a prepayment and then follow our instructions. Partial prepayments will not change the amount or due date of your remaining payments until this Agreement is paid in full.

**DISBURSEMENT.** If your Loan is approved, we will disburse your loan proceeds within 1 business day. A Business Day is a regular work day and does not include Saturday, Sunday or holidays. You authorize us to use commercially reasonable efforts to initiate a credit entry by depositing the proceeds of your Loan into the bank account or onto the payment instrument that you first authorized in your Disbursement and Payment Choice Authorization. The date that your loan proceeds are deposited to Your Bank Account or onto your payment instrument is the "Disbursement Date". Unavoidable delays such as bank holidays, the processing schedule of your individual bank, inadvertent processing errors, "acts of God" or "acts of terror" may extend the time for the deposit.

**EXPEDITED FUNDING SERVICE.** If you want to receive your loan proceeds at least one business day sooner than through a regularly schedule disbursement, we offer you an Expedited Funds Service. If you choose this Expedited Funding Service, your loan proceeds deposited into Your Bank Account on the same business day as your Loan is approved (if before 1:00 p.m. Mountain time) or the next business day if after that time.

For example, if your loan was approved at 11:00 a.m. on Friday, your loan proceeds would likely be deposited into Your Bank Account on Monday. However, if you use the Expedited Funding Service, then your loan proceeds would be disbursed to you on Friday.

Note that the timing of when your bank actually makes these funds available to you is entirely controlled by your bank and not us. The additional cost that we have to pay to provide this Expedited Funding Service Fee. This Expedited Funding Service Fee will be included in your first payment. If you want to use Expedited Funding Service, call us at 1-800-220-0460.

**ALL SUMS DUE.** If you fail to make your payments on time we can require you to pay your unpaid balance in full. We can also require you to pay your unpaid balance in full if you break any promise you made in this Agreement or if any statement that you made in your application or in connection with your loan is untrue or becomes untrue. This means that you must pay us all principal, finance charges and other amounts that you owe us.

**REFUSED INSTRUMENT CHARGE.** If your payment method is stopped, denied or otherwise dishonored, then you agree to pay us a fee of $25. Your refused instrument may also cause your payment to be late which could result in you also having to pay a late charge.

**CONSUMER REPORTS.** You authorize us to obtain consumer reports about you now or in the future as long as you owe us money under this Agreement. We may report information about your performance under this Agreement to credit reporting agencies. Late payments, missed payments and defaults may be reported. This may negatively impact your ability to receive loans or advances from other companies or to write checks.

**CREDIT DISPUTES; IDENTITY THEFT.** If you believe that any information about your loan that we have furnished to a consumer reporting agency is inaccurate, or if you believe that you have been the victim of identity theft in connection with any loan made by us, write to us at PO Box 1147, 27565 Research Park Dr, Mission, SD 57555. In your letter (i) provide your name and loan number, (ii) identify the specific information that is being disputed, (iii) explain the basis for the dispute and (iv) provide any supporting documentation you have that substantiates the basis of the dispute. If You believe that you have been the victim of identity theft, you may be required to submit an identity theft affidavit or identity theft report.

**ENTIRE AGREEMENT.** This Agreement contains the entire agreement between you and us relating to it. Any change to this Agreement must be in writing and we must sign it. No oral changes are binding.

**OTHER RIGHTS.** We may delay enforcing any of our rights without losing them. We can enforce this Agreement against your heirs and legal representatives. We may assign this Agreement and our rights under it without notice to you and we don't need your consent.

**ASSIGNMENT.** We may assign or transfer this Agreement or any of our rights under this Agreement.

**DEFAULT.** Time is of the essence, and you will be in default under this Agreement (as it may be amended) if you do not make any payment when due. Upon default, we may, without notice or demand, declare the entire amount then unpaid immediately due and payable. We reserve the right to report loan payment delinquencies at or in excess of 14 days to one or more consumer reporting agencies in accordance with applicable law. You agree to pay all costs of collecting any delinquent payments, including reasonable attorneys' fees, as permitted by applicable law.

**LAW THAT APPLIES.** The laws of the Rosebud Sioux Tribe ("Tribal Law") will govern this Loan Agreement, without regard to the laws of any state or other jurisdiction including the conflict of laws rules of any state. You agree to be bound by Tribal Law, and in the event of a bona fide dispute between you and us, Tribal Law shall exclusively apply to such dispute.

**SOVEREIGN IMMUNITY.** This Agreement together with any related documents are being submitted by you to us as a sovereign enterprise, an economic development arm and instrumentality of the Community which shares in the governmental sovereign immunity of the Tribe. Because we and the Tribe are entitled to sovereign immunity, you will be limited as to what claims, if any, you may be able to assert against us. To encourage resolution of consumer complaints, any complaint may be submitted by you or on your behalf to arbitration as described below.

**PRESERVATION OF SOVEREIGN IMMUNITY.** It is the express intention of the Community and us operating as an economic arm of the Community, to fully preserve, and not waive other than as expressly provided in this Agreement, our sovereign governmental immunity from suit, and any other rights, titles, privileges, and immunities, to which we or the Community are entitled. To protect and preserve the rights of the parties, no person may assume a waiver of sovereign immunity. No waiver is or can be made except by express written declaration of the Community's governing Council specifically authorizing a waiver for the matter in question. Except as pertaining to a single, potential arbitration between you, as an individual consumer, and us, no such waiver has been made with respect to this Agreement, your Disbursement and Payment Choice Authorization or any other related document.

**TELEPHONE CALLS AND TEXT MESSAGES REGARDING YOUR LOAN.** You agree that We may monitor and/or record any of Your phone conversations with any of Our representatives. We may use automated telephone dialing, text messaging systems and electronic mail to provide messages to You about payment due dates, missed payments, options to amend this Note and other important information. The telephone messages are played by a machine automatically when the telephone is answered, whether answered by You or someone else. These messages may also be recorded by Your answering machine. By providing us with your cell or mobile telephone

number, you authorize us to contact you from time to time regarding your application and loan at that number using text messages. Standard text messaging and/or calling charges by your communications carrier may apply. You may withdraw your consent to receive text messages by calling us at 1-800-220-0460 or emailing us at support@zocaloans.com We will not impose any fee to process the withdrawal of your consent to receive text messages. Any withdrawal of your consent to use text messages will be effective only after we have a reasonable period of time to process your withdrawal.

**BANKRUTPCY.** You promise that You are not currently a debtor in any bankruptcy proceeding, you are not contemplating bankruptcy and you have not consulted with an attorney regarding a potential bankruptcy filing in the past six months. You must provide any notice(s) of any future bankruptcy petition and all subsequent filings, motions, orders or correspondence to Us at PO Box 1147, 27565 Research Park Dr, Mission, SD 57555. You agree that any other written or oral communication concerning a bankruptcy is null and void and of no effect.

**COMMITMENT TO CUSTOMER SERVICE.** We believe our customer service team should be able to make things right for our customers. We would prefer that you contact us first with any questions or concerns regarding your loan. We will work diligently to try to effectively resolve any questions or issues that you have. Please direct any questions, issues or disputes in the first instance to our management, in writing at support@zocaloans.com or by fax at and we will do our best to help you quickly.

**CONSENT TO ELECTRONIC COMMUNICATIONS AND DISCLOSURES.** You agree that we may electronically provide you with all communications, disclosures and other information regarding your application and loan ("Communications"). Your consent does not apply to any future transactions that may occur between us. You should print out, download or otherwise store all of these Communications to keep for your records.

You will need a computer with internet access and a printer capable of printing text screens or hard drive capable of storing data. In addition, you must use an internet browser software that supports 128-bit encryption. If you want to review additional information on the requirements for using this software and associated hardware requirements, go to www.microsoft.com.

To access, view and retain Communications from us, you will need the ability to receive and read emails that contain hyperlinks to websites. If you provide us with an email address in your application, you may notify us of changes in your email address by writing us at support@zocaloans.com or by fax to .

Even if you consent to the electronic delivery of Communications, you may also receive a paper copy of any Communications provided to you electronically by writing us at support@zocaloans.com or by fax to . There is no fee for the paper copy. You may also withdraw your consent by sending us your request in writing to If you decide to withdraw this consent, the legal effectiveness, validity and/or enforceability of all prior electronic Communications will not be affected.

**DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATION.** Unless you chose to mail to us a check or money order as payment for this Loan, you voluntarily authorize us to initiate disbursement credits and payment debits you have authorized, This Disbursement and Payment Choice Authorization is a part of and relates to the Loan Agreement dated 09/25/2017 (the "Loan Agreement"). The words "you" and "your" mean the borrower who has electronically signed this Disbursement and Payment Choice Authorization. The words "we", "us" and "our" mean Rosebud Lending LZO d/b/a ZocaLoans and our successors and assigns.

**Disbursements to Your Bank Account.** You authorize us to process your loan proceeds with a credit deposit to your following bank account ("Your Bank Account"):

Bank Name: 
Transit ABA Number:
Deposit Account
Number:
*Account Number Masked for your protection

We will make this disbursement credit by using any commercially available method we choose, such as (but not limited to) Automated Clearing House (ACH) entries, wire transfers, or transactions through your debit card accessing Your Bank Account. As a data security measure, you will separately provide us with your debit card information.

**Your Payment Choice.** Your agreed upon Payment Choice Authorizations will remain in effect until your loan, including principle, finance charges and other charges, is paid in full. You may only revoke the above authorizations by contacting us directly. If you revoke your authorization, you agree to provide us with another form of payment acceptable to us.

⊙      **Payments You will make directly ('POSTAL MAIL'):** Payments by cashier's check, money order or bill pay service through your bank, that we receive no later than your payment due date to:
         PO Box 1147, 27565 Research Park Dr
         Mission, SD 57555

⊙      **Automatic Payment From Your Bank Account ('ELECTRONIC'):** You authorize us to process payment debit entries out of Your Bank Account by using any commercially available methods we choose, such as (but not limited to) ACH entries, "remote checks" or transactions through your debit card accessing Your Bank Account according to the Payment

Schedule above, plus any late charges, returned payment fees and, if you are in default, all principal, finance charges and other amounts due to us as provided in the Agreement. You authorize us to re-process debit entries for the same amounts if any attempted payment transaction is dishonored.

**REMOTELY CREATED CHECKS.** If you terminate any previous ACH debit authorization you provided, or if we do not receive your check or money order by the Payment Due Date, you agree to make all payments required under the Loan Agreement by creating paper checks drawn on your Bank Account and bearing your typed name rather than your handwritten signature ("Remotely Created Checks"). You authorize us and our agents, successors and assigns to submit each Remotely Created Check for payment to the Paying Bank in the amount of each payment owing under this Loan Agreement, including any returned payment charges or other amounts owing to us upon acceleration of this Loan as a result of your Default. Your typed name shall constitute your authorized signature fully reflecting your intent to authenticate these Remotely Created Checks, which are also known as demand drafts, telechecks, preauthorized drafts, or paper drafts. If you believe we charged your Bank Account in a manner not contemplated by this authorization, then please contact us. You authorize us to vary the amount of any preauthorized payment by Remotely Created Check as needed to repay installments due on the loan as modified by any prepayment.

**RETURNED ITEM FEE.** If any payment made by you on this Loan is not honored or cannot be processed for any reason, including not enough money in your Bank Account, you agree to pay us a fee of $25. You authorize us and our agents to make a one-time withdrawal from your Bank Account to collect this fee, if you have also selected the ACH Debit Authorization. Your financial institution may also impose a fee.

**NOTICE OF VARYING AMOUNTS.** For those customers who have chosen the ACH Debit Authorization, please note that you have the right to receive notice of all withdrawals from your Bank Account by an ACH Debit that vary in amount. However, by agreeing to let us withdraw the money from your Bank Account, you agree we only have to tell you the range of withdrawals that we can make. The range of withdrawals will be either an amount equal to your installment payment or an amount equal to the outstanding balance under the Loan (which may be greater or less than an installment payment based upon your payment history). For any withdrawal outside of this specified range, we will send you a notice 10 days prior to the date of the debit. Therefore, by signing this Agreement below, you acknowledge that you will only receive notice when a withdrawal exceeds the amount in the specified range. You authorize us to vary the amount of any withdrawal as needed to repay installments due on the Loan as modified by any partial prepayments you make.

**ARBITRATION PROVISION**
PLEASE READ THIS ARBITRATION PROVISION CAREFULLY. IT PROVIDES THAT ANY DISPUTE MUST BE RESOLVED BY BINDING ARBITRATION. ARBITRATION REPLACES THE RIGHT TO GO TO COURT, INCLUDING THE RIGHT TO A JURY TRIAL, AND THE RIGHT TO INITIATE OR PARTICIPATE IN A CLASS ACTION OR SIMILAR COLLECTIVE OR CONSOLIDATED PROCEEDINGS. IN ARBITRATION, A DISPUTE IS RESOLVED BY AN ARBITRATOR INSTEAD OF A JUDGE OR JURY, AND THE ARBITRATOR'S DECISION IS FINAL AND BINDING. ARBITRATION PROCEEDINGS ARE SIMPLER AND MORE LIMITED THAN COURT PROCEDURES.

**INDIVIDUAL CONSUMER ARBITRATION.** Our goal is to use individual consumer arbitration as an efficient and cost-effective means of resolving any Dispute (as defined below). Both you and us have the right to seek resolution of any Dispute by submitting a demand for arbitration to Judicial Arbitration and Mediation Services, Inc. (JAMS) (www.jamsadr.com), or the American Arbitration Association (AAA) (www.adr.org), at the option of the party requesting arbitration. Disputes also may be referred to another arbitration organization if you and we agree in writing.

**ARBITRATION PROCEDURES.** Any arbitration shall proceed only under the streamlined, expedited, consumer or small-dollar commercial rules of the selected arbitration organization in effect when the arbitration claim is filed and as provided in this Arbitration Provision. However, if those rules conflict with this Agreement, then this Agreement shall control. To keep costs low, you may utilize telephonic or internet hearings available through the selected arbitration organization. Alternatively, if you chose, the arbitration hearing may be conducted in your county of residence or any other location that you and we mutually agree is reasonably convenient. We adhere to and follow the Consumer Due Process Protocol of the AAA, which can be found at: http://www.adr.org/, and the JAMS Minimum Standards of Procedural Fairness for consumer arbitrations, which can be found at: http://www.jamsadr.com/rules-consumer-minimum-standards. The arbitration panel shall consist of a single arbitrator chosen by the selected arbitration organization who shall be knowledgeable of the subject matter of the Dispute. No mediation shall be required. The arbitrator shall apply the laws of the Rosebud Sioux Tribe that govern this Agreement. Any arbitration award may be enforced in the courts of the Rosebud Sioux Tribe, or by our governmental regulator.

**LIMITED WAIVER OF SOVEREIGN IMMUNITY FOR INDIVIDUAL CONSUMER**
**ARBITRATION.** Rosebud Lending LZO d/b/a ZocaLoans provides a limited waiver of sovereign immunity for the single and specific arbitration between you, individually, and us.

**NO CLASS ACTIONS OR CONSOLIDATED ACTIONS.** There shall be no right or ability for any Disputes to be arbitrated or litigated on a class-wide or collective basis. Similarly, the claims of more than one person may not be arbitrated or litigated jointly or consolidated with any other individual's claims. **ANY ARBITRATION OF ANY DISPUTE UNDER THIS AGREEMENT SHALL BE AN INDIVIDUAL CONSUMER ARBITRATION ONLY; NO CLASS ACTION ARBITRATION AND NO COURT ADJUDICATION WHATSOEVER SHALL BE AVAILABLE.**

**DISPUTE DEFINED.** The word "Dispute" is given the broadest possible meaning and include, without limitation (a) all claims, disputes, or controversies arising from or relating directly or indirectly to this Arbitration Provision, ("this Provision"), the validity and scope of this Provision and any claim or attempt to set aside this Provision; (b) all U.S. federal or state law claims, disputes or controversies, arising from or relating directly or indirectly to this Agreement, the information you gave us before entering into this Agreement, including your

customer information application, and/or any past loan agreements between you and us; (c) all counterclaims, cross-claims and third-party claims; (d) all common law claims, based upon contract, tort, fraud, or other intentional torts; (e) all claims based upon a violation of any state or federal constitution, statute or regulation; (f) all claims asserted by us against you, including claims for money damages to collect any sum we claim you owe us; (g) all claims asserted by you individually against the Tribe, us and/or any of our employees, agents, directors, officers, governors, managers, members, parent company or affiliated entities (collectively, "related third parties"), including claims for money damages and/or equitable or injunctive relief; (h) all claims asserted on your behalf by another person; (i) all claims asserted by you as a private attorney general, as a representative and member of a class of persons, or in any other representative capacity, against us and/or related third parties ("Representative Claims"); and/or (j) all claims arising from or relating directly or indirectly to the disclosure by us or related third parties of any non-public personal information about you.

All Disputes, including any Representative Claims against us and/or related third parties, shall be resolved by arbitration as provided in this Provision only on an individual basis with you. Any party to a Dispute, including related third parties, may send the other party written notice by certified mail return receipt requested of their Dispute and setting forth the subject of the Dispute along with the relief requested.

**THIS PROVISION IS BINDING.** This Provision is binding upon and benefits you, your respective heirs, successors and assigns. This Provision is binding upon and benefits the Tribe, the Community, us, our successors and assigns, and related third parties. This Provision continues in full force and effect, even if your obligations have been paid or discharged through bankruptcy. This Provision survives any cancellation, termination, amendment, expiration or performance of any transaction between you and us and continues in full force and effect unless you and we otherwise agree in writing.

**THIS ARBITRATION PROVISION MEANS THAT:**

- **YOUR RIGHT TO FILE SUIT AGAINST US FOR ANY CLAIM OR DISPUTE REGARDING THIS AGREEMENT IS LIMITED BY THIS PROVISION AND SOVEREIGN IMMUNITY;**
- **YOU ARE GIVING UP YOUR RIGHT TO HAVE A TRIAL BY JURY TO RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES;**
- **YOU ARE GIVING UP YOUR RIGHT TO HAVE A COURT RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES; AND**
- **YOU ARE GIVING UP YOUR RIGHT TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY, AND/OR TO PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS, IN ANY LAWSUIT OR ARBITRATION FILED AGAINST US AND/OR RELATED THIRD PARTIES.**

**BY SIGNING THIS AGREEMENT, YOU ARE AGREEING THAT YOU ARE COMFORTABLE DOING BUSINESS WITH A SOVEREIGN ENTERPRISE NOT SUBJECT TO SUIT IN ANY FORUM OTHER THAN THE INDIVIDUAL CONSUMER ARBITRATION ALLOWED UNDER THIS AGREEMENT.**

**SIGNATURE AND ACCEPTANCE OF ALL TERMS AND CONDITIONS**

**BY TYPING YOUR NAME IN THE BOX PROVIDED AND CLICKING THE "I AGREE" BUTTON BELOW, YOU ARE ELECTRONICALLY SIGNING THIS AGREEMENT AND AGREEING TO ALL THE TERMS OF THIS AGREEMENT INCLUDING THE PAYMENT CHOICE AUTHORIZATION, THE ARBITRATION PROVISION AND THE CONSENT TO ELECTRONIC COMMUNICATIONS.**

**YOU ACKNOWLEDGE ON _09/25/2017 12:28 PM_ THAT YOU HAVE REVIEWED ALL THE TERMS OF THIS AGREEMENT INCLUDING THE PAYMENT CHOICE AUTHORIZATION, THE ARBITRATION PROVISION AND THE CONSENT TO ELECTRONIC COMMUNICATIONS PRIOR TO ELECTRONICALLY SIGNING AND AGREEING TO ALL TERMS AND CONDITIONS. YOU ALSO ACKNOWLEDGE YOUR ABILITY TO DOWNLOAD OR PRINT A FULLY COMPLETED COPY OF THIS AGREEMENT FOR YOUR RECORDS.**

**YOUR LOAN AGREEMENT ELECTRONIC SIGNATURE:** _David Johnson_
**ELECTRIONICALLY SIGNED FROM:** ▮▮▮▮▮▮▮ on _09/25/2017 12:28 PM_

**<u>EXHIBIT C</u>**

**Rosebud Lending LZO d/b/a ZocaLoans**
**LOAN AGREEMENT**

Lender:                                                         Borrower:
Rosebud Lending LZO d/b/a ZocaLoans                           Davi Johnson
PO Box 1147, 27565 Research Park Dr,
Mission, SD 57555

support@zocaloans.com



**This is our loan agreement (this "Agreement") with you regarding your loan. It contains important terms and conditions. You should read it carefully before you electronically sign it.**

The words "you" and "your" mean the borrower who has electronically signed it. The words "we", "us" and "our" means Rosebud Lending LZO d/b/a ZocaLoans. We are a sovereign enterprise, an economic development arm and instrumentality of, and wholly owned and controlled by, the Rosebud Sioux Tribe (the "Tribe"), a federally recognized sovereign American Indian Tribe. All disclosures in this Agreement are also terms and conditions of this Agreement.

**You must electronically sign this Agreement and submit it to us with your application. We will then approve or deny your application. If we approve it, the proceeds of your loan will be disbursed to you and this Agreement will be in full effect. If we deny your application, we will notify you of the denial and this Agreement will be terminated.**

YOU HAVE A RIGHT TO CANCEL THIS AGREEMENT without cost within three days from the date we notify you that your application has been approved by us. If you decide to cancel this Agreement, you must send us your notice of cancellation by email to support@zocaloans.com or by phone to 1-800-698-9697 no later than midnight Central Time on the second day after the funding date (the "Midnight Deadline"). You must also return all proceeds of your loan that you received by the Midnight Deadline. To return those amounts to us, your notice of cancellation must also include your authorization for us to use one of the payment methods you selected on your Payment Choice Authorization (below). If we do not receive your notice of cancellation and return of your loan proceeds by the Midnight Deadline, then this Agreement will remain in full force and effect.

| FEDERAL TRUTH-IN-LENDING DISCLOSURES | | | |
|---|---|---|---|
| **ANNUAL PERCENTAGE RATE** The cost of your credit as a yearly rate. | **FINANCE CHARGE** The dollar amount the credit will cost you. | **AMOUNT FINANCED** The amount of credit provided to you or on your behalf. | **TOTAL OF PAYMENTS** The amount you will have paid after you have made all payments as scheduled. |
| 680.62% | $1,267.07 | $500.00 | $1,767.07 |

**Payment Schedule**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 1 | $147.28 | 07/06/2018 |
| 1 | $147.28 | 07/20/2018 |
| 1 | $147.28 | 08/03/2018 |
| 1 | $147.28 | 08/17/2018 |
| 1 | $147.28 | 08/31/2018 |
| 1 | $147.28 | 09/14/2018 |
| 1 | $147.28 | 09/28/2018 |
| 1 | $147.28 | 10/12/2018 |
| 1 | $147.28 | 10/26/2018 |
| 1 | $147.28 | 11/09/2018 |
| 1 | $147.28 | 11/23/2018 |
| 1 | $146.99 | 12/07/2018 |

**Prepayment:** If you pay off all or any portion of your debt early, you may be entitled to a refund of part of the finance charge. No refund will be provided upon a partial prepayment.

**Late Charge:** If any part of a payment is unpaid for not less than 3 days after it is due, there is a late charge of $25.

☑ **Security Interest:** We have a security interest in the Electronic Fund Transfer ("EFT") authorization.

**Additional information:** See the Agreement for any additional information about nonpayment, default, and any required repayment in full before the scheduled date, and prepayment refunds and penalties.

**Itemization of the Amount Financed**

1. Amount given directly to you: $500.00
2. Amount financed: $500.00

**SPECIAL NOTICES:**

- **YOUR LOAN IS AN EXPENSIVE FORM OF BORROWING.**
- **YOU CAN SAVE FINANCE CHARGES BY PAYING OFF YOUR LOAN EARLY EITHER IN PART OR IN FULL.**
- **YOUR LOAN IS DESIGNED TO ASSIST YOU IN MEETING YOUR SHORT-TERM CASH NEEDS.**
- **IT IS NOT A SOLUTION FOR LONGER TERM FINANCIAL PROBLEMS.**
- **YOU MAY BE RESPONSIBLE FOR ADDITIONAL FEES, AND INTEREST MAY ACCRUE IF YOU CHOOSE TO ROLL OVER OR REFINANCE YOUR LOAN.**
- **CREDIT COUNSELING SERVICES ARE AVAILABLE IN YOUR COMMUNITY FOR CONSUMERS EXPERIENCING FINANCIAL PROBLEMS.**

**YOUR PROMISE TO PAY.** You promise to pay the installment amount on the dates set forth above (each a "Payment Due Date" and collectively, "Payment Due Dates") in the Payment Schedule section of the Federal Truth in Lending Disclosure above. The term "Installment Period" means the time period set forth in the Payment Schedule above when each installment payment on your loan is due. You agree to make your payments using the method or methods you select in your Payment Choice Authorization (below).

**PAYMENTS.** You are required to make the payments for each Installment on or before the Payment Due Dates in your payment schedule. If you would like to repay your loan according to a payment plan other than as set forth herein, you must contact a customer service representative no later than three (3) days prior to your next scheduled Payment Due Date to make those payment schedule modifications if you would like them in effect for the next Payment Due Date. You will make your payments on or before every Payment Due Date until you have paid the entire principal and accrued finance charge(s) and any other charges as described in this Agreement. If, on the final scheduled Payment Due Date, you still owe amounts under this Agreement, you will pay those amounts in full on that date.

**PAYMENT BY CHECK OR MONEY ORDER.** If you elect to pay by check or money order, then you agree to repay all amounts due pursuant to this Agreement via check or money order. All mailed payments must reach us by 4:00 pm Mountain Time on or before the Payment Due Date. If you provide a check as a payment, you authorize us either to use information from your check to make a one-time electronic funds transfer (EFT) from your Bank Account (as hereinafter defined) or to process the payment as a check transaction. When we use information from your check to make an EFT, funds may be withdrawn from your Bank Account as soon as the same day that we receive your payment, and you will not receive your check back from your financial institution.

**WHEN YOU BEGIN PAYING FINANCE CHARGE(S).** You begin to accrue finance charge(s) for the loan on the Disbursement Date, defined below. The first Installment Period on the loan begins on the Disbursement Date and ends on the first Payment Due Date. Thereafter, each Installment Period begins on the first date following the Payment Due Date and ends on the next Payment Due Date. You will be charged finance charge(s) on the entire Installment Period beginning on the first day of the Installment Period. In calculating Your payments, We have assumed You will make each payment on the day and in the amount due as outlined within Your payment schedule. If any payment is made before the Payment Due Date, the finance charge(s) are due for the entire Installment Period and no refund shall be made for the finance charge(s) charged for the Installment Period. Time is of the essence, which means that there are no grace periods for when payments must be made.

**PREPAYMENT.** This loan may be prepaid in full or in part at any time without penalty. Any partial prepayment will be applied to any accrued and unpaid interest, fees, or other charges, and then it will be applied to the outstanding principal balance. Any partial payment may reduce the number of remaining payments or the amount of the final payment. Otherwise, a partial prepayment will not postpone the due date of any subsequent monthly installments, and you must continue to make regularly scheduled payments until all amounts due under this loan are paid. To arrange to prepay your loan in whole or in part, you must go online at www.zocaloans.com and login to the customer portal or call us at 1-800-698-9697 to alert us of your intention to make a prepayment and then follow our instructions. Partial prepayments will not change the amount or due date of your remaining payments until your loan made pursuant to this Agreement is paid in full.

**SECURITY.** Pursuant to Comment 2(a)(25) of the Consumer Financial Protection Bureau Official Staff Commentary to Regulation Z §1026.2, we have disclosed to you, and you have agreed, that our interest in the EFT Authorization is a security interest for Federal Truth-in-Lending purposes only, because federal and state law do not clearly address whether our interest in the EFT Authorization is a "security interest." However, the federal Truth-in-Lending disclosures are not intended to create a security interest under state law and shall not be evidence of or an admission by us that this transaction is anything other than an unsecured loan.

**DISBURSEMENT.** If your loan is approved, we will disburse your loan proceeds within 1 business day. A business day is a regular work day and does not include Saturday, Sunday or holidays. You authorize us to use commercially reasonable efforts to initiate a credit entry by depositing the proceeds of your loan into the Bank Account authorized below. The date that your loan proceeds are deposited to your

Bank Account or onto your payment instrument is the "Disbursement Date." Unavoidable delays such as bank holidays, the processing schedule of your individual bank, inadvertent processing errors, "acts of God" or "acts of terror" may extend the time for the deposit.

You authorize us to process your loan proceeds with a credit deposit to your following bank account ("Your Bank Account"):

Bank Name:

Transit ABA Number:

Deposit Account Number:

*Account Number Masked for your protection



We will make this disbursement credit by using any commercially available method we choose, such as (but not limited to) Automated Clearing House (ACH) entries, wire transfers, or transactions through your debit card accessing your Bank Account. As a data security measure, you will separately provide us with your debit card information.

**EXPEDITED FUNDING SERVICE.** If you want to receive your loan proceeds at least one business day sooner than through a regularly scheduled disbursement, we may offer you an expedited funding service ("Expedited Funding Service"). If you choose this Expedited Funding Service, your loan proceeds will be deposited into your Bank Account on the same business day as your loan is approved (if before 1:00 p.m. Mountain Time) or the next business day if after that time.

For example, if your loan was approved at 11:00 a.m. on Friday, your loan proceeds would likely be deposited into your Bank Account on Monday. However, if you use the Expedited Funding Service, then your loan proceeds would be disbursed to you on Friday.

Note that the timing of when your bank actually makes these funds available to you is entirely controlled by your bank and not us. There is an additional cost that we have to pay to provide this Expedited Funding Service. This Expedited Funding Service Fee will be included in your first payment. If you want to use Expedited Funding Service, call us at 1-800-698-9697.

**ALL SUMS DUE.** If you fail to make your payments on time we can require you to pay your unpaid balance in full. We can also require you to pay your unpaid balance in full if you break any promise you made in this Agreement or if any statement that you made in your application or in connection with your loan is untrue or becomes untrue. This means that, under any of the aforementioned circumstances, you must pay us all principal, finance charges and other amounts that you owe us.

**REFUSED INSTRUMENT CHARGE.** If your payment method is stopped, denied or otherwise dishonored, then you agree to pay us a fee of $25. Your refused instrument may also cause your payment to be late which could result in you also having to pay a late charge.

**CONSUMER REPORTS.** You authorize us to obtain consumer reports about you now or in the future as long as you owe us money under this Agreement. We may report information about your performance under this Agreement to credit reporting agencies. Late payments, missed payments and defaults may be reported. This may negatively impact your ability to receive loans or advances from other companies or to write checks.

**CREDIT DISPUTES; IDENTITY THEFT.** If you believe that any information about your loan that we have furnished to a consumer reporting agency is inaccurate, or if you believe that you have been the victim of identity theft in connection with any loan made by us, write to us at PO Box 1147, 27565 Research Park Dr, Mission, SD 57555. In your letter (i) provide your name and loan number, (ii) identify the specific information that is being disputed, (iii) explain the basis for the dispute and (iv) provide any supporting documentation you have that substantiates the basis of the dispute. If you believe that you have been the victim of identity theft, you may be required to submit an identity theft affidavit or identity theft report.

**ENTIRE AGREEMENT.** This Agreement contains the entire agreement between you and us relating to it. Any change to this Agreement must be in writing and must be signed by both parties. No oral changes are binding.

**OTHER RIGHTS.** We may delay enforcing any of our rights without losing them. We can enforce this Agreement against your heirs and legal representatives. We may assign or transfer this Agreement and our rights under it without notice to you and we do not need your consent.

**DEFAULT.** Time is of the essence, and you will be in default under this Agreement (as it may be amended) if you do not make any payment when due. Upon default, we may, without notice or demand, declare the entire amount then unpaid immediately due and payable. We reserve the right to report loan payment delinquencies at or in excess of 14 days to one or more consumer reporting agencies in accordance with applicable law. You agree to pay all costs of collecting any delinquent payments, including reasonable attorneys' fees, as permitted by applicable law.

**LAW THAT APPLIES.** The laws of the Rosebud Sioux Tribe ("Tribal Law") will govern this Agreement, without regard to the laws of any state or other jurisdiction, including the conflict of laws rules of any state. You agree to be bound by Tribal Law, and in the event of a bona fide dispute between you and us, Tribal Law shall exclusively apply to such dispute.

**SOVEREIGN IMMUNITY.** This Agreement together with any related documents are being submitted by you to us as a sovereign

enterprise, an economic development arm and instrumentality of the Tribe which shares in the governmental sovereign immunity of the Tribe. Because we and the Tribe are entitled to sovereign immunity, you will be limited as to what claims, if any, you may be able to assert against us. To encourage resolution of consumer complaints, any complaint may be submitted by you or on your behalf to arbitration as described below.

**PRESERVATION OF SOVEREIGN IMMUNITY.** It is the express intention of the Tribe and us operating as an economic arm of the Tribe, to fully preserve, and not waive other than as expressly provided in this Agreement, our sovereign governmental immunity from suit, and any other rights, titles, privileges, and immunities, to which we or the Tribe are entitled. To protect and preserve the rights of the parties, no person may assume a waiver of sovereign immunity. No waiver is or can be made except by express written declaration of the Tribe's governing Council specifically authorizing a waiver for the matter in question. Except as pertaining to a single, potential arbitration between you, as an individual consumer, and us, no such waiver has been made with respect to this Agreement, your disbursement and Payment Choice Authorization or any other related document.

**TELEPHONE CALLS AND TEXT MESSAGES REGARDING YOUR LOAN.** Notwithstanding any current or prior election to opt-in to telemarketing calls or SMS messages (including text messages) from us, our agents, representatives, affiliates or anyone calling on our behalf, you expressly consent to be contacted by us, our agents, representatives, affiliates or anyone calling on our behalf for any and all purposes arising out of or relating to your loan and your account, at any telephone number or physical or electronic address you provide at which you may be reached. You agree that we may contact you using automated telephone dialing or text messaging systems, calls with prerecorded messages or artificial voices and electronic mail to provide messages to you about Payment Due Dates, missed payments, options to amend this Agreement and other important information. The telephone messages are played by a machine automatically when the telephone is answered, whether answered by you or someone else. These messages may also be recorded by your answering machine. You agree that we, and our agents, employees and other representatives, may monitor and/or record any of your phone conversations. By providing us with your cell or mobile telephone number, you authorize us to contact you from time to time regarding your application and loan at that number using text messages. Standard text messaging and/or calling charges by your communications carrier may apply. You may withdraw your consent to receive text messages by calling us at 1-800-698-9697 or emailing us at support@zocaloans.com. We will not impose any fee to process the withdrawal of your consent to receive text messages. Any withdrawal of your consent to use text messages will be effective only after we have a reasonable period of time to process your withdrawal.

## ADVERTISING OR TELEMARKETING TEXT MESSAGES AND TELEPHONE CALLS

By signing this section, you consent to advertising and telemarketing text messages to the mobile phone number you provide below. You also consent to our advertising or telemarketing calls to you at your mobile phone number using an automatic telephone dialing system or an artificial or prerecorded voice.

☑  Your checking this box will be deemed to be your signature acknowledging your consent to receive advertising and telemarketing text messages and telephone calls as described above to your mobile phone at _____.

**You are not required to provide this consent to obtain credit or other services.** You may withdraw your consent by calling us at 1-800-698-9697 or emailing us at support@zocaloans.com.

You understand that any text messages we send you may be accessed by anyone with access to your text messages. Your service provider may charge you fees for text messages. We shall have no liability for the cost of any text messages.

**BANKRUTPCY.** You promise that you are not currently a debtor in any bankruptcy proceeding, you are not contemplating bankruptcy and you have not consulted with an attorney regarding a potential bankruptcy filing in the past six months. You must provide any notice(s) of any future bankruptcy petition and all subsequent filings, motions, orders or correspondence to us at PO Box 1147, 27565 Research Park Dr, Mission, SD 57555. You agree that any other written or oral communication concerning a bankruptcy is null and void and of no effect.

**COMMITMENT TO CUSTOMER SERVICE.** . We believe our customer service team should be able to make things right for our customers. We would prefer that you contact us first with any questions or concerns regarding your loan. We will work diligently to try to effectively resolve any questions or issues that you have. Please direct any questions, issues or disputes in the first instance to our management, in writing at support@zocaloans.com or at PO Box 1147, 27565 Research Park Dr, Mission, SD 57555 and we will do our best to help you quickly.

**CONSENT TO ELECTRONIC COMMUNICATIONS AND DISCLOSURES.** You have agreed that we may electronically provide you with all communications, disclosures and other information regarding your application and loan ("Communications"). Your consent does not apply to any future transactions that may occur between us. You should print out, download or otherwise store all of these Communications to keep for your records.

You will need a computer with internet access and a printer capable of printing text screens or hard drive capable of storing data. In addition, you must use an internet browser software that supports 256-bit Encryption.

To access, view and retain Communications from us, you will need the ability to receive and read emails that contain hyperlinks to

websites. If you provide us with an email address in your application, you may notify us of changes in your email address by writing us at support@zocaloans.com.

Even if you consent to the electronic delivery of Communications, you may also receive a paper copy of any Communications provided to you electronically by writing us at support@zocaloans.com. There is no fee for the paper copy. You may also withdraw your consent by sending us your request in writing to PO Box 1147, 27565 Research Park Dr, Mission, SD 57555. If you decide to withdraw your consent, the legal effectiveness, validity and/or enforceability of all prior electronic Communications will not be affected.

**ARBITRATION PROVISION**

**PLEASE READ THIS ARBITRATION PROVISION CAREFULLY. IT PROVIDES THAT ANY DISPUTE MUST BE RESOLVED BY BINDING ARBITRATION. ARBITRATION REPLACES THE RIGHT TO GO TO COURT, INCLUDING THE RIGHT TO A JURY TRIAL, AND THE RIGHT TO INITIATE OR PARTICIPATE IN A CLASS ACTION OR SIMILAR COLLECTIVE OR CONSOLIDATED PROCEEDINGS. IN ARBITRATION, A DISPUTE IS RESOLVED BY AN ARBITRATOR INSTEAD OF A JUDGE OR JURY, AND THE ARBITRATOR'S DECISION IS FINAL AND BINDING. ARBITRATION PROCEEDINGS ARE SIMPLER AND MORE LIMITED THAN COURT PROCEDURES.**

**INDIVIDUAL CONSUMER ARBITRATION.** Our goal is to use individual consumer arbitration as an efficient and cost effective means of resolving any Dispute (as defined below). Both you and we have the right to seek resolution of any Dispute by submitting a demand for arbitration to Judicial Arbitration and Mediation Services, Inc. (JAMS) (www.jamsadr.com), or the American Arbitration Association (AAA) (www.adr.org), at the option of the party requesting arbitration. Disputes also may be referred to another arbitration organization if you and we agree in writing.

**ARBITRATION PROCEDURES.** Any arbitration shall proceed only under the streamlined, expedited, consumer or small dollar commercial rules of the selected arbitration organization in effect when the arbitration claim is filed and as provided in this Arbitration Provision. However, if those rules conflict with this Agreement, then this Agreement shall control. To keep costs low, you may utilize telephonic or internet hearings available through the selected arbitration organization. We adhere to and follow the Consumer Due Process Protocol of the AAA, which can be found at: http://www.adr.org/, and the JAMS Minimum Standards of Procedural Fairness for consumer arbitrations, which can be found at: http://www.jamsadr.com/rules/consumerminimumstandards. The arbitration panel shall consist of a single arbitrator chosen by the selected arbitration organization who shall be knowledgeable of the subject matter of the Dispute. No mediation shall be required. The arbitrator shall apply the laws of the Rosebud Sioux Tribe that govern this Agreement. Any arbitration award may be enforced in the courts of the Rosebud Sioux Tribe, or by our governmental regulator.

LIMITED WAIVER OF SOVEREIGN IMMUNITY FOR INDIVIDUAL CONSUMER ARBITRATION. **Rosebud Lending LZO d/b/a ZocaLoans provides a limited waiver of sovereign immunity for the single and specific arbitration between you, individually, and us.**

**NO CLASS ACTIONS OR CONSOLIDATED ACTIONS.** There shall be no right or ability for any Disputes to be arbitrated or litigated on a classwide or collective basis. Similarly, the claims of more than one person may not be arbitrated or litigated jointly or consolidated with any other individual's claims. **ANY ARBITRATION OF ANY DISPUTE UNDER THIS AGREEMENT SHALL BE AN INDIVIDUAL CONSUMER ARBITRATION ONLY; NO CLASS ACTION ARBITRATION AND NO COURT ADJUDICATION WHATSOEVER SHALL BE AVAILABLE.**

**DISPUTE DEFINED.** The word "Dispute" is given the broadest possible meaning and includes, without limitation (a) all claims, disputes, or controversies arising from or relating directly or indirectly to this Arbitration Provision, ("this Provision"), the validity and scope of this Provision and any claim or attempt to set aside this Provision; (b) all U.S. federal or state law claims, disputes or controversies, arising from or relating directly or indirectly to this Agreement, the information you gave us before entering into this Agreement, including your customer information application, and/or any past loan agreements between you and us; (c) all counterclaims, crossclaims and third party claims; (d) all common law claims, based upon contract, tort, fraud, or other intentional torts; (e) all claims based upon a violation of any state or federal constitution, statute or regulation; (f) all claims asserted by us against you, including claims for money damages to collect any sum we claim you owe us; (g) all claims asserted by you individually against the Tribe, us and/or any of our employees, agents, directors, officers, governors, managers, members, parent company or affiliated entities (collectively, "related third parties"), including claims for money damages and/or equitable or injunctive relief; (h) all claims asserted on your behalf by another person; (i) all claims asserted by you as a representative and member of a class of persons, or in any other representative capacity, against us and/or related third parties ("Representative Claims"); and/or (j) all claims arising from or relating directly or indirectly to the disclosure by us or related third parties of any nonpublic personal information about you.

All Disputes, including any Representative Claims against us and/or related third parties, shall be resolved by arbitration as provided in this Provision only on an individual basis with you. Any party to a Dispute, including related third parties, may send the other party written notice by certified mail return receipt requested of their Dispute and setting forth the subject of the Dispute along with the relief requested.

**THIS PROVISION IS BINDING.** This Provision is binding upon and benefits you, your respective heirs, successors and assigns. This Provision is binding upon and benefits the Tribe, us, our successors and assigns, and related third parties. This Provision continues in full force and effect, even if your obligations have been paid or discharged through bankruptcy. This Provision survives any cancellation, termination, amendment, expiration or performance of any transaction between you and us and continues in full force and effect unless you and we otherwise agree in writing.

THIS ARBITRATION PROVISION MEANS THAT:

- YOUR RIGHT TO FILE SUIT AGAINST US FOR ANY CLAIM OR DISPUTE REGARDING THIS AGREEMENT IS LIMITED BY THIS PROVISION AND SOVEREIGN IMMUNITY;
- YOU ARE GIVING UP YOUR RIGHT TO HAVE A TRIAL BY JURY TO RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES;
- YOU ARE GIVING UP YOUR RIGHT TO HAVE A COURT RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES; AND
- YOU ARE GIVING UP YOUR RIGHT TO SERVE AS A REPRESENTATIVE OR IN ANY OTHER REPRESENTATIVE CAPACITY, AND/OR TO PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS, IN ANY LAWSUIT OR ARBITRATION FILED AGAINST US AND/OR RELATED THIRD PARTIES.



**PAYMENT CHOICE AUTHORIZATION**

This Payment Choice Authorization is a part of and relates to the Agreement dated 06/18/2018. The words "you" and "your" mean the borrower who has electronically signed this Payment Choice Authorization. The words "we", "us" and "our" mean ZL-REACT and our successors and assigns.

**Your Payment Choice.** You understand and agree that you may repay your loan by check, money order or other means acceptable to us, or that you may optionally choose the convenience of having your regularly scheduled payments transmitted to us by electronic means through Electronic Funds Transfers ("EFT"). Your agreed upon Payment Choice Authorization will remain in effect until your loan, including principle, finance charges and other charges, is paid in full. You may only revoke the above authorizations by contacting us directly. If you revoke your authorization, you agree to provide us with another form of payment acceptable to us. You have elected to pay this loan as follows (check applicable box):

⦿    **Automatic Payments by EFT (EFT Authorization):** You elect to repay the loan by EFT. You authorize us to withdraw funds for each of the regularly scheduled loan payments listed in the Payment Schedule of your Agreement from your Bank Account (as defined in the Agreement above) by using any commercially available methods we choose, such as (but not limited to) ACH entries, "remote checks" or transactions through your debit card accessing your Bank Account. If any payment date falls on a weekend or holiday, you understand and agree that the payment will be executed on the next business day. You acknowledge that the repayment of the loan by EFT is an option that has been offered to you for your convenience. You are not required to repay the loan by EFT and repaying by EFT is not a condition for approval of the loan. You may revoke this EFT authorization as provided below. You understand that the cancellation of the EFT authorization in no way relieves you of the obligation to fulfill the contractual obligations to make all required payments. If you revoke this EFT authorization, you must make your payments by another means acceptable to us.

⦾    **MAILED PAYMENTS:** You elect to repay the loan by mailing us a cashier's check, money order or bill pay service through your bank, that we receive no later than your Payment Due Date to:

      PO Box 1147, 27565 Research Park Dr

      Mission, SD 57555

**REMOTELY CREATED CHECKS.** If you terminate any previous EFT authorization you provided, or if we do not receive your check or money order by the Payment Due Date, you agree to make all payments required under the Agreement by creating paper checks drawn on your Bank Account and bearing your typed name rather than your handwritten signature ("Remotely Created Checks"). You authorize us and our agents, successors and assigns to submit each Remotely Created Check for payment to the Paying Bank in the amount of each payment owing under this Agreement, including any returned payment charges or other amounts owing to us upon acceleration of this loan as a result of your Default. Your typed name shall constitute your authorized signature fully reflecting your intent to authenticate these Remotely Created Checks, which are also known as demand drafts, telechecks, preauthorized drafts, or paper drafts. If you believe we charged your Bank Account in a manner not contemplated by this authorization, then please contact us. You authorize us to vary the amount of any preauthorized payment by Remotely Created Check as needed to repay installments due on the loan as modified by any prepayment.

**RETURNED ITEM FEE.** If your payment is returned unpaid, you authorize us to make a onetime EFT from your Bank Account to collect a fee for any payment made by you on this loan if it is not honored or cannot be processed for any reason, including not enough money in your Bank Account. You agree to pay us a fee of $25.00. You authorize us and our agents to make a onetime EFT from your Bank Account to collect this fee. Your financial institution may also impose a fee.

**NOTICE OF VARYING AMOUNTS.** For those customers who have chosen the EFT Authorization, please note that you have the right to receive notice from us of all withdrawals from Your Bank Account by an EFT that vary in amount at least 10 days prior to the payment being collected. However, by signing below, you are agreeing that we only have to tell you the range of withdrawals that we can make. The range of withdrawals will be $0.01 to $440.97. For any withdrawal outside of this specified range, we will send you a notice 10 days prior to the date of the debit. Therefore, by signing this Agreement below, you acknowledge that you will only receive notice when a withdrawal exceeds the amount in the specified range. You authorize us to vary the amount of any withdrawal as needed to repay installments on the loan as modified by any partial prepayments you make, so long as such withdrawal is within the specified range: $0.01 to $440.97.

You agree to notify us of any changes in your Bank Account information or revocation of any payment authorization by giving written notice to us at PO Box 1147, 27565 Research Park Dr, Mission, SD 57555 or at support@zocaloans.com. Notice must be received by us not less than 3 business days prior to a scheduled Payment Due Date in order for us to terminate the automatic payments by that Payment Due Date. If you give us oral notice to stop payments, you must also confirm your stop-payment order within 14 days in writing. Otherwise the stop payment order is no longer effective. These notifications must be sent to us at PO Box 1147, 27565 Research Park Dr, Mission, SD 57555 or at support@zocaloans.com.

By signing below, you certify that you are an owner of or authorized signer for your Bank Account and that you will not dispute payments debited from your Bank Account provided that the debit corresponds to the terms of this Payment Choice Authorization.

**ELECTRONIC SIGNATURES.** You have consented to sign this Agreement and this Payment Choice Authorization using an electronic signature. You understand and agree that you intend: (i) your electronic signature to be an electronic signature under applicable federal and state law; (ii) to conduct business with us by electronic records and electronic signatures; and (iii) this Agreement will not be governed by Article 3 of the Uniform Commercial Code.

## SIGNATURE AND ACCEPTANCE OF ALL TERMS AND CONDITIONS

BY TYPING YOUR NAME AND CLICKING THE "SIGN AND SEND" BUTTON, YOU ACKNOWLEDGE THAT YOU HAVE BEEN PROVIDED AN OPPORTUNITY TO REVIEW ALL THE TERMS OF THE AGREEMENTS LISTED BELOW. BY ELECTRONICALLY SIGNING, YOU ARE AGREEING TO THE TERMS AND CONDITIONS OF:

1. THE LOAN AGREEMENT
2. THE CONSENT TO ELECTRONIC COMMUNICATIONS AND DISCLOSURES
3. THE ARBITRATION PROVISION
4. THE PAYMENT CHOICE AUTHORIZATION
5. You have access to the internet, are able to send and receive emails and have the ability to download or print a fully completed copy of these Agreements for your records.

YOUR ELECTRONIC SIGNATURE: *Davi Johnson (IP:* ▮▮▮▮▮▮)

ELECTRONICALLY SIGNED FROM: ▮▮▮▮▮ on *06/18/2018 11:54 AM*



**<u>EXHIBIT D</u>**

**Rosebud Lending LZO d/b/a ZocaLoans**
**LOAN AGREEMENT**

Lender:

Rosebud Lending LZO d/b/a ZocaLoans

PO Box 1147, 27565 Research Park Dr,
Mission, SD 57555

support@zocaloans.com

Borrower:

David Johnson




**This is our loan agreement (this "Agreement") with you regarding your loan. It contains important terms and conditions. You should read it carefully before you electronically sign it.**

The words "you" and "your" mean the borrower who has electronically signed it. The words "we", "us" and "our" means Rosebud Lending LZO d/b/a ZocaLoans. We are a sovereign enterprise, an economic development arm and instrumentality of, and wholly owned and controlled by, the Rosebud Sioux Tribe (the "Tribe"), a federally recognized sovereign American Indian Tribe. All disclosures in this Agreement are also terms and conditions of this Agreement.

**You must electronically sign this Agreement and submit it to us with your application. We will then approve or deny your application. If we approve it, the proceeds of your loan will be disbursed to you and this Agreement will be in full effect. If we deny your application, we will notify you of the denial and this Agreement will be terminated.**

**YOU HAVE A RIGHT TO CANCEL THIS AGREEMENT** without cost within three days from the date we notify you that your application has been approved by us. If you decide to cancel this Agreement, you must send us your notice of cancellation by email to support@zocaloans.com or by phone to 1-800-698-9697 no later than midnight Central Time on the second day after the funding date (the "Midnight Deadline"). You must also return all proceeds of your loan that you received by the Midnight Deadline. To return those amounts to us, your notice of cancellation must also include your authorization for us to use one of the payment methods you selected on your Payment Choice Authorization (below). If we do not receive your notice of cancellation and return of your loan proceeds by the Midnight Deadline, then this Agreement will remain in full force and effect.

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | AMOUNT FINANCED | TOTAL OF PAYMENTS |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 541.73% | $1280.75 | $700.00 | $1,980.75 |

#### Payment Schedule

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 1 | $165.05 | 06/21/2019 |
| 1 | $165.05 | 07/05/2019 |
| 1 | $165.05 | 07/19/2019 |
| 1 | $165.05 | 08/02/2019 |
| 1 | $165.05 | 08/16/2019 |
| 1 | $165.05 | 08/30/2019 |
| 1 | $165.05 | 09/13/2019 |
| 1 | $165.05 | 09/27/2019 |
| 1 | $165.05 | 10/11/2019 |
| 1 | $165.05 | 10/25/2019 |
| 1 | $165.05 | 11/08/2019 |
| 1 | $165.20 | 11/22/2019 |

**Prepayment:** If you pay off all or any portion of your debt early, you may be entitled to a refund of part of the finance charge. No refund will be provided upon a partial prepayment.

**Late Charge:** If any part of a payment is unpaid for not less than 3 days after it is due, there is a late charge of $25.

☑ **Security Interest:** We have a security interest in the Electronic Fund Transfer ("EFT") authorization.

**Additional information:** See the Agreement for any additional information about nonpayment, default, and any required repayment in full before the scheduled date, and prepayment refunds and penalties.

**Itemization of the Amount Financed**

1. Amount given directly to you: $700.00
2. Amount financed: $700.00

**SPECIAL NOTICES:**

- **YOUR LOAN IS AN EXPENSIVE FORM OF BORROWING.**
- **YOU CAN SAVE FINANCE CHARGES BY PAYING OFF YOUR LOAN EARLY EITHER IN PART OR IN FULL.**
- **YOUR LOAN IS DESIGNED TO ASSIST YOU IN MEETING YOUR SHORT-TERM CASH NEEDS.**
- **IT IS NOT A SOLUTION FOR LONGER TERM FINANCIAL PROBLEMS.**
- **YOU MAY BE RESPONSIBLE FOR ADDITIONAL FEES, AND INTEREST MAY ACCRUE IF YOU CHOOSE TO ROLL OVER OR REFINANCE YOUR LOAN.**
- **CREDIT COUNSELING SERVICES ARE AVAILABLE IN YOUR COMMUNITY FOR CONSUMERS EXPERIENCING FINANCIAL PROBLEMS.**

**YOUR PROMISE TO PAY.** You promise to pay the installment amount on the dates set forth above (each a "Payment Due Date" and collectively, "Payment Due Dates") in the Payment Schedule section of the Federal Truth in Lending Disclosure above. The term "Installment Period" means the time period set forth in the Payment Schedule above when each installment payment on your loan is due. You agree to make your payments using the method or methods you select in your Payment Choice Authorization (below).

**PAYMENTS.** You are required to make the payments for each Installment on or before the Payment Due Dates in your payment schedule. If you would like to repay your loan according to a payment plan other than as set forth herein, you must contact a customer service representative no later than three (3) days prior to your next scheduled Payment Due Date to make those payment schedule modifications if you would like them in effect for the next Payment Due Date. You will make your payments on or before every Payment Due Date until you have paid the entire principal and accrued finance charge(s) and any other charges as described in this Agreement. If, on the final scheduled Payment Due Date, you still owe amounts under this Agreement, you will pay those amounts in full on that date.

**PAYMENT BY CHECK OR MONEY ORDER.** If you elect to pay by check or money order, then you agree to repay all amounts due pursuant to this Agreement via check or money order. All mailed payments must reach us by 4:00 pm Mountain Time on or before the Payment Due Date. If you provide a check as a payment, you authorize us either to use information from your check to make a one-time electronic funds transfer ("EFT") from your Bank Account (as hereinafter defined) or to process the payment as a check transaction. When we use information from your check to make an EFT, funds may be withdrawn from your Bank Account as soon as the same day that we receive your payment, and you will not receive your check back from your financial institution.

**WHEN YOU BEGIN PAYING FINANCE CHARGE(S).** You begin to accrue finance charge(s) for the loan on the Disbursement Date, defined below. The first Installment Period on the loan begins on the Disbursement Date and ends on the first Payment Due Date. Thereafter, each Installment Period begins on the first date following the Payment Due Date and ends on the next Payment Due Date. You will be charged finance charge(s) on the entire Installment Period beginning on the first day of the Installment Period. In calculating Your payments, We have assumed You will make each payment on the day and in the amount due as outlined within Your payment schedule. If any payment is made before the Payment Due Date, the finance charge(s) are due for the entire Installment Period and no refund shall be made for the finance charge(s) charged for the Installment Period. Time is of the essence, which means that there are no grace periods for when payments must be made.

**PREPAYMENT.** This loan may be prepaid in full or in part at any time without penalty. Any partial prepayment will be applied to any accrued and unpaid interest, fees, or other charges, and then it will be applied to the outstanding principal balance. Any partial payment may reduce the number of remaining payments or the amount of the final payment. Otherwise, a partial prepayment will not postpone the due date of any subsequent monthly installments, and you must continue to make regularly scheduled payments until all amounts due under this loan are paid. To arrange to prepay your loan in whole or in part, you must go online at www.zocaloans.com and login to the customer portal or call us at 1-800-698-9697 to alert us of your intention to make a prepayment and then follow our instructions. Partial prepayments will not change the amount or due date of your remaining payments until your loan made pursuant to this Agreement is paid in full.

**SECURITY.** Pursuant to Comment 2(a)(25) of the Consumer Financial Protection Bureau Official Staff Commentary to Regulation Z §1026.2, we have disclosed to you, and you have agreed, that our interest in the EFT Authorization is a security interest for Federal Truth-in-Lending purposes only, because federal and state law do not clearly address whether our interest in the EFT Authorization is a "security interest." However, the federal Truth-in-Lending disclosures are not intended to create a security interest under state law and shall not be evidence of or an admission by us that this transaction is anything other than an unsecured loan.

**DISBURSEMENT.** If your loan is approved, we will disburse your loan proceeds within 1 business day. A business day is a regular work day and does not include Saturday, Sunday or holidays. You authorize us to use commercially reasonable efforts to initiate a credit entry by depositing the proceeds of your loan into the Bank Account authorized below. The date that your loan proceeds are deposited to your

Bank Account or onto your payment instrument is the "Disbursement Date." Unavoidable delays such as bank holidays, the processing schedule of your individual bank, inadvertent processing errors, "acts of God" or "acts of terror" may extend the time for the deposit.

You authorize us to process your loan proceeds with a credit deposit to your following bank account ("Your Bank Account"):

Bank Name: 
Transit ABA Number:
Deposit Account Number:
*Account Number Masked for your protection

We will make this disbursement credit by using any commercially available method we choose, such as (but not limited to) Automated Clearing House (ACH) entries, wire transfers, or transactions through your debit card accessing your Bank Account. As a data security measure, you will separately provide us with your debit card information.

**EXPEDITED FUNDING SERVICE.** If you want to receive your loan proceeds at least one business day sooner than through a regularly scheduled disbursement, we may offer you an expedited funding service ("Expedited Funding Service"). If you choose this Expedited Funding Service, your loan proceeds will be deposited into your Bank Account on the same business day as your loan is approved (if before 1:00 p.m. Mountain Time) or the next business day if after that time.

For example, if your loan was approved at 11:00 a.m. on Friday, your loan proceeds would likely be deposited into your Bank Account on Monday. However, if you use the Expedited Funding Service, then your loan proceeds would be disbursed to you on Friday.

Note that the timing of when your bank actually makes these funds available to you is entirely controlled by your bank and not us. There is an additional cost that we have to pay to provide this Expedited Funding Service. This Expedited Funding Service Fee will be included in your first payment. If you want to use the Expedited Funding Service, call us at 1-800-698-9697.

**ALL SUMS DUE.** If you fail to make your payments on time we can require you to pay your unpaid balance in full. We can also require you to pay your unpaid balance in full if you break any promise you made in this Agreement or if any statement that you made in your application or in connection with your loan is untrue or becomes untrue. This means that, under any of the aforementioned circumstances, you must pay us all principal, finance charges and other amounts that you owe us.

**REFUSED INSTRUMENT CHARGE.** If your payment method is stopped, denied or otherwise dishonored, then you agree to pay us a fee of $25. Your refused instrument may also cause your payment to be late which could result in you also having to pay a late charge.

**CONSUMER REPORTS.** You authorize us to obtain consumer reports about you now or in the future as long as you owe us money under this Agreement. We may report information about your performance under this Agreement to credit reporting agencies. Late payments, missed payments and defaults may be reported. This may negatively impact your ability to receive loans or advances from other companies or to write checks.

**CREDIT DISPUTES; IDENTITY THEFT.** If you believe that any information about your loan that we have furnished to a consumer reporting agency is inaccurate, or if you believe that you have been the victim of identity theft in connection with any loan made by us, write to us at PO Box 1147, 27565 Research Park Dr, Mission, SD 57555. In your letter (i) provide your name and loan number, (ii) identify the specific information that is being disputed, (iii) explain the basis for the dispute and (iv) provide any supporting documentation you have that substantiates the basis of the dispute. If you believe that you have been the victim of identity theft, you may be required to submit an identity theft affidavit or identity theft report.

**ENTIRE AGREEMENT.** This Agreement contains the entire agreement between you and us relating to it. Any change to this Agreement must be in writing and must be signed by both parties. No oral changes are binding.

**OTHER RIGHTS.** We may delay enforcing any of our rights without losing them. We can enforce this Agreement against your heirs and legal representatives. We may assign or transfer this Agreement and our rights under it without notice to you and we do not need your consent.

**DEFAULT.** Time is of the essence, and you will be in default under this Agreement (as it may be amended) if you do not make any payment when due. Upon default, we may, without notice or demand, declare the entire amount then unpaid immediately due and payable. We reserve the right to report loan payment delinquencies at or in excess of 14 days to one or more consumer reporting agencies in accordance with applicable law. You agree to pay all costs of collecting any delinquent payments, including reasonable attorneys' fees, as permitted by applicable law.

**LAW THAT APPLIES.** The laws of the Rosebud Sioux Tribe ("Tribal Law") will govern this Agreement, without regard to the laws of any state or other jurisdiction, including the conflict of laws rules of any state. You agree to be bound by Tribal Law, and in the event of a bona fide dispute between you and us, Tribal Law shall exclusively apply to such dispute.

**SOVEREIGN IMMUNITY.** This Agreement together with any related documents are being submitted by you to us as a sovereign

enterprise, an economic development arm and instrumentality of the Tribe which shares in the governmental sovereign immunity of the Tribe. Because we and the Tribe are entitled to sovereign immunity, you will be limited as to what claims, if any, you may be able to assert against us. To encourage resolution of consumer complaints, any complaint may be submitted by you or on your behalf to arbitration as described below.

**PRESERVATION OF SOVEREIGN IMMUNITY.** It is the express intention of the Tribe and us operating as an economic arm of the Tribe, to fully preserve, and not waive other than as expressly provided in this Agreement, our sovereign governmental immunity from suit, and any other rights, titles, privileges, and immunities, to which we or the Tribe are entitled. To protect and preserve the rights of the parties, no person may assume a waiver of sovereign immunity. No waiver is or can be made except by express written declaration of the Tribe's governing Council specifically authorizing a waiver for the matter in question. Except as pertaining to a single, potential arbitration between you, as an individual consumer, and us, no such waiver has been made with respect to this Agreement, your disbursement and Payment Choice Authorization or any other related document.

**TELEPHONE CALLS AND TEXT MESSAGES REGARDING YOUR LOAN.** Notwithstanding any current or prior election to opt-in to telemarketing calls or SMS messages (including text messages) from us, our agents, representatives, affiliates or anyone calling on our behalf, you expressly consent to be contacted by us, our agents, representatives, affiliates or anyone calling on our behalf for any and all purposes arising out of or relating to your loan and your account, at any telephone number or physical or electronic address you provide at which you may be reached. You agree that we may contact you using automated telephone dialing or text messaging systems, calls with prerecorded messages or artificial voices and electronic mail to provide messages to you about Payment Due Dates, missed payments, options to amend this Agreement and other important information. The telephone messages are played by a machine automatically when the telephone is answered, whether answered by you or someone else. These messages may also be recorded by your answering machine. You agree that we, and our agents, employees and other representatives, may monitor and/or record any of your phone conversations. By providing us with your cell or mobile telephone number, you authorize us to contact you from time to time regarding your application and loan at that number using text messages. Standard text messaging and/or calling charges by your communications carrier may apply. You may withdraw your consent to receive text messages by calling us at 1-800-698-9697 or emailing us at support@zocaloans.com. We will not impose any fee to process the withdrawal of your consent to receive text messages. Any withdrawal of your consent to use text messages will be effective only after we have a reasonable period of time to process your withdrawal.

## ADVERTISING OR TELEMARKETING TEXT MESSAGES AND TELEPHONE CALLS

By signing this section, you consent to advertising and telemarketing text messages to the mobile phone number you provide below. You also consent to our advertising or telemarketing calls to you at your mobile phone number using an automatic telephone dialing system or an artificial or prerecorded voice.

☑   Your checking this box will be deemed to be your signature acknowledging your consent to receive advertising and telemarketing text messages and telephone calls as described above to your mobile phone at _____ .

**You are not required to provide this consent to obtain credit or other services.** You may withdraw your consent by calling us at 1-800-698-9697 or emailing us at support@zocaloans.com.

You understand that any text messages we send you may be accessed by anyone with access to your text messages. Your service provider may charge you fees for text messages. We shall have no liability for the cost of any text messages.

**BANKRUTPCY.** You promise that you are not currently a debtor in any bankruptcy proceeding, you are not contemplating bankruptcy and you have not consulted with an attorney regarding a potential bankruptcy filing in the past six months. You must provide any notice(s) of any future bankruptcy petition and all subsequent filings, motions, orders or correspondence to us at PO Box 1147, 27565 Research Park Dr, Mission, SD 57555. You agree that any other written or oral communication concerning a bankruptcy is null and void and of no effect.

**COMMITMENT TO CUSTOMER SERVICE.** . We believe our customer service team should be able to make things right for our customers. We would prefer that you contact us first with any questions or concerns regarding your loan. We will work diligently to try to effectively resolve any questions or issues that you have. Please direct any questions, issues or disputes in the first instance to our management, in writing at support@zocaloans.com or at PO Box 1147, 27565 Research Park Dr, Mission, SD 57555 and we will do our best to help you quickly.

**CONSENT TO ELECTRONIC COMMUNICATIONS AND DISCLOSURES.** You have agreed that we may electronically provide you with all communications, disclosures and other information regarding your application and loan ("Communications"). Your consent does not apply to any future transactions that may occur between us. You should print out, download or otherwise store all of these Communications to keep for your records.

You will need a computer with internet access and a printer capable of printing text screens or hard drive capable of storing data. In addition, you must use an internet browser software that supports 256-bit Encryption.

To access, view and retain Communications from us, you will need the ability to receive and read emails that contain hyperlinks to

websites. If you provide us with an email address in your application, you may notify us of changes in your email address by writing us at support@zocaloans.com.

Even if you consent to the electronic delivery of Communications, you may also receive a paper copy of any Communications provided to you electronically by writing us at support@zocaloans.com. There is no fee for the paper copy. You may also withdraw your consent by sending us your request in writing to PO Box 1147, 27565 Research Park Dr, Mission, SD 57555. If you decide to withdraw your consent, the legal effectiveness, validity and/or enforceability of all prior electronic Communications will not be affected.

## ARBITRATION PROVISION

**PLEASE READ THIS ARBITRATION PROVISION CAREFULLY. IT PROVIDES THAT ANY DISPUTE MUST BE RESOLVED BY BINDING ARBITRATION. ARBITRATION REPLACES THE RIGHT TO GO TO COURT, INCLUDING THE RIGHT TO A JURY TRIAL, AND THE RIGHT TO INITIATE OR PARTICIPATE IN A CLASS ACTION OR SIMILAR COLLECTIVE OR CONSOLIDATED PROCEEDINGS. IN ARBITRATION, A DISPUTE IS RESOLVED BY AN ARBITRATOR INSTEAD OF A JUDGE OR JURY, AND THE ARBITRATOR'S DECISION IS FINAL AND BINDING. ARBITRATION PROCEEDINGS ARE SIMPLER AND MORE LIMITED THAN COURT PROCEDURES.**

**INDIVIDUAL CONSUMER ARBITRATION.** Our goal is to use individual consumer arbitration as an efficient and cost effective means of resolving any Dispute (as defined below). Both you and we have the right to seek resolution of any Dispute by submitting a demand for arbitration to Judicial Arbitration and Mediation Services, Inc. (JAMS) (www.jamsadr.com), or the American Arbitration Association (AAA) (www.adr.org), at the option of the party requesting arbitration. Disputes also may be referred to another arbitration organization if you and we agree in writing.

**ARBITRATION PROCEDURES.** Any arbitration shall proceed only under the streamlined, expedited, consumer or small dollar commercial rules of the selected arbitration organization in effect when the arbitration claim is filed and as provided in this Arbitration Provision. However, if those rules conflict with this Agreement, then this Agreement shall control. To keep costs low, you may utilize telephonic or internet hearings available through the selected arbitration organization. We adhere to and follow the Consumer Due Process Protocol of the AAA, which can be found at: http://www.adr.org/, and the JAMS Minimum Standards of Procedural Fairness for consumer arbitrations, which can be found at: http://www.jamsadr.com/rules-consumerminimumstandards. The arbitration panel shall consist of a single arbitrator chosen by the selected arbitration organization who shall be knowledgeable of the subject matter of the Dispute. No mediation shall be required. The arbitrator shall apply the laws of the Rosebud Sioux Tribe that govern this Agreement. Any arbitration award may be enforced in the courts of the Rosebud Sioux Tribe, or by our governmental regulator.

LIMITED WAIVER OF SOVEREIGN IMMUNITY FOR INDIVIDUAL CONSUMER ARBITRATION. **Rosebud Lending LZO d/b/a ZocaLoans provides a limited waiver of sovereign immunity for the single and specific arbitration between you, individually, and us.**

**NO CLASS ACTIONS OR CONSOLIDATED ACTIONS.** There shall be no right or ability for any Disputes to be arbitrated or litigated on a classwide or collective basis. Similarly, the claims of more than one person may not be arbitrated or litigated jointly or consolidated with any other individual's claims. **ANY ARBITRATION OF ANY DISPUTE UNDER THIS AGREEMENT SHALL BE AN INDIVIDUAL CONSUMER ARBITRATION ONLY; NO CLASS ACTION ARBITRATION AND NO COURT ADJUDICATION WHATSOEVER SHALL BE AVAILABLE.**

**DISPUTE DEFINED.** The word "Dispute" is given the broadest possible meaning and includes, without limitation (a) all claims, disputes, or controversies arising from or relating directly or indirectly to this Arbitration Provision, ("this Provision"), the validity and scope of this Provision and any claim or attempt to set aside this Provision; (b) all U.S. federal or state law claims, disputes or controversies, arising from or relating directly or indirectly to this Agreement, the information you gave us before entering into this Agreement, including your customer information application, and/or any past loan agreements between you and us; (c) all counterclaims, crossclaims and third party claims; (d) all common law claims, based upon contract, tort, fraud, or other intentional torts; (e) all claims based upon a violation of any state or federal constitution, statute or regulation; (f) all claims asserted by us against you, including claims for money damages to collect any sum we claim you owe us; (g) all claims asserted by you individually against the Tribe, us and/or any of our employees, agents, directors, officers, governors, managers, members, parent company or affiliated entities (collectively, "related third parties"), including claims for money damages and/or equitable or injunctive relief; (h) all claims asserted on your behalf by another person; (i) all claims asserted by you as a representative and member of a class of persons, or in any other representative capacity, against us and/or related third parties ("Representative Claims"); and/or (j) all claims arising from or relating directly or indirectly to the disclosure by us or related third parties of any nonpublic personal information about you.

All Disputes, including any Representative Claims against us and/or related third parties, shall be resolved by arbitration as provided in this Provision only on an individual basis with you. Any party to a Dispute, including related third parties, may send the other party written notice by certified mail return receipt requested of their Dispute and setting forth the subject of the Dispute along with the relief requested.

**THIS PROVISION IS BINDING.** This Provision is binding upon and benefits you, your respective heirs, successors and assigns. This Provision is binding upon and benefits the Tribe, us, our successors and assigns, and related third parties. This Provision continues in full force and effect, even if your obligations have been paid or discharged through bankruptcy. This Provision survives any cancellation, termination, amendment, expiration or performance of any transaction between you and us and continues in full force and effect unless you and we otherwise agree in writing.

Page 5/8

THIS ARBITRATION PROVISION MEANS THAT:

- YOUR RIGHT TO FILE SUIT AGAINST US FOR ANY CLAIM OR DISPUTE REGARDING THIS AGREEMENT IS LIMITED BY THIS PROVISION AND SOVEREIGN IMMUNITY;
- YOU ARE GIVING UP YOUR RIGHT TO HAVE A TRIAL BY JURY TO RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES;
- YOU ARE GIVING UP YOUR RIGHT TO HAVE A COURT RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES; AND
- YOU ARE GIVING UP YOUR RIGHT TO SERVE AS A REPRESENTATIVE OR IN ANY OTHER REPRESENTATIVE CAPACITY, AND/OR TO PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS, IN ANY LAWSUIT OR ARBITRATION FILED AGAINST US AND/OR RELATED THIRD PARTIES.



## PAYMENT CHOICE AUTHORIZATION

This Payment Choice Authorization is a part of and relates to the Agreement dated 06/05/2019. The words "you" and "your" mean the borrower who has electronically signed this Payment Choice Authorization. The words "we", "us" and "our" mean ZL-BRONZE and our successors and assigns.

**Your Payment Choice.** You understand and agree that you may repay your loan by check, money order or other means acceptable to us, or that you may optionally choose the convenience of having your regularly scheduled payments transmitted to us by electronic means through Electronic Funds Transfers ("EFT"). Your agreed upon Payment Choice Authorization will remain in effect until your loan, including principle, finance charges and other charges, is paid in full. You may only revoke the above authorizations by contacting us directly. If you revoke your authorization, you agree to provide us with another form of payment acceptable to us. You have elected to pay this loan as follows (check applicable box):

◉ **Automatic Payments by EFT (EFT Authorization):** You elect to repay the loan by EFT. You authorize us to withdraw funds for each of the regularly scheduled loan payments listed in the Payment Schedule of your Agreement from your Bank Account (as defined in the Agreement above) by using any commercially available methods we choose, such as (but not limited to) ACH entries, "remote checks" or transactions through your debit card accessing your Bank Account. If any payment date falls on a weekend or holiday, you understand and agree that the payment will be executed on the next business day. You acknowledge that the repayment of the loan by EFT is an option that has been offered to you for your convenience. You are not required to repay the loan by EFT and repaying by EFT is not a condition for approval of the loan. You may revoke this EFT authorization as provided below. You understand that the cancellation of the EFT authorization in no way relieves you of the obligation to fulfill the contractual obligations to make all required payments. If you revoke this EFT authorization, you must make your payments by another means acceptable to us.

◎ **MAILED PAYMENTS:** You elect to repay the loan by mailing us a cashier's check, money order or bill pay service through your bank, that we receive no later than your Payment Due Date to:

PO Box 1147, 27565 Research Park Dr

Mission, SD 57555

**REMOTELY CREATED CHECKS.** If you terminate any previous EFT authorization you provided, or if we do not receive your check or money order by the Payment Due Date, you agree to make all payments required under the Agreement by creating paper checks drawn on your Bank Account and bearing your typed name rather than your handwritten signature ("Remotely Created Checks"). You authorize us and our agents, successors and assigns to submit each Remotely Created Check for payment to the Paying Bank in the amount of each payment owing under this Agreement, including any returned payment charges or other amounts owing to us upon acceleration of this loan as a result of your Default. Your typed name shall constitute your authorized signature fully reflecting your intent to authenticate these Remotely Created Checks, which are also known as demand drafts, telechecks, preauthorized drafts, or paper drafts. If you believe we charged your Bank Account in a manner not contemplated by this authorization, then please contact us. You authorize us to vary the amount of any preauthorized payment by Remotely Created Check as needed to repay installments due on the loan as modified by any prepayment.

**RETURNED ITEM FEE.** If your payment is returned unpaid, you authorize us to make a onetime EFT from your Bank Account to collect a fee for any payment made by you on this loan if it is not honored or cannot be processed for any reason, including not enough money in your Bank Account. You agree to pay us a fee of $25.00. You authorize us and our agents to make a onetime EFT from your Bank Account to collect this fee. Your financial institution may also impose a fee.

**NOTICE OF VARYING AMOUNTS.** For those customers who have chosen the EFT Authorization, please note that you have the right to receive notice from us of all withdrawals from your Bank Account by an EFT that vary in amount at least 10 days prior to the payment being collected. However, by signing below, you are agreeing that we only have to tell you the range of withdrawals that we can make. The range of withdrawals will be $0.01 to $495.59999999999996. For any withdrawal outside of this specified range, we will send you a notice 10 days prior to the date of the debit. Therefore, by signing this Agreement below, you acknowledge that you will only receive notice when a withdrawal exceeds the amount in the specified range. You authorize us to vary the amount of any withdrawal as needed to repay installments due on the loan as modified by any partial prepayments you make, so long as such withdrawal is within the specified range:
$0.01 to $495.59999999999996.

You agree to notify us of any changes in your Bank Account information or revocation of any payment authorization by giving written notice to us at PO Box 1147, 27565 Research Park Dr, Mission, SD 57555 or at support@zocaloans.com. Notice must be received by us not less than 3 business days prior to a scheduled Payment Due Date in order for us to terminate the automatic payments by that Payment Due Date. If you give us oral notice to stop payments, you must also confirm your stop-payment order within 14 days in writing. Otherwise the stop payment order is no longer effective. These notifications must be sent to us at PO Box 1147, 27565 Research Park Dr, Mission, SD 57555 or at support@zocaloans.com.

By signing below, you certify that you are an owner of or authorized signer for your Bank Account and that you will not dispute payments debited from your Bank Account provided that the debit corresponds to the terms of this Payment Choice Authorization.

**ELECTRONIC SIGNATURES.** You have consented to sign this Agreement and this Payment Choice Authorization using an electronic signature. You understand and agree that you intend: (i) your electronic signature to be an electronic signature under applicable federal and state law; (ii) to conduct business with us by electronic records and electronic signatures; and (iii) this Agreement will not be

governed by Article 3 of the Uniform Commercial Code.

## SIGNATURE AND ACCEPTANCE OF ALL TERMS AND CONDITIONS

BY TYPING YOUR NAME AND CLICKING THE "SIGN AND SEND" BUTTON, YOU ACKNOWLEDGE THAT YOU HAVE BEEN PROVIDED AN OPPORTUNITY TO REVIEW ALL THE TERMS OF THE AGREEMENTS LISTED BELOW. BY ELECTRONICALLY SIGNING, YOU ARE AGREEING TO THE TERMS AND CONDITIONS OF:

1. THE LOAN AGREEMENT
2. THE CONSENT TO ELECTRONIC COMMUNICATIONS AND DISCLOSURES
3. THE ARBITRATION PROVISION
4. THE PAYMENT CHOICE AUTHORIZATION
5. You have access to the internet, are able to send and receive emails and have the ability to download or print a fully completed copy of these Agreements for your records.

YOUR ELECTRONIC SIGNATURE: *Davi Johnson (IP:* ▮▮▮▮▮▮▮▮ *)*

ELECTRONICALLY SIGNED FROM: ▮▮▮▮▮▮▮▮ on *06/05/2019 10:51 AM*

**EXHIBIT E**

**Rosebud Lending LZO d/b/a ZocaLoans**
**LOAN AGREEMENT**

Lender:

Rosebud Lending LZO d/b/a ZocaLoans

PO Box 1147, 27565 Research Park Dr,
Mission, SD 57555

support@zocaloans.com

Borrower:

David Johnson

**This is our loan agreement (this "Agreement") with you regarding your loan. It contains important terms and conditions. You should read it carefully before you electronically sign it.**

The words "you" and "your" mean the borrower who has electronically signed it. The words "we", "us" and "our" means Rosebud Lending LZO d/b/a ZocaLoans. We are a sovereign enterprise, an economic development arm and instrumentality of, and wholly owned and controlled by, the Rosebud Sioux Tribe (the "Tribe"), a federally recognized sovereign American Indian Tribe. All disclosures in this Agreement are also terms and conditions of this Agreement.

**You must electronically sign this Agreement and submit it to us with your application. We will then approve or deny your application. If we approve it, the proceeds of your loan will be disbursed to you and this Agreement will be in full effect. If we deny your application, we will notify you of the denial and this Agreement will be terminated.**

YOU HAVE A RIGHT TO CANCEL THIS AGREEMENT without cost within three days from the date we notify you that your application has been approved by us. If you decide to cancel this Agreement, you must send us your notice of cancellation by email to support@zocaloans.com or by phone to 1-800-698-9697 no later than midnight Central Time on the second day after the funding date (the "Midnight Deadline"). You must also return all proceeds of your loan that you received by the Midnight Deadline. To return those amounts to us, your notice of cancellation must also include your authorization for us to use one of the payment methods you selected on your Payment Choice Authorization (below). If we do not receive your notice of cancellation and return of your loan proceeds by the Midnight Deadline, then this Agreement will remain in full force and effect.

| FEDERAL TRUTH-IN-LENDING DISCLOSURES | | | |
|---|---|---|---|
| **ANNUAL PERCENTAGE RATE** | **FINANCE CHARGE** | **AMOUNT FINANCED** | **TOTAL OF PAYMENTS** |
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 493.42% | $743.68 | $500.00 | $1,243.68 |

**Payment Schedule**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 1 | $103.65 | 10/09/2020 |
| 1 | $103.65 | 10/23/2020 |
| 1 | $103.65 | 11/06/2020 |
| 1 | $103.65 | 11/20/2020 |
| 1 | $103.65 | 12/04/2020 |
| 1 | $103.65 | 12/18/2020 |
| 1 | $103.65 | 01/04/2021 |
| 1 | $103.65 | 01/15/2021 |
| 1 | $103.65 | 01/29/2021 |
| 1 | $103.65 | 02/12/2021 |
| 1 | $103.65 | 02/26/2021 |
| 1 | $103.53 | 03/12/2021 |

**Prepayment:** If you pay off all or any portion of your debt early, you may be entitled to a refund of part of the finance charge. No refund will be provided upon a partial prepayment.

**Late Charge:** If any part of a payment is unpaid for not less than 3 days after it is due, there is a late charge of $25.

☑ **Security Interest:** We have a security interest in the Electronic Fund Transfer ("EFT") authorization.

**Additional Information:** See the Agreement for any additional information about nonpayment, default, and any required repayment in full before the scheduled date, and prepayment refunds and penalties.

**Itemization of the Amount Financed**

1. Amount given directly to you: $500.00
2. Amount financed: $500.00

**SPECIAL NOTICES:**

- **YOUR LOAN IS AN EXPENSIVE FORM OF BORROWING.**
- **YOU CAN SAVE FINANCE CHARGES BY PAYING OFF YOUR LOAN EARLY EITHER IN PART OR IN FULL.**
- **YOUR LOAN IS DESIGNED TO ASSIST YOU IN MEETING YOUR SHORT-TERM CASH NEEDS.**
- **IT IS NOT A SOLUTION FOR LONGER TERM FINANCIAL PROBLEMS.**
- **YOU MAY BE RESPONSIBLE FOR ADDITIONAL FEES, AND INTEREST MAY ACCRUE IF YOU CHOOSE TO ROLL OVER OR REFINANCE YOUR LOAN.**
- **CREDIT COUNSELING SERVICES ARE AVAILABLE IN YOUR COMMUNITY FOR CONSUMERS EXPERIENCING FINANCIAL PROBLEMS.**

**YOUR PROMISE TO PAY.** You promise to pay the installment amount on the dates set forth above (each a "Payment Due Date" and collectively, "Payment Due Dates") in the Payment Schedule section of the Federal Truth in Lending Disclosure above. The term "Installment Period" means the time period set forth in the Payment Schedule above when each installment payment on your loan is due. You agree to make your payments using the method or methods you select in your Payment Choice Authorization (below).

**PAYMENTS.** You are required to make the payments for each Installment on or before the Payment Due Dates in your payment schedule. If you would like to repay your loan according to a payment plan other than as set forth herein, you must contact a customer service representative no later than three (3) days prior to your next scheduled Payment Due Date to make those payment schedule modifications if you would like them in effect for the next Payment Due Date. You will make your payments on or before every Payment Due Date until you have paid the entire principal and accrued finance charge(s) and any other charges as described in this Agreement. If, on the final scheduled Payment Due Date, you still owe amounts under this Agreement, you will pay those amounts in full on that date.

**PAYMENT BY CHECK OR MONEY ORDER.** If you elect to pay by check or money order, then you agree to repay all amounts due pursuant to this Agreement via check or money order. All mailed payments must reach us by 4:00 pm Mountain Time on or before the Payment Due Date. If you provide a check as a payment, you authorize us either to use information from your check to make a one-time electronic funds transfer (EFT) from your Bank Account (as hereinafter defined) or to process the payment as a check transaction. When we use information from your check to make an EFT, funds may be withdrawn from your Bank Account as soon as the same day that we receive your payment, and you will not receive your check back from your financial institution.

**WHEN YOU BEGIN PAYING FINANCE CHARGE(S).** You begin to accrue finance charge(s) for the loan on the Disbursement Date, defined below. The first Installment Period on the loan begins on the Disbursement Date and ends on the first Payment Due Date. Thereafter, each Installment Period begins on the first date following the Payment Due Date and ends on the next Payment Due Date. You will be charged finance charge(s) on the entire Installment Period beginning on the first day of the Installment Period. In calculating Your payments, We have assumed You will make each payment on the day and in the amount due as outlined within Your payment schedule. If any payment is made before the Payment Due Date, the finance charge(s) are due for the entire Installment Period and no refund shall be made for the finance charge(s) charged for the Installment Period. Time is of the essence, which means that there are no grace periods for when payments must be made.

**PREPAYMENT.** This loan may be prepaid in full or in part at any time without penalty. Any partial prepayment will be applied to any accrued and unpaid interest, fees, or other charges, and then it will be applied to the outstanding principal balance. Any partial payment may reduce the number of remaining payments or the amount of the final payment. Otherwise, a partial prepayment will not postpone the due date of any subsequent monthly installments, and you must continue to make regularly scheduled payments until all amounts due under this loan are paid. To arrange to prepay your loan in whole or in part, you must go online at www.zocaloans.com and login to the customer portal or call us at 1-800-698-9697 to alert us of your intention to make a prepayment and then follow our instructions. Partial prepayments will not change the amount or due date of your remaining payments until your loan made pursuant to this Agreement is paid in full.

**SECURITY.** Pursuant to Comment 2(a)(25) of the Consumer Financial Protection Bureau Official Staff Commentary to Regulation Z §1026.2, we have disclosed to you, and you have agreed, that our interest in the EFT Authorization is a security interest for Federal Truth-in-Lending purposes only, because federal and state law do not clearly address whether our interest in the EFT Authorization is a "security interest." However, the federal Truth-in-Lending disclosures are not intended to create a security interest under state law and shall not be evidence of or an admission by us that this transaction is anything other than an unsecured loan.

**DISBURSEMENT.** If your loan is approved, we will disburse your loan proceeds within 1 business day. A business day is a regular work day and does not include Saturday, Sunday or holidays. You authorize us to use commercially reasonable efforts to initiate a credit entry by depositing the proceeds of your loan into the Bank Account authorized below. The date that your loan proceeds are deposited to your

Bank Account or onto your payment instrument is the "Disbursement Date." Unavoidable delays such as bank holidays, the processing schedule of your individual bank, inadvertent processing errors, "acts of God" or "acts of terror" may extend the time for the deposit.

You authorize us to process your loan proceeds with a credit deposit to your following bank account ("Your Bank Account"):

Bank Name:

Transit ABA Number:

Deposit Account Number:

*Account Number Masked for your protection

We will make this disbursement credit by using any commercially available method we choose, such as (but not limited to) Automated Clearing House (ACH) entries, wire transfers, or transactions through your debit card accessing your Bank Account. As a data security measure, you will separately provide us with your debit card information.

**EXPEDITED FUNDING SERVICE.** If you want to receive your loan proceeds at least one business day sooner than through a regularly scheduled disbursement, we may offer you an expedited funding service ("Expedited Funding Service"). If you choose this Expedited Funding Service, your loan proceeds will be deposited into your Bank Account on the same business day as your loan is approved (if before 1:00 p.m. Mountain Time) or the next business day if after that time.

For example, if your loan was approved at 11:00 a.m. on Friday, your loan proceeds would likely be deposited into your Bank Account on Monday. However, if you use the Expedited Funding Service, then your loan proceeds would be disbursed to you on Friday.

Note that the timing of when your bank actually makes these funds available to you is entirely controlled by your bank and not us. There is an additional cost that we have to pay to provide this Expedited Funding Service. This Expedited Funding Service Fee will be included in your first payment. If you want to use Expedited Funding Service, call us at 1-800-698-9697.

**ALL SUMS DUE.** If you fail to make your payments on time we can require you to pay your unpaid balance in full. We can also require you to pay your unpaid balance in full if you break any promise you made in this Agreement or if any statement that you made in your application or in connection with your loan is untrue or becomes untrue. This means that, under any of the aforementioned circumstances, you must pay us all principal, finance charges and other amounts that you owe us.

**REFUSED INSTRUMENT CHARGE.** If your payment method is stopped, denied or otherwise dishonored, then you agree to pay us a fee of $25. Your refused instrument may also cause your payment to be late which could result in you also having to pay a late charge.

**CONSUMER REPORTS.** You authorize us to obtain consumer reports about you now or in the future as long as you owe us money under this Agreement. We may report information about your performance under this Agreement to credit reporting agencies. Late payments, missed payments and defaults may be reported. This may negatively impact your ability to receive loans or advances from other companies or to write checks.

**CREDIT DISPUTES; IDENTITY THEFT.** If you believe that any information about your loan that we have furnished to a consumer reporting agency is inaccurate, or if you believe that you have been the victim of identity theft in connection with any loan made by us, write to us at PO Box 1147, 27565 Research Park Dr, Mission, SD 57555. In your letter (i) provide your name and loan number, (ii) identify the specific information that is being disputed, (iii) explain the basis for the dispute and (iv) provide any supporting documentation you have that substantiates the basis of the dispute. If you believe that you have been the victim of identity theft, you may be required to submit an identity theft affidavit or identity theft report.

**ENTIRE AGREEMENT.** This Agreement contains the entire agreement between you and us relating to it. Any change to this Agreement must be in writing and must be signed by both parties. No oral changes are binding.

**OTHER RIGHTS.** We may delay enforcing any of our rights without losing them. We can enforce this Agreement against your heirs and legal representatives. We may assign or transfer this Agreement and our rights under it without notice to you and we do not need your consent.

**DEFAULT.** Time is of the essence, and you will be in default under this Agreement (as it may be amended) if you do not make any payment when due. Upon default, we may, without notice or demand, declare the entire amount then unpaid immediately due and payable. We reserve the right to report loan payment delinquencies at or in excess of 14 days to one or more consumer reporting agencies in accordance with applicable law. You agree to pay all costs of collecting any delinquent payments, including reasonable attorneys' fees, as permitted by applicable law.

**LAW THAT APPLIES.** The laws of the Rosebud Sioux Tribe ("Tribal Law") will govern this Agreement, without regard to the laws of any state or other jurisdiction, including the conflict of laws rules of any state. You agree to be bound by Tribal Law, and in the event of a bona fide dispute between you and us, Tribal Law shall exclusively apply to such dispute.

**SOVEREIGN IMMUNITY.** This Agreement together with any related documents are being submitted by you to us as a sovereign

enterprise, an economic development arm and instrumentality of the Tribe which shares in the governmental sovereign immunity of the Tribe. Because we and the Tribe are entitled to sovereign immunity, you will be limited as to what claims, if any, you may be able to assert against us. To encourage resolution of consumer complaints, any complaint may be submitted by you or on your behalf to arbitration as described below.

**PRESERVATION OF SOVEREIGN IMMUNITY.** It is the express intention of the Tribe and us operating as an economic arm of the Tribe, to fully preserve, and not waive other than as expressly provided in this Agreement, our sovereign governmental immunity from suit, and any other rights, titles, privileges, and immunities, to which we or the Tribe are entitled. To protect and preserve the rights of the parties, no person may assume a waiver of sovereign immunity. No waiver is or can be made except by express written declaration of the Tribe's governing Council specifically authorizing a waiver for the matter in question. Except as pertaining to a single, potential arbitration between you, as an individual consumer, and us, no such waiver has been made with respect to this Agreement, your disbursement and Payment Choice Authorization or any other related document.

**TELEPHONE CALLS AND TEXT MESSAGES REGARDING YOUR LOAN.** Notwithstanding any current or prior election to opt-in to telemarketing calls or SMS messages (including text messages) from us, our agents, representatives, affiliates or anyone calling on our behalf, you expressly consent to be contacted by us, our agents, representatives, affiliates or anyone calling on our behalf for any and all purposes arising out of or relating to your loan and your account, at any telephone number or physical or electronic address you provide at which you may be reached. You agree that we may contact you using automated telephone dialing or text messaging systems, calls with prerecorded messages or artificial voices and electronic mail to provide messages to you about Payment Due Dates, missed payments, options to amend this Agreement and other important information. The telephone messages are played by a machine automatically when the telephone is answered, whether answered by you or someone else. These messages may also be recorded by your answering machine. You agree that we, and our agents, employees and other representatives, may monitor and/or record any of your phone conversations. By providing us with your cell or mobile telephone number, you authorize us to contact you from time to time regarding your application and loan at that number using text messages. Standard text messaging and/or calling charges by your communications carrier may apply. You may withdraw your consent to receive text messages by calling us at 1-800-698-9697 or emailing us at support@zocaloans.com. We will not impose any fee to process the withdrawal of your consent to receive text messages. Any withdrawal of your consent to use text messages will be effective only after we have a reasonable period of time to process your withdrawal.

## ADVERTISING OR TELEMARKETING TEXT MESSAGES AND TELEPHONE CALLS

By signing this section, you consent to advertising and telemarketing text messages to the mobile phone number you provide below. You also consent to our advertising or telemarketing calls to you at your mobile phone number using an automatic telephone dialing system or an artificial or prerecorded voice.

☑   Your checking this box will be deemed to be your signature acknowledging your consent to receive advertising and telemarketing text messages and telephone calls as described above to your mobile phone at _____.

**You are not required to provide this consent to obtain credit or other services.** You may withdraw your consent by calling us at 1-800-698-9697 or emailing us at support@zocaloans.com.

You understand that any text messages we send you may be accessed by anyone with access to your text messages. Your service provider may charge you fees for text messages. We shall have no liability for the cost of any text messages.

**BANKRUTPCY.** You promise that you are not currently a debtor in any bankruptcy proceeding, you are not contemplating bankruptcy and you have not consulted with an attorney regarding a potential bankruptcy filing in the past six months. You must provide any notice(s) of any future bankruptcy petition and all subsequent filings, motions, orders or correspondence to us at PO Box 1147, 27565 Research Park Dr, Mission, SD 57555. You agree that any other written or oral communication concerning a bankruptcy is null and void and of no effect.

**COMMITMENT TO CUSTOMER SERVICE.** . We believe our customer service team should be able to make things right for our customers. We would prefer that you contact us first with any questions or concerns regarding your loan. We will work diligently to try to effectively resolve any questions or issues that you have. Please direct any questions, issues or disputes in the first instance to our management, in writing at support@zocaloans.com or at PO Box 1147, 27565 Research Park Dr, Mission, SD 57555 and we will do our best to help you quickly.

**CONSENT TO ELECTRONIC COMMUNICATIONS AND DISCLOSURES.** You have agreed that we may electronically provide you with all communications, disclosures and other information regarding your application and loan ("Communications"). Your consent does not apply to any future transactions that may occur between us. You should print out, download or otherwise store all of these Communications to keep for your records.

You will need a computer with internet access and a printer capable of printing text screens or hard drive capable of storing data. In addition, you must use an internet browser software that supports 256-bit Encryption.

To access, view and retain Communications from us, you will need the ability to receive and read emails that contain hyperlinks to

websites. If you provide us with an email address in your application, you may notify us of changes in your email address by writing us at support@zocaloans.com.

Even if you consent to the electronic delivery of Communications, you may also receive a paper copy of any Communications provided to you electronically by writing us at support@zocaloans.com. There is no fee for the paper copy. You may also withdraw your consent by sending us your request in writing to PO Box 1147, 27565 Research Park Dr, Mission, SD 57555. If you decide to withdraw your consent, the legal effectiveness, validity and/or enforceability of all prior electronic Communications will not be affected.

## ARBITRATION PROVISION

**PLEASE READ THIS ARBITRATION PROVISION CAREFULLY. IT PROVIDES THAT ANY DISPUTE MUST BE RESOLVED BY BINDING ARBITRATION. ARBITRATION REPLACES THE RIGHT TO GO TO COURT, INCLUDING THE RIGHT TO A JURY TRIAL, AND THE RIGHT TO INITIATE OR PARTICIPATE IN A CLASS ACTION OR SIMILAR COLLECTIVE OR CONSOLIDATED PROCEEDINGS. IN ARBITRATION, A DISPUTE IS RESOLVED BY AN ARBITRATOR INSTEAD OF A JUDGE OR JURY, AND THE ARBITRATOR'S DECISION IS FINAL AND BINDING. ARBITRATION PROCEEDINGS ARE SIMPLER AND MORE LIMITED THAN COURT PROCEDURES.**

**INDIVIDUAL CONSUMER ARBITRATION.** Our goal is to use individual consumer arbitration as an efficient and cost effective means of resolving any Dispute (as defined below). Both you and we have the right to seek resolution of any Dispute by submitting a demand for arbitration to Judicial Arbitration and Mediation Services, Inc. (JAMS) (www.jamsadr.com), or the American Arbitration Association (AAA) (www.adr.org), at the option of the party requesting arbitration. Disputes also may be referred to another arbitration organization if you and we agree in writing.

**ARBITRATION PROCEDURES.** Any arbitration shall proceed only under the streamlined, expedited, consumer or small dollar commercial rules of the selected arbitration organization in effect when the arbitration claim is filed and as provided in this Arbitration Provision. However, if those rules conflict with this Agreement, then this Agreement shall control. To keep costs low, you may utilize telephonic or internet hearings available through the selected arbitration organization. We adhere to and follow the Consumer Due Process Protocol of the AAA, which can be found at: http://www.adr.org/, and the JAMS Minimum Standards of Procedural Fairness for consumer arbitrations, which can be found at: http://www.jamsadr.com/rules-consumerminimumstandards. The arbitration panel shall consist of a single arbitrator chosen by the selected arbitration organization who shall be knowledgeable of the subject matter of the Dispute. No mediation shall be required. The arbitrator shall apply the laws of the Rosebud Sioux Tribe that govern this Agreement. Any arbitration award may be enforced in the courts of the Rosebud Sioux Tribe, or by our governmental regulator.

LIMITED WAIVER OF SOVEREIGN IMMUNITY FOR INDIVIDUAL CONSUMER ARBITRATION. **Rosebud Lending LZO d/b/a ZocaLoans provides a limited waiver of sovereign immunity for the single and specific arbitration between you, individually, and us.**

**NO CLASS ACTIONS OR CONSOLIDATED ACTIONS.** There shall be no right or ability for any Disputes to be arbitrated or litigated on a classwide or collective basis. Similarly, the claims of more than one person may not be arbitrated or litigated jointly or consolidated with any other individual's claims. **ANY ARBITRATION OF ANY DISPUTE UNDER THIS AGREEMENT SHALL BE AN INDIVIDUAL CONSUMER ARBITRATION ONLY; NO CLASS ACTION ARBITRATION AND NO COURT ADJUDICATION WHATSOEVER SHALL BE AVAILABLE.**

**DISPUTE DEFINED.** The word "Dispute" is given the broadest possible meaning and includes, without limitation (a) all claims, disputes, or controversies arising from or relating directly or indirectly to this Arbitration Provision, ("this Provision"), the validity and scope of this Provision and any claim or attempt to set aside this Provision; (b) all U.S. federal or state law claims, disputes or controversies, arising from or relating directly or indirectly to this Agreement, the information you gave us before entering into this Agreement, including your customer information application, and/or any past loan agreements between you and us; (c) all counterclaims, crossclaims and third party claims; (d) all common law claims, based upon contract, tort, fraud, or other intentional torts; (e) all claims based upon a violation of any state or federal constitution, statute or regulation; (f) all claims asserted by us against you, including claims for money damages to collect any sum we claim you owe us; (g) all claims asserted by you individually against the Tribe, us and/or any of our employees, agents, directors, officers, governors, managers, members, parent company or affiliated entities (collectively, "related third parties"), including claims for money damages and/or equitable or injunctive relief; (h) all claims asserted on your behalf by another person; (i) all claims asserted by you as a representative and member of a class of persons, or in any other representative capacity, against us and/or related third parties ("Representative Claims"); and/or (j) all claims arising from or relating directly or indirectly to the disclosure by us or related third parties of any nonpublic personal information about you.

All Disputes, including any Representative Claims against us and/or related third parties, shall be resolved by arbitration as provided in this Provision only on an individual basis with you. Any party to a Dispute, including related third parties, may send the other party written notice by certified mail return receipt requested of their Dispute and setting forth the subject of the Dispute along with the relief requested.

**THIS PROVISION IS BINDING.** This Provision is binding upon and benefits you, your respective heirs, successors and assigns. This Provision is binding upon and benefits the Tribe, us, our successors and assigns, and related third parties. This Provision continues in full force and effect, even if your obligations have been paid or discharged through bankruptcy. This Provision survives any cancellation, termination, amendment, expiration or performance of any transaction between you and us and continues in full force and effect unless you and we otherwise agree in writing.

THIS ARBITRATION PROVISION MEANS THAT:

- YOUR RIGHT TO FILE SUIT AGAINST US FOR ANY CLAIM OR DISPUTE REGARDING THIS AGREEMENT IS LIMITED BY THIS PROVISION AND SOVEREIGN IMMUNITY;
- YOU ARE GIVING UP YOUR RIGHT TO HAVE A TRIAL BY JURY TO RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES;
- YOU ARE GIVING UP YOUR RIGHT TO HAVE A COURT RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES; AND
- YOU ARE GIVING UP YOUR RIGHT TO SERVE AS A REPRESENTATIVE OR IN ANY OTHER REPRESENTATIVE CAPACITY, AND/OR TO PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS, IN ANY LAWSUIT OR ARBITRATION FILED AGAINST US AND/OR RELATED THIRD PARTIES.



## PAYMENT CHOICE AUTHORIZATION

This Payment Choice Authorization is a part of and relates to the Agreement dated 09/29/2020. The words "you" and "your" mean the borrower who has electronically signed this Payment Choice Authorization. The words "we", "us" and "our" mean ZL-SILVER and our successors and assigns.

**Your Payment Choice.** You understand and agree that you may repay your loan by check, money order or other means acceptable to us, or that you may optionally choose the convenience of having your regularly scheduled payments transmitted to us by electronic means through Electronic Funds Transfers ("EFT"). Your agreed upon Payment Choice Authorization will remain in effect until your loan, including principle, finance charges and other charges, is paid in full. You may only revoke the above authorizations by contacting us directly. If you revoke your authorization, you agree to provide us with another form of payment acceptable to us. You have elected to pay this loan as follows (check applicable box):

◉ **Automatic Payments by EFT (EFT Authorization):** You elect to repay the loan by EFT. You authorize us to withdraw funds for each of the regularly scheduled loan payments listed in the Payment Schedule of your Agreement from your Bank Account (as defined in the Agreement above) by using any commercially available methods we choose, such as (but not limited to) ACH entries, "remote checks" or transactions through your debit card accessing your Bank Account. If any payment date falls on a weekend or holiday, you understand and agree that the payment will be executed on the next business day. You acknowledge that the repayment of the loan by EFT is an option that has been offered to you for your convenience. You are not required to repay the loan by EFT and repaying by EFT is not a condition for approval of the loan. You may revoke this EFT authorization as provided below. You understand that the cancellation of the EFT authorization in no way relieves you of the obligation to fulfill the contractual obligations to make all required payments. If you revoke this EFT authorization, you must make your payments by another means acceptable to us.

◎ **MAILED PAYMENTS:** You elect to repay the loan by mailing us a cashier's check, money order or bill pay service through your bank, that we receive no later than your Payment Due Date to:

    PO Box 1147, 27565 Research Park Dr
    Mission, SD 57555

**REMOTELY CREATED CHECKS.** If you terminate any previous EFT authorization you provided, or if we do not receive your check or money order by the Payment Due Date, you agree to make all payments required under the Agreement by creating paper checks drawn on your Bank Account and bearing your typed name rather than your handwritten signature ("Remotely Created Checks"). You authorize us and our agents, successors and assigns to submit each Remotely Created Check for payment to the Paying Bank in the amount of each payment owing under this Agreement, including any returned payment charges or other amounts owing to us upon acceleration of this loan as a result of your Default. Your typed name shall constitute your authorized signature fully reflecting your intent to authenticate these Remotely Created Checks, which are also known as demand drafts, telechecks, preauthorized drafts, or paper drafts. If you believe we charged your Bank Account in a manner not contemplated by this authorization, then please contact us. You authorize us to vary the amount of any preauthorized payment by Remotely Created Check as needed to repay installments due on the loan as modified by any prepayment.

**RETURNED ITEM FEE.** If your payment is returned unpaid, you authorize us to make a onetime EFT from your Bank Account to collect a fee for any payment made by you on this loan if it is not honored or cannot be processed for any reason, including not enough money in your Bank Account. You agree to pay us a fee of $25.00. You authorize us and our agents to make a onetime EFT from your Bank Account to collect this fee. Your financial institution may also impose a fee.

**NOTICE OF VARYING AMOUNTS.** For those customers who have chosen the EFT Authorization, please note that you have the right to receive notice from us of all withdrawals from Your Bank Account by an EFT that vary in amount at least 10 days prior to the payment being collected. However, by signing below, you are agreeing that we only have to tell you the range of withdrawals that we can make. The range of withdrawals will be $0.01 to $310.59000000000003. For any withdrawal outside of this specified range, we will send you a notice 10 days prior to the date of the debit. Therefore, by signing this Agreement below, you acknowledge that you will only receive notice when a withdrawal exceeds the amount in the specified range. You authorize us to vary the amount of any withdrawal as needed to repay installments due on the loan as modified by any partial prepayments you make, so long as such withdrawal is within the specified range:
$0.01 to $310.59000000000003.

You agree to notify us of any changes in your Bank Account information or revocation of any payment authorization by giving written notice to us at PO Box 1147, 27565 Research Park Dr, Mission, SD 57555 or at support@zocaloans.com. Notice must be received by us not less than 3 business days prior to a scheduled Payment Due Date in order for us to terminate the automatic payments by that Payment Due Date. If you give us oral notice to stop payments, you must also confirm your stop-payment order within 14 days in writing. Otherwise the stop payment order is no longer effective. These notifications must be sent to us at PO Box 1147, 27565 Research Park Dr, Mission, SD 57555 or at support@zocaloans.com.

By signing below, you certify that you are an owner of or authorized signer for your Bank Account and that you will not dispute payments debited from your Bank Account provided that the debit corresponds to the terms of this Payment Choice Authorization.

**ELECTRONIC SIGNATURES.** You have consented to sign this Agreement and this Payment Choice Authorization using an electronic signature. You understand and agree that you intend: (i) your electronic signature to be an electronic signature under applicable federal and state law; (ii) to conduct business with us by electronic records and electronic signatures; and (iii) this Agreement will not be

governed by Article 3 of the Uniform Commercial Code.

### SIGNATURE AND ACCEPTANCE OF ALL TERMS AND CONDITIONS

BY TYPING YOUR NAME AND CLICKING THE "SIGN AND SEND" BUTTON, YOU ACKNOWLEDGE THAT YOU HAVE BEEN PROVIDED AN OPPORTUNITY TO REVIEW ALL THE TERMS OF THE AGREEMENTS LISTED BELOW. BY ELECTRONICALLY SIGNING, YOU ARE AGREEING TO THE TERMS AND CONDITIONS OF:

1. THE LOAN AGREEMENT
2. THE CONSENT TO ELECTRONIC COMMUNICATIONS AND DISCLOSURES
3. THE ARBITRATION PROVISION
4. THE PAYMENT CHOICE AUTHORIZATION
5. You have access to the internet, are able to send and receive emails and have the ability to download or print a fully completed copy of these Agreements for your records.

YOUR ELECTRONIC SIGNATURE: *David Johnson (IP:* ▮▮▮▮▮▮▮▮▮ )

ELECTRONICALLY SIGNED FROM: ▮▮▮▮▮▮▮▮ on *09/29/2020 10:15 AM*

PAID IN FULL
10/19/2020

**<u>EXHIBIT F</u>**

**Rosebud Lending LZO d/b/a ZocaLoans**
**LOAN AGREEMENT**

Lender:

Rosebud Lending LZO d/b/a ZocaLoans

PO Box 1147, 27565 Research Park Dr,
Mission, SD 57555

support@zocaloans.com

Borrower:

David Johnson



**This is our loan agreement (this "Agreement") with you regarding your loan. It contains important terms and conditions. You should read it carefully before you electronically sign it.**

The words "you" and "your" mean the borrower who has electronically signed it. The words "we", "us" and "our" means Rosebud Lending LZO d/b/a ZocaLoans. We are a sovereign enterprise, an economic development arm and instrumentality of, and wholly owned and controlled by, the Rosebud Sioux Tribe (the "Tribe"), a federally recognized sovereign American Indian Tribe. All disclosures in this Agreement are also terms and conditions of this Agreement.

**You must electronically sign this Agreement and submit it to us with your application. We will then approve or deny your application. If we approve it, the proceeds of your loan will be disbursed to you and this Agreement will be in full effect. If we deny your application, we will notify you of the denial and this Agreement will be terminated.**

**YOU HAVE A RIGHT TO CANCEL THIS AGREEMENT** without cost within three days from the date we notify you that your application has been approved by us. If you decide to cancel this Agreement, you must send us your notice of cancellation by email to support@zocaloans.com or by phone to 1-800-698-9697 no later than midnight Central Time on the second day after the funding date (the "Midnight Deadline"). You must return all proceeds of your loan that you received by the Midnight Deadline. To return those amounts to us, your notice of cancellation must also include your authorization for us to use one of the payment methods you selected on your Payment Choice Authorization (below). If we do not receive your notice of cancellation and return of your loan proceeds by the Midnight Deadline, then this Agreement will remain in full force and effect.

| FEDERAL TRUTH-IN-LENDING DISCLOSURES | | | |
|---|---|---|---|
| **ANNUAL PERCENTAGE RATE**<br><br>The cost of your credit as a yearly rate.<br><br>488.63% | **FINANCE CHARGE**<br><br>The dollar amount the credit will cost you.<br><br>$1,695.26 | **AMOUNT FINANCED**<br><br>The amount of credit provided to you or on your behalf.<br><br>$1000.00 | **TOTAL OF PAYMENTS**<br><br>The amount you will have paid after you have made all payments as scheduled.<br><br>$2,695.26 |

**Payment Schedule**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 1 | $224.61 | 11/06/2020 |
| 1 | $224.61 | 11/20/2020 |
| 1 | $224.61 | 12/04/2020 |
| 1 | $224.61 | 12/18/2020 |
| 1 | $224.61 | 01/04/2021 |
| 1 | $224.61 | 01/15/2021 |
| 1 | $224.61 | 01/29/2021 |
| 1 | $224.61 | 02/12/2021 |
| 1 | $224.61 | 02/26/2021 |
| 1 | $224.61 | 03/12/2021 |
| 1 | $224.61 | 03/26/2021 |
| 1 | $224.55 | 04/09/2021 |

**Prepayment:** If you pay off all or any portion of your debt early, you may be entitled to a refund of part of the finance charge. No refund will be provided upon a partial prepayment.

**Late Charge:** If any part of a payment is unpaid for not less than 3 days after it is due, there is a late charge of $25.

☑ **Security Interest:** We have a security interest in the Electronic Fund Transfer ("EFT") authorization.

**Additional information:** See the Agreement for any additional information about nonpayment, default, and any required repayment in full before the scheduled date, and prepayment refunds and penalties.

**Itemization of the Amount Financed**

1. Amount given directly to you: $1000.00
2. Amount financed: $1000.00

**SPECIAL NOTICES:**

- **YOUR LOAN IS AN EXPENSIVE FORM OF BORROWING.**
- **YOU CAN SAVE FINANCE CHARGES BY PAYING OFF YOUR LOAN EARLY EITHER IN PART OR IN FULL.**
- **YOUR LOAN IS DESIGNED TO ASSIST YOU IN MEETING YOUR SHORT-TERM CASH NEEDS.**
- **IT IS NOT A SOLUTION FOR LONGER TERM FINANCIAL PROBLEMS.**
- **YOU MAY BE RESPONSIBLE FOR ADDITIONAL FEES, AND INTEREST MAY ACCRUE IF YOU CHOOSE TO ROLL OVER OR REFINANCE YOUR LOAN.**
- **CREDIT COUNSELING SERVICES ARE AVAILABLE IN YOUR COMMUNITY FOR CONSUMERS EXPERIENCING FINANCIAL PROBLEMS.**

**YOUR PROMISE TO PAY.** You promise to pay the installment amount on the dates set forth above (each a "Payment Due Date" and collectively, "Payment Due Dates") in the Payment Schedule section of the Federal Truth in Lending Disclosure above. The term "Installment Period" means the time period set forth in the Payment Schedule above when each installment payment on your loan is due. You agree to make your payments using the method or methods you select in your Payment Choice Authorization (below).

**PAYMENTS.** You are required to make the payments for each installment on or before the Payment Due Dates in your payment schedule. If you would like to repay your loan according to a payment plan other than as set forth herein, you must contact a customer service representative no later than three (3) days prior to your next scheduled Payment Due Date to make those payment schedule modifications if you would like them in effect for the next Payment Due Date. You will make your payments on or before every Payment Due Date until you have paid the entire principal and accrued finance charge(s) and any other charges as described in this Agreement. If, on the final scheduled Payment Due Date, you still owe amounts under this Agreement, you will pay those amounts in full on that date.

**PAYMENT BY CHECK OR MONEY ORDER.** If you elect to pay by check or money order, then you agree to repay all amounts due pursuant to this Agreement via check or money order. All mailed payments must reach us by 4:00 pm Mountain Time on or before the Payment Due Date. If you provide a check as a payment, you authorize us either to use information from your check to make a one-time electronic funds transfer ("EFT") from your Bank Account (as hereinafter defined) or to process the payment as a check transaction. When we use information from your check to make an EFT, funds may be withdrawn from your Bank Account as soon as the same day that we receive your payment, and you will not receive your check back from your financial institution.

**WHEN YOU BEGIN PAYING FINANCE CHARGE(S).** You begin to accrue finance charge(s) for the loan on the Disbursement Date, defined below. The first Installment Period on the loan begins on the Disbursement Date and ends on the first Payment Due Date. Thereafter, each Installment Period begins on the first date following the Payment Due Date and ends on the next Payment Due Date. You will be charged finance charge(s) on the entire Installment Period beginning on the first day of the Installment Period. In calculating Your payments, We have assumed You will make each payment on the day and in the amount due as outlined within Your payment schedule. If any payment is made before the Payment Due Date, the finance charge(s) are due for the entire Installment Period and no refund shall be made for the finance charge(s) charged for the Installment Period. Time is of the essence, which means that there are no grace periods for when payments must be made.

**PREPAYMENT.** This loan may be prepaid in full or in part at any time without penalty. Any partial prepayment will be applied to any accrued and unpaid interest, fees, or other charges, and then it will be applied to the outstanding principal balance. Any partial payment may reduce the number of remaining payments or the amount of the final payment. Otherwise, a partial prepayment will not postpone the due date of any subsequent monthly installments, and you must continue to make regularly scheduled payments until all amounts due under this loan are paid. To arrange to prepay your loan in whole or in part, you must go online at www.zocaloans.com and login to the customer portal or call us at 1-800-698-9697 to alert us of your intention to make a prepayment and then follow our instructions. Partial prepayments will not change the amount or due date of your remaining payments until your loan made pursuant to this Agreement is paid in full.

**SECURITY.** Pursuant to Comment 2(a)(25) of the Consumer Financial Protection Bureau Official Staff Commentary to Regulation Z §1026.2, we have disclosed to you, and you have agreed, that our interest in the EFT Authorization is a security interest for Federal Truth-in-Lending purposes only, because federal and state law do not clearly address whether our interest in the EFT Authorization is a "security interest." However, the federal Truth-in-Lending disclosures are not intended to create a security interest under state law and shall not be evidence of or an admission by us that this transaction is anything other than an unsecured loan.

**DISBURSEMENT.** If your loan is approved, we will disburse your loan proceeds within 1 business day. A business day is a regular work day and does not include Saturday, Sunday or holidays. You authorize us to use commercially reasonable efforts to initiate a credit entry by depositing the proceeds of your loan into the Bank Account authorized below. The date that your loan proceeds are deposited to your

Bank Account or onto your payment instrument is the "Disbursement Date." Unavoidable delays such as bank holidays, the processing schedule of your individual bank, inadvertent processing errors, "acts of God" or "acts of terror" may extend the time for the deposit.

You authorize us to process your loan proceeds with a credit deposit to your following bank account ("Your Bank Account"):

Bank Name:
Transit ABA Number:
Deposit Account Number:
*Account Number Masked for your protection

We will make this disbursement credit by using any commercially available method we choose, such as (but not limited to) Automated Clearing House (ACH) entries, wire transfers, or transactions through your debit card accessing your Bank Account. As a data security measure, you will separately provide us with your debit card information.

**EXPEDITED FUNDING SERVICE.** If you want to receive your loan proceeds at least one business day sooner than through a regularly scheduled disbursement, we may offer you an expedited funding service ("Expedited Funding Service"). If you choose this Expedited Funding Service, your loan proceeds will be deposited into your Bank Account on the same business day as your loan is approved (if before 1:00 p.m. Mountain Time) or the next business day if after that time.

For example, if your loan was approved at 11:00 a.m. on Friday, your loan proceeds would likely be deposited into your Bank Account on Monday. However, if you use the Expedited Funding Service, then your loan proceeds would be disbursed to you on Friday.

Note that the timing of when your bank actually makes these funds available to you is entirely controlled by your bank and not us. There is an additional cost that we have to pay to provide this Expedited Funding Service. This Expedited Funding Service Fee will be included in your first payment. If you want to use Expedited Funding Service, call us at 1-800-698-9697.

**ALL SUMS DUE.** If you fail to make your payments on time we can require you to pay your unpaid balance in full. We can also require you to pay your unpaid balance in full if you break any promise you made in this Agreement or if any statement that you made in your application or in connection with your loan is untrue or becomes untrue. This means that, under any of the aforementioned circumstances, you must pay us all principal, finance charges and other amounts that you owe us.

**REFUSED INSTRUMENT CHARGE.** If your payment method is stopped, denied or otherwise dishonored, then you agree to pay us a fee of $25. Your refused instrument may also cause your payment to be late which could result in you also having to pay a late charge.

**CONSUMER REPORTS.** You authorize us to obtain consumer reports about you now or in the future as long as you owe us money under this Agreement. We may report information about your performance under this Agreement to credit reporting agencies. Late payments, missed payments and defaults may be reported. This may negatively impact your ability to receive loans or advances from other companies or to write checks.

**CREDIT DISPUTES; IDENTITY THEFT.** If you believe that any information about your loan that we have furnished to a consumer reporting agency is inaccurate, or if you believe that you have been the victim of identity theft in connection with any loan made by us, write to us at PO Box 1147, 27565 Research Park Dr, Mission, SD 57555. In your letter (i) provide your name and loan number, (ii) identify the specific information that is being disputed, (iii) explain the basis for the dispute and (iv) provide any supporting documentation you have that substantiates the basis of the dispute. If you believe that you have been the victim of identity theft, you may be required to submit an identity theft affidavit or identity theft report.

**ENTIRE AGREEMENT.** This Agreement contains the entire agreement between you and us relating to it. Any change to this Agreement must be in writing and must be signed by both parties. No oral changes are binding.

**OTHER RIGHTS.** We may delay enforcing any of our rights without losing them. We can enforce this Agreement against your heirs and legal representatives. We may assign or transfer this Agreement and our rights under it without notice to you and we do not need your consent.

**DEFAULT.** Time is of the essence, and you will be in default under this Agreement (as it may be amended) if you do not make any payment when due. Upon default, we may, without notice or demand, declare the entire amount then unpaid immediately due and payable. We reserve the right to report loan payment delinquencies at or in excess of 14 days to one or more consumer reporting agencies in accordance with applicable law. You agree to pay all costs of collecting any delinquent payments, including reasonable attorneys' fees, as permitted by applicable law.

**LAW THAT APPLIES.** The laws of the Rosebud Sioux Tribe ("Tribal Law") will govern this Agreement, without regard to the laws of any state or other jurisdiction, including the conflict of laws rules of any state. You agree to be bound by Tribal Law, and in the event of a bona fide dispute between you and us, Tribal Law shall exclusively apply to such dispute.

**SOVEREIGN IMMUNITY.** This Agreement together with any related documents are being submitted by you to us as a sovereign

enterprise, an economic development arm and instrumentality of the Tribe which shares in the governmental sovereign immunity of the Tribe. Because we and the Tribe are entitled to sovereign immunity, you will be limited as to what claims, if any, you may be able to assert against us. To encourage resolution of consumer complaints, any complaint may be submitted by you or on your behalf to arbitration as described below.

**PRESERVATION OF SOVEREIGN IMMUNITY.** It is the express intention of the Tribe and us operating as an economic arm of the Tribe, to fully preserve, and not waive other than as expressly provided in this Agreement, our sovereign governmental immunity from suit, and any other rights, titles, privileges, and immunities, to which we or the Tribe are entitled. To protect and preserve the rights of the parties, no person may assume a waiver of sovereign immunity. No waiver is or can be made except by express written declaration of the Tribe's governing Council specifically authorizing a waiver for the matter in question. Except as pertaining to a single, potential arbitration between you, as an individual consumer, and us, no such waiver has been made with respect to this Agreement, your disbursement and Payment Choice Authorization or any other related document.

**TELEPHONE CALLS AND TEXT MESSAGES REGARDING YOUR LOAN.** Notwithstanding any current or prior election to opt-in to telemarketing calls or SMS messages (including text messages) from us, our agents, representatives, affiliates or anyone calling on our behalf, you expressly consent to be contacted by us, our agents, representatives, affiliates or anyone calling on our behalf for any and all purposes arising out of or relating to your loan and your account, at any telephone number or physical or electronic address you provide at which you may be reached. You agree that we may contact you using automated telephone dialing or text messaging systems, calls with prerecorded messages or artificial voices and electronic mail to provide messages to you about Payment Due Dates, missed payments, options to amend this Agreement and other important information. The telephone messages are played by a machine automatically when the telephone is answered, whether answered by you or someone else. These messages may also be recorded by your answering machine. You agree that we, and our agents, employees and other representatives, may monitor and/or record any of your phone conversations. By providing us with your cell or mobile telephone number, you authorize us to contact you from time to time regarding your application and loan at that number using text messages. Standard text messaging and/or calling charges by your communications carrier may apply. You may withdraw your consent to receive text messages by calling us at 1-800-698-9697 or emailing us at support@zocaloans.com. We will not impose any fee to process the withdrawal of your consent to receive text messages. Any withdrawal of your consent to use text messages will be effective only after we have a reasonable period of time to process your withdrawal.

## ADVERTISING OR TELEMARKETING TEXT MESSAGES AND TELEPHONE CALLS

By signing this section, you consent to advertising and telemarketing text messages to the mobile phone number you provide below. You also consent to our advertising or telemarketing calls to you at your mobile phone number using an automatic telephone dialing system or an artificial or prerecorded voice.

☑ Your checking this box will be deemed to be your signature acknowledging your consent to receive advertising and telemarketing text messages and telephone calls as described above to your mobile phone at _____.

**You are not required to provide this consent to obtain credit or other services.** You may withdraw your consent by calling us at 1-800-698-9697 or emailing us at support@zocaloans.com.

You understand that any text messages we send you may be accessed by anyone with access to your text messages. Your service provider may charge you fees for text messages. We shall have no liability for the cost of any text messages.

**BANKRUTPCY.** You promise that you are not currently a debtor in any bankruptcy proceeding, you are not contemplating bankruptcy and you have not consulted with an attorney regarding a potential bankruptcy filing in the past six months. You must provide any notice(s) of any future bankruptcy petition and all subsequent filings, motions, orders or correspondence to us at PO Box 1147, 27565 Research Park Dr, Mission, SD 57555. You agree that any other written or oral communication concerning a bankruptcy is null and void and of no effect.

**COMMITMENT TO CUSTOMER SERVICE.** . We believe our customer service team should be able to make things right for our customers. We would prefer that you contact us first with any questions or concerns regarding your loan. We will work diligently to try to effectively resolve any questions or issues that you have. Please direct any questions, issues or disputes in the first instance to our management, in writing at support@zocaloans.com or at PO Box 1147, 27565 Research Park Dr, Mission, SD 57555 and we will do our best to help you quickly.

**CONSENT TO ELECTRONIC COMMUNICATIONS AND DISCLOSURES.** You have agreed that we may electronically provide you with all communications, disclosures and other information regarding your application and loan ("Communications"). Your consent does not apply to any future transactions that may occur between us. You should print out, download or otherwise store all of these Communications to keep for your records.

You will need a computer with internet access and a printer capable of printing text screens or hard drive capable of storing data. In addition, you must use an internet browser software that supports 256-bit Encryption.

To access, view and retain Communications from us, you will need the ability to receive and read emails that contain hyperlinks to

websites. If you provide us with an email address in your application, you may notify us of changes in your email address by writing us at support@zocaloans.com.

Even if you consent to the electronic delivery of Communications, you may also receive a paper copy of any Communications provided to you electronically by writing us at support@zocaloans.com. There is no fee for the paper copy. You may also withdraw your consent by sending us your request in writing to PO Box 1147, 27565 Research Park Dr, Mission, SD 57555. If you decide to withdraw your consent, the legal effectiveness, validity and/or enforceability of all prior electronic Communications will not be affected.

**ARBITRATION PROVISION**

**PLEASE READ THIS ARBITRATION PROVISION CAREFULLY. IT PROVIDES THAT ANY DISPUTE MUST BE RESOLVED BY BINDING ARBITRATION. ARBITRATION REPLACES THE RIGHT TO GO TO COURT, INCLUDING THE RIGHT TO A JURY TRIAL, AND THE RIGHT TO INITIATE OR PARTICIPATE IN A CLASS ACTION OR SIMILAR COLLECTIVE OR CONSOLIDATED PROCEEDINGS. IN ARBITRATION, A DISPUTE IS RESOLVED BY AN ARBITRATOR INSTEAD OF A JUDGE OR JURY, AND THE ARBITRATOR'S DECISION IS FINAL AND BINDING. ARBITRATION PROCEEDINGS ARE SIMPLER AND MORE LIMITED THAN COURT PROCEDURES.**

**INDIVIDUAL CONSUMER ARBITRATION.** Our goal is to use individual consumer arbitration as an efficient and cost effective means of resolving any Dispute (as defined below). Both you and we have the right to seek resolution of any Dispute by submitting a demand for arbitration to Judicial Arbitration and Mediation Services, Inc. (JAMS) (www.jamsadr.com), or the American Arbitration Association (AAA) (www.adr.org), at the option of the party requesting arbitration. Disputes also may be referred to another arbitration organization if you and we agree in writing.

**ARBITRATION PROCEDURES.** Any arbitration shall proceed only under the streamlined, expedited, consumer or small dollar commercial rules of the selected arbitration organization in effect when the arbitration claim is filed and as provided in this Arbitration Provision. However, if those rules conflict with this Agreement, then this Agreement shall control. To keep costs low, you may utilize telephonic or internet hearings available through the selected arbitration organization. We adhere to and follow the Consumer Due Process Protocol of the AAA, which can be found at: http://www.adr.org/, and the JAMS Minimum Standards of Procedural Fairness for consumer arbitrations, which can be found at: http://www.jamsadr.com/rules-consumerminimumstandards. The arbitration panel shall consist of a single arbitrator chosen by the selected arbitration organization who shall be knowledgeable of the subject matter of the Dispute. No mediation shall be required. The arbitrator shall apply the laws of the Rosebud Sioux Tribe that govern this Agreement. Any arbitration award may be enforced in the courts of the Rosebud Sioux Tribe, or by our governmental regulator.

LIMITED WAIVER OF SOVEREIGN IMMUNITY FOR INDIVIDUAL CONSUMER ARBITRATION. **Rosebud Lending LZO d/b/a ZocaLoans provides a limited waiver of sovereign immunity for the single and specific arbitration between you, individually, and us.**

**NO CLASS ACTIONS OR CONSOLIDATED ACTIONS.** There shall be no right or ability for any Disputes to be arbitrated or litigated on a classwide or collective basis. Similarly, the claims of more than one person may not be arbitrated or litigated jointly or consolidated with any other individual's claims. **ANY ARBITRATION OF ANY DISPUTE UNDER THIS AGREEMENT SHALL BE AN INDIVIDUAL CONSUMER ARBITRATION ONLY; NO CLASS ACTION ARBITRATION AND NO COURT ADJUDICATION WHATSOEVER SHALL BE AVAILABLE.**

**DISPUTE DEFINED.** The word "Dispute" is given the broadest possible meaning and includes, without limitation (a) all claims, disputes, or controversies arising from or relating directly or indirectly to this Arbitration Provision, ("this Provision"), the validity and scope of this Provision and any claim or attempt to set aside this Provision; (b) all U.S. federal or state law claims, disputes or controversies, arising from or relating directly or indirectly to this Agreement, the information you gave us before entering into this Agreement, including your customer information application, and/or any past loan agreements between you and us; (c) all counterclaims, crossclaims and third party claims; (d) all common law claims, based upon contract, tort, fraud, or other intentional torts; (e) all claims based upon a violation of any state or federal constitution, statute or regulation; (f) all claims asserted by us against you, including claims for money damages to collect any sum we claim you owe us; (g) all claims asserted by you individually against the Tribe, us and/or any of our employees, agents, directors, officers, governors, managers, members, parent company or affiliated entities (collectively, "related third parties"), including claims for money damages and/or equitable or injunctive relief; (h) all claims asserted on your behalf by another person; (i) all claims asserted by you as a representative and member of a class of persons, or in any other representative capacity, against us and/or related third parties ("Representative Claims"); and/or (j) all claims arising from or relating directly or indirectly to the disclosure by us or related third parties of any nonpublic personal information about you.

All Disputes, including any Representative Claims against us and/or related third parties, shall be resolved by arbitration as provided in this Provision only on an individual basis with you. Any party to a Dispute, including related third parties, may send the other party written notice by certified mail return receipt requested of their Dispute and setting forth the subject of the Dispute along with the relief requested.

**THIS PROVISION IS BINDING.** This Provision is binding upon and benefits you, your respective heirs, successors and assigns. This Provision is binding upon and benefits the Tribe, us, our successors and assigns, and related third parties. This Provision continues in full force and effect, even if your obligations have been paid or discharged through bankruptcy. This Provision survives any cancellation, termination, amendment, expiration or performance of any transaction between you and us and continues in full force and effect unless you and we otherwise agree in writing.

THIS ARBITRATION PROVISION MEANS THAT:

- YOUR RIGHT TO FILE SUIT AGAINST US FOR ANY CLAIM OR DISPUTE REGARDING THIS AGREEMENT IS LIMITED BY THIS PROVISION AND SOVEREIGN IMMUNITY;
- YOU ARE GIVING UP YOUR RIGHT TO HAVE A TRIAL BY JURY TO RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES;
- YOU ARE GIVING UP YOUR RIGHT TO HAVE A COURT RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES; AND
- YOU ARE GIVING UP YOUR RIGHT TO SERVE AS A REPRESENTATIVE OR IN ANY OTHER REPRESENTATIVE CAPACITY, AND/OR TO PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS, IN ANY LAWSUIT OR ARBITRATION FILED AGAINST US AND/OR RELATED THIRD PARTIES.



**PAYMENT CHOICE AUTHORIZATION**

This Payment Choice Authorization is a part of and relates to the Agreement dated 10/19/2020. The words "you" and "your" mean the borrower who has electronically signed this Payment Choice Authorization. The words "we", "us" and "our" mean ZL-SILVER and our successors and assigns.

**Your Payment Choice.** You understand and agree that you may repay your loan by check, money order or other means acceptable to us, or that you may optionally choose the convenience of having your regularly scheduled payments transmitted to us by electronic means through Electronic Funds Transfers ("EFT"). Your agreed upon Payment Choice Authorization will remain in effect until your loan, including principle, finance charges and other charges, is paid in full. You may only revoke the above authorizations by contacting us directly. If you revoke your authorization, you agree to provide us with another form of payment acceptable to us. You have elected to pay this loan as follows (check applicable box):

☑  **Automatic Payments by EFT (EFT Authorization):** You elect to repay the loan by EFT. You authorize us to withdraw funds for each of the regularly scheduled loan payments listed in the Payment Schedule of your Agreement from your Bank Account (as defined in the Agreement above) by using any commercially available methods we choose, such as (but not limited to) ACH entries, "remote checks" or transactions through your debit card accessing your Bank Account. If any payment date falls on a weekend or holiday, you understand and agree that the payment will be executed on the next business day. You acknowledge that the repayment of the loan by EFT is an option that has been offered to you for your convenience. You are not required to repay the loan by EFT and repaying by EFT is not a condition for approval of the loan. You may revoke this EFT authorization as provided below. You understand that the cancellation of the EFT authorization in no way relieves you of the obligation to fulfill the contractual obligations to make all required payments. If you revoke this EFT authorization, you must make your payments by another means acceptable to us.

☐  **MAILED PAYMENTS:** You elect to repay the loan by mailing us a cashier's check, money order or bill pay service through your bank, that we receive no later than your Payment Due Date to:

    PO Box 1147, 27565 Research Park Dr
    Mission, SD 57555

**REMOTELY CREATED CHECKS.** If you terminate any previous EFT authorization you provided, or if we do not receive your check or money order by the Payment Due Date, you agree to make all payments required under the Agreement by creating paper checks drawn on your Bank Account and bearing your typed name rather than your handwritten signature ("Remotely Created Checks"). You authorize us and our agents, successors and assigns to submit each Remotely Created Check for payment to the Paying Bank in the amount of each payment owing under this Agreement, including any returned payment charges or other amounts owing to us upon acceleration of this loan as a result of your Default. Your typed name shall constitute your authorized signature fully reflecting your intent to authenticate these Remotely Created Checks, which are also known as demand drafts, telechecks, preauthorized drafts, or paper drafts. If you believe we charged your Bank Account in a manner not contemplated by this authorization, then please contact us. You authorize us to vary the amount of any preauthorized payment by Remotely Created Check as needed to repay installments due on the loan as modified by any prepayment.

**RETURNED ITEM FEE.** If your payment is returned unpaid, you authorize us to make a onetime EFT from your Bank Account to collect a fee for any payment made by you on this loan if it is not honored or cannot be processed for any reason, including not enough money in your Bank Account. You agree to pay us a fee of $25.00. You authorize us and our agents to make a onetime EFT from your Bank Account to collect this fee. Your financial institution may also impose a fee.

**NOTICE OF VARYING AMOUNTS.** For those customers who have chosen the EFT Authorization, please note that you have the right to receive notice from us of all withdrawals from Your Bank Account by an EFT that vary in amount at least 10 days prior to the payment being collected. However, by signing below, you are agreeing that we only have to tell you the range of withdrawals that we can make. The range of withdrawals will be $0.01 to $673.6500000000001. For any withdrawal outside of this specified range, we will send you a notice 10 days prior to the date of the debit. Therefore, by signing this Agreement below, you acknowledge that you will only receive notice when a withdrawal exceeds the amount in the specified range. You authorize us to vary the amount of any withdrawal as needed to repay installments due on the loan as modified by any partial prepayments you make, so long as such withdrawal is within the specified range:
$0.01 to $673.6500000000001.

You agree to notify us of any changes in your Bank Account information or revocation of any payment authorization by giving written notice to us at PO Box 1147, 27565 Research Park Dr, Mission, SD 57555 or at support@zocaloans.com. Notice must be received by us not less than 3 business days prior to a scheduled Payment Due Date in order for us to terminate the automatic payments by that Payment Due Date. If you give us oral notice to stop payments, you must also confirm your stop-payment order within 14 days in writing. Otherwise the stop payment order is no longer effective. These notifications must be sent to us at PO Box 1147, 27565 Research Park Dr, Mission, SD 57555 or at support@zocaloans.com.

By signing below, you certify that you are an owner of or authorized signer for your Bank Account and that you will not dispute payments debited from your Bank Account provided that the debit corresponds to the terms of this Payment Choice Authorization.

**ELECTRONIC SIGNATURES.** You have consented to sign this Agreement and this Payment Choice Authorization using an electronic signature. You understand and agree that you intend: (i) your electronic signature to be an electronic signature under applicable federal and state law; (ii) to conduct business with us by electronic records and electronic signatures; and (iii) this Agreement will not be

governed by Article 3 of the Uniform Commercial Code.

<u>SIGNATURE AND ACCEPTANCE OF ALL TERMS AND CONDITIONS</u>

BY TYPING YOUR NAME AND CLICKING THE "SIGN AND SEND" BUTTON, YOU ACKNOWLEDGE THAT YOU HAVE BEEN PROVIDED AN OPPORTUNITY TO REVIEW ALL THE TERMS OF THE AGREEMENTS LISTED BELOW. BY ELECTRONICALLY SIGNING, YOU ARE AGREEING TO THE TERMS AND CONDITIONS OF:

1. THE LOAN AGREEMENT
2. THE CONSENT TO ELECTRONIC COMMUNICATIONS AND DISCLOSURES
3. THE ARBITRATION PROVISION
4. THE PAYMENT CHOICE AUTHORIZATION
5. You have access to the internet, are able to send and receive emails and have the ability to download or print a fully completed copy of these Agreements for your records.

YOUR ELECTRONIC SIGNATURE: *David Johnson (IP:* ▮▮▮▮▮▮▮▮

ELECTRONICALLY SIGNED FROM: ▮▮▮▮▮▮▮ on *10/19/2020 11:59 AM*

PAID IN FULL 03/12/2021

**<u>EXHIBIT G</u>**

**Rosebud Lending LZO d/b/a ZocaLoans**
**LOAN AGREEMENT**

Lender:
Rosebud Lending LZO d/b/a ZocaLoans
PO Box 1147, 27565 Research Park Dr,
Mission, SD 57555
support@zocaloans.com

Borrower:
David Johnson



**This is our loan agreement (this "Agreement") with you regarding your loan. It contains important terms and conditions. You should read it carefully before you electronically sign it.**

The words "you" and "your" mean the borrower who has electronically signed it. The words "we", "us" and "our" means Rosebud Lending LZO d/b/a ZocaLoans. We are a sovereign enterprise, an economic development arm and instrumentality of, and wholly owned and controlled by, the Rosebud Sioux Tribe (the "Tribe"), a federally recognized sovereign American Indian Tribe. All disclosures in this Agreement are also terms and conditions of this Agreement.

**You must electronically sign this Agreement and submit it to us with your application. We will then approve or deny your application. If we approve it, the proceeds of your loan will be disbursed to you and this Agreement will be in full effect. If we deny your application, we will notify you of the denial and this Agreement will be terminated.**

YOU HAVE A RIGHT TO CANCEL THIS AGREEMENT without cost within three days from the date we notify you that your application has been approved by us. If you decide to cancel this Agreement, you must send us your notice of cancellation by email to support@zocaloans.com or by phone to 1-800-698-9697 no later than midnight Central Time on the second day after the funding date (the "Midnight Deadline"). You must also return all proceeds of your loan that you received by the Midnight Deadline. To return those amounts to us, your notice of cancellation must also include your authorization for us to use one of the payment methods you selected on your Payment Choice Authorization (below). If we do not receive your notice of cancellation and return of your loan proceeds by the Midnight Deadline, then this Agreement will remain in full force and effect.

| FEDERAL TRUTH-IN-LENDING DISCLOSURES | | | |
|---|---|---|---|
| **ANNUAL PERCENTAGE RATE** The cost of your credit as a yearly rate. | **FINANCE CHARGE** The dollar amount the credit will cost you. | **AMOUNT FINANCED** The amount of credit provided to you or on your behalf. | **TOTAL OF PAYMENTS** The amount you will have paid after you have made all payments as scheduled. |
| 393.93% | $1,029.90 | $900.00 | $1,929.90 |

| Payment Schedule | | |
|---|---|---|
| Number of Payments | Amount of Payments | When Payments Are Due |
| 1 | $160.82 | 04/09/2021 |
| 1 | $160.82 | 04/23/2021 |
| 1 | $160.82 | 05/07/2021 |
| 1 | $160.82 | 05/21/2021 |
| 1 | $160.82 | 06/04/2021 |
| 1 | $160.82 | 06/18/2021 |
| 1 | $160.82 | 07/02/2021 |
| 1 | $160.82 | 07/16/2021 |
| 1 | $160.82 | 07/30/2021 |
| 1 | $160.82 | 08/13/2021 |
| 1 | $160.82 | 08/27/2021 |
| 1 | $160.88 | 09/10/2021 |

**Prepayment:** If you pay off all or any portion of your debt early, you may be entitled to a refund of part of the finance charge. No refund will be provided upon a partial prepayment.

**Late Charge:** If any part of a payment is unpaid for not less than 3 days after it is due, there is a late charge of $25.

☑ **Security Interest:** We have a security interest in the Electronic Fund Transfer ("EFT") authorization.

**Additional information:** See the Agreement for any additional information about nonpayment, default, and any required repayment in full before the scheduled date, and prepayment refunds and penalties.

**Itemization of the Amount Financed**

1. Amount given directly to you: $900.00
2. Amount financed: $900.00

**SPECIAL NOTICES:**

- **YOUR LOAN IS AN EXPENSIVE FORM OF BORROWING.**
- **YOU CAN SAVE FINANCE CHARGES BY PAYING OFF YOUR LOAN EARLY EITHER IN PART OR IN FULL.**
- **YOUR LOAN IS DESIGNED TO ASSIST YOU IN MEETING YOUR SHORT-TERM CASH NEEDS.**
- **IT IS NOT A SOLUTION FOR LONGER TERM FINANCIAL PROBLEMS.**
- **YOU MAY BE RESPONSIBLE FOR ADDITIONAL FEES, AND INTEREST MAY ACCRUE IF YOU CHOOSE TO ROLL OVER OR REFINANCE YOUR LOAN.**
- **CREDIT COUNSELING SERVICES ARE AVAILABLE IN YOUR COMMUNITY FOR CONSUMERS EXPERIENCING FINANCIAL PROBLEMS.**

**YOUR PROMISE TO PAY.** You promise to pay the installment amount on the dates set forth above (each a "Payment Due Date" and collectively, "Payment Due Dates") in the Payment Schedule section of the Federal Truth in Lending Disclosure above. The term "Installment Period" means the time period set forth in the Payment Schedule above when each installment payment on your loan is due. You agree to make your payments using the method or methods you select in your Payment Choice Authorization (below).

**PAYMENTS.** You are required to make the payments for each Installment on or before the Payment Due Dates in your payment schedule. If you would like to repay your loan according to a payment plan other than as set forth herein, you must contact a customer service representative no later than three (3) days prior to your next scheduled Payment Due Date to make those payment schedule modifications if you would like them in effect for the next Payment Due Date. You will make your payments on or before every Payment Due Date until you have paid the entire principal and accrued finance charge(s) and any other charges as described in this Agreement. If, on the final scheduled Payment Due Date, you still owe amounts under this Agreement, you will pay those amounts in full on that date.

**PAYMENT BY CHECK OR MONEY ORDER.** If you elect to pay by check or money order, then you agree to repay all amounts due pursuant to this Agreement via check or money order. All mailed payments must reach us by 4:00 pm Mountain Time on or before the Payment Due Date. If you provide a check as a payment, you authorize us either to use information from your check to make a one-time electronic funds transfer ("EFT") from your Bank Account (as hereinafter defined) or to process the payment as a check transaction. When we use information from your check to make an EFT, funds may be withdrawn from your Bank Account as soon as the same day that we receive your payment, and you will not receive your check back from your financial institution.

**WHEN YOU BEGIN PAYING FINANCE CHARGE(S).** You begin to accrue finance charge(s) for the loan on the Disbursement Date, defined below. The first Installment Period on the loan begins on the Disbursement Date and ends on the first Payment Due Date. Thereafter, each Installment Period begins on the first date following the Payment Due Date and ends on the next Payment Due Date. You will be charged finance charge(s) on the entire Installment Period beginning on the first day of the Installment Period. In calculating Your payments, We have assumed You will make each payment on the day and in the amount due as outlined within Your payment schedule. If any payment is made before the Payment Due Date, the finance charge(s) are due for the entire Installment Period and no refund shall be made for the finance charge(s) charged for the Installment Period. Time is of the essence, which means that there are no grace periods for when payments must be made.

**PREPAYMENT.** This loan may be prepaid in full or in part at any time without penalty. Any partial prepayment will be applied to any accrued and unpaid interest, fees, or other charges, and then it will be applied to the outstanding principal balance. Any partial payment may reduce the number of remaining payments or the amount of the final payment. Otherwise, a partial prepayment will not postpone the due date of any subsequent monthly installments, and you must continue to make regularly scheduled payments until all amounts due under this loan are paid. To arrange to prepay your loan in whole or in part, you must go online at www.zocaloans.com and login to the customer portal or call us at 1-800-698-9697 to alert us of your intention to make a prepayment and then follow our instructions. Partial prepayments will not change the amount or due date of your remaining payments until your loan made pursuant to this Agreement is paid in full.

**SECURITY.** Pursuant to Comment 2(a)(25) of the Consumer Financial Protection Bureau Official Staff Commentary to Regulation Z §1026.2, we have disclosed to you, and you have agreed, that our interest in the EFT Authorization is a security interest for Federal Truth-in-Lending purposes only, because federal and state law do not clearly address whether our interest in the EFT Authorization is a "security interest." However, the federal Truth-in-Lending disclosures are not intended to create a security interest under state law and shall not be evidence of or an admission by us that this transaction is anything other than an unsecured loan.

**DISBURSEMENT.** If your loan is approved, we will disburse your loan proceeds within 1 business day. A business day is a regular work day and does not include Saturday, Sunday or holidays. You authorize us to use commercially reasonable efforts to initiate a credit entry by depositing the proceeds of your loan into the Bank Account authorized below. The date that your loan proceeds are deposited to your

Bank Account or onto your payment instrument is the "Disbursement Date." Unavoidable delays such as bank holidays, the processing schedule of your individual bank, inadvertent processing errors, "acts of God" or "acts of terror" may extend the time for the deposit.

You authorize us to process your loan proceeds with a credit deposit to your following bank account ("Your Bank Account"):

Bank Name: 
Transit ABA Number:
Deposit Account Number:
*Account Number Masked for your protection

We will make this disbursement credit by using any commercially available method we choose, such as (but not limited to) Automated Clearing House (ACH) entries, wire transfers, or transactions through your debit card accessing your Bank Account. As a data security measure, you will separately provide us with your debit card information.

**EXPEDITED FUNDING SERVICE.** If you want to receive your loan proceeds at least one business day sooner than through a regularly scheduled disbursement, we may offer you an expedited funding service ("Expedited Funding Service"). If you choose this Expedited Funding Service, your loan proceeds will be deposited into your Bank Account on the same business day as your loan is approved (if before 1:00 p.m. Mountain Time) or the next business day if after that time.

For example, if your loan was approved at 11:00 a.m. on Friday, your loan proceeds would likely be deposited into your Bank Account on Monday. However, if you use the Expedited Funding Service, then your loan proceeds would be disbursed to you on Friday.

Note that the timing of when your bank actually makes these funds available to you is entirely controlled by your bank and not us. There is an additional cost that we have to pay to provide this Expedited Funding Service. This Expedited Funding Service Fee will be included in your first payment. If you want to use Expedited Funding Service, call us at 1-800-698-9697.

**ALL SUMS DUE.** If you fail to make your payments on time we can require you to pay your unpaid balance in full. We can also require you to pay your unpaid balance in full if you break any promise you made in this Agreement or if any statement that you made in your application or in connection with your loan is untrue or becomes untrue. This means that, under any of the aforementioned circumstances, you must pay us all principal, finance charges and other amounts that you owe us.

**REFUSED INSTRUMENT CHARGE.** If your payment method is stopped, denied or otherwise dishonored, then you agree to pay us a fee of $25. Your refused instrument may also cause your payment to be late which could result in you also having to pay a late charge.

**CONSUMER REPORTS.** You authorize us to obtain consumer reports about you now or in the future as long as you owe us money under this Agreement. We may report information about your performance under this Agreement to credit reporting agencies. Late payments, missed payments and defaults may be reported. This may negatively impact your ability to receive loans or advances from other companies or to write checks.

**CREDIT DISPUTES; IDENTITY THEFT.** If you believe that any information about your loan that we have furnished to a consumer reporting agency is inaccurate, or if you believe that you have been the victim of identity theft in connection with any loan made by us, write to us at PO Box 1147, 27565 Research Park Dr, Mission, SD 57555. In your letter (i) provide your name and loan number, (ii) identify the specific information that is being disputed, (iii) explain the basis for the dispute and (iv) provide any supporting documentation you have that substantiates the basis of the dispute. If you believe that you have been the victim of identity theft, you may be required to submit an identity theft affidavit or identity theft report.

**ENTIRE AGREEMENT.** This Agreement contains the entire agreement between you and us relating to it. Any change to this Agreement must be in writing and must be signed by both parties. No oral changes are binding.

**OTHER RIGHTS.** We may delay enforcing any of our rights without losing them. We can enforce this Agreement against your heirs and legal representatives. We may assign or transfer this Agreement and our rights under it without notice to you and we do not need your consent.

**DEFAULT.** Time is of the essence, and you will be in default under this Agreement (as it may be amended) if you do not make any payment when due. Upon default, we may, without notice or demand, declare the entire amount then unpaid immediately due and payable. We reserve the right to report loan payment delinquencies at or in excess of 14 days to one or more consumer reporting agencies in accordance with applicable law. You agree to pay all costs of collecting any delinquent payments, including reasonable attorneys' fees, as permitted by applicable law.

**LAW THAT APPLIES.** The laws of the Rosebud Sioux Tribe ("Tribal Law") will govern this Agreement, without regard to the laws of any state or other jurisdiction, including the conflict of laws rules of any state. You agree to be bound by Tribal Law, and in the event of a bona fide dispute between you and us, Tribal Law shall exclusively apply to such dispute.

**SOVEREIGN IMMUNITY.** This Agreement together with any related documents are being submitted by you to us as a sovereign

enterprise, an economic development arm and instrumentality of the Tribe which shares in the governmental sovereign immunity of the Tribe. Because we and the Tribe are entitled to sovereign immunity, you will be limited as to what claims, if any, you may be able to assert against us. To encourage resolution of consumer complaints, any complaint may be submitted by you or on your behalf to arbitration as described below.

**PRESERVATION OF SOVEREIGN IMMUNITY.** It is the express intention of the Tribe and us operating as an economic arm of the Tribe, to fully preserve, and not waive other than as expressly provided in this Agreement, our sovereign governmental immunity from suit, and any other rights, titles, privileges, and immunities, to which we or the Tribe are entitled. To protect and preserve the rights of the parties, no person may assume a waiver of sovereign immunity. No waiver is or can be made except by express written declaration of the Tribe's governing Council specifically authorizing a waiver for the matter in question. Except as pertaining to a single, potential arbitration between you, as an individual consumer, and us, no such waiver has been made with respect to this Agreement, your disbursement and Payment Choice Authorization or any other related document.

**TELEPHONE CALLS AND TEXT MESSAGES REGARDING YOUR LOAN.** Notwithstanding any current or prior election to opt-in to telemarketing calls or SMS messages (including text messages) from us, our agents, representatives, affiliates or anyone calling on our behalf, you expressly consent to be contacted by us, our agents, representatives, affiliates or anyone calling on our behalf for any and all purposes arising out of or relating to your loan and your account, at any telephone number or physical or electronic address you provide at which you may be reached. You agree that we may contact you using automated telephone dialing or text messaging systems, calls with prerecorded messages or artificial voices and electronic mail to provide messages to you about Payment Due Dates, missed payments, options to amend this Agreement and other important information. The telephone messages are played by a machine automatically when the telephone is answered, whether answered by you or someone else. These messages may also be recorded by your answering machine. You agree that we, and our agents, employees and other representatives, may monitor and/or record any of your phone conversations. By providing us with your cell or mobile telephone number, you authorize us to contact you from time to time regarding your application and loan at that number using text messages. Standard text messaging and/or calling charges by your communications carrier may apply. You may withdraw your consent to receive text messages by calling us at 1-800-698-9697 or emailing us at support@zocaloans.com. We will not impose any fee to process the withdrawal of your consent to receive text messages. Any withdrawal of your consent to use text messages will be effective only after we have a reasonable period of time to process your withdrawal.

## ADVERTISING OR TELEMARKETING TEXT MESSAGES AND TELEPHONE CALLS

By signing this section, you consent to advertising and telemarketing text messages to the mobile phone number you provide below. You also consent to our advertising or telemarketing calls to you at your mobile phone number, using an automatic telephone dialing system or an artificial or prerecorded voice.

☑     Your checking this box will be deemed to be your signature acknowledging your consent to receive advertising and telemarketing text messages and telephone calls as described above to your mobile phone at _____.

**You are not required to provide this consent to obtain credit or other services.** You may withdraw your consent by calling us at 1-800-698-9697 or emailing us at support@zocaloans.com.

You understand that any text messages we send you may be accessed by anyone with access to your text messages. Your service provider may charge you fees for text messages. We shall have no liability for the cost of any text messages.

**BANKRUTPCY.** You promise that you are not currently a debtor in any bankruptcy proceeding, you are not contemplating bankruptcy and you have not consulted with an attorney regarding a potential bankruptcy filing in the past six months. You must provide any notice(s) of any future bankruptcy petition and all subsequent filings, motions, orders or correspondence to us at PO Box 1147, 27565 Research Park Dr, Mission, SD 57555. You agree that any other written or oral communication concerning a bankruptcy is null and void and of no effect.

**COMMITMENT TO CUSTOMER SERVICE.** . We believe our customer service team should be able to make things right for our customers. We would prefer that you contact us first with any questions or concerns regarding your loan. We will work diligently to try to effectively resolve any questions or issues that you have. Please direct any questions, issues or disputes in the first instance to our management, in writing at support@zocaloans.com or at PO Box 1147, 27565 Research Park Dr, Mission, SD 57555 and we will do our best to help you quickly.

**CONSENT TO ELECTRONIC COMMUNICATIONS AND DISCLOSURES.** You have agreed that we may electronically provide you with all communications, disclosures and other information regarding your application and loan ("Communications"). Your consent does not apply to any future transactions that may occur between us. You should print out, download or otherwise store all of these Communications to keep for your records.

You will need a computer with internet access and a printer capable of printing text screens or hard drive capable of storing data. In addition, you must use an internet browser software that supports 256-bit Encryption.

To access, view and retain Communications from us, you will need the ability to receive and read emails that contain hyperlinks to

PAID IN FULL 09/16/2021

websites. If you provide us with an email address in your application, you may notify us of changes in your email address by writing us at support@zocaloans.com.

Even if you consent to the electronic delivery of Communications, you may also receive a paper copy of any Communications provided to you electronically by writing us at support@zocaloans.com. There is no fee for the paper copy. You may also withdraw your consent by sending us your request in writing to PO Box 1147, 27565 Research Park Dr, Mission, SD 57555. If you decide to withdraw your consent, the legal effectiveness, validity and/or enforceability of all prior electronic Communications will not be affected.

## ARBITRATION PROVISION

**PLEASE READ THIS ARBITRATION PROVISION CAREFULLY. IT PROVIDES THAT ANY DISPUTE MUST BE RESOLVED BY BINDING ARBITRATION. ARBITRATION REPLACES THE RIGHT TO GO TO COURT, INCLUDING THE RIGHT TO A JURY TRIAL, AND THE RIGHT TO INITIATE OR PARTICIPATE IN A CLASS ACTION OR SIMILAR COLLECTIVE OR CONSOLIDATED PROCEEDINGS. IN ARBITRATION, A DISPUTE IS RESOLVED BY AN ARBITRATOR INSTEAD OF A JUDGE OR JURY, AND THE ARBITRATOR'S DECISION IS FINAL AND BINDING. ARBITRATION PROCEEDINGS ARE SIMPLER AND MORE LIMITED THAN COURT PROCEDURES.**

**INDIVIDUAL CONSUMER ARBITRATION.** Our goal is to use individual consumer arbitration as an efficient and cost effective means of resolving any Dispute (as defined below). Both you and we have the right to seek resolution of any Dispute by submitting a demand for arbitration to Judicial Arbitration and Mediation Services, Inc. (JAMS) (www.jamsadr.com), or the American Arbitration Association (AAA) (www.adr.org), at the option of the party requesting arbitration. Disputes also may be referred to another arbitration organization if you and we agree in writing.

**ARBITRATION PROCEDURES.** Any arbitration shall proceed only under the streamlined, expedited, consumer or small dollar commercial rules of the selected arbitration organization in effect when the arbitration claim is filed and as provided in this Arbitration Provision. However, if those rules conflict with this Agreement, then this Agreement shall control. To keep costs low, you may utilize telephonic or internet hearings available through the selected arbitration organization. We adhere to and follow the Consumer Due Process Protocol of the AAA, which can be found at: http://www.adr.org/, and the JAMS Minimum Standards of Procedural Fairness for consumer arbitrations, which can be found at: http://www.jamsadr.com/rules-consumerminimumstandards. The arbitration panel shall consist of a single arbitrator chosen by the selected arbitration organization who shall be knowledgeable of the subject matter of the Dispute. No mediation shall be required. The arbitrator shall apply the laws of the Rosebud Sioux Tribe that govern this Agreement. Any arbitration award may be enforced in the courts of the Rosebud Sioux Tribe, or by our governmental regulator.

**LIMITED WAIVER OF SOVEREIGN IMMUNITY FOR INDIVIDUAL CONSUMER ARBITRATION. Rosebud Lending LZO d/b/a ZocaLoans provides a limited waiver of sovereign immunity for the single and specific arbitration between you, individually, and us.**

**NO CLASS ACTIONS OR CONSOLIDATED ACTIONS.** There shall be no right or ability for any Disputes to be arbitrated or litigated on a classwide or collective basis. Similarly, the claims of more than one person may not be arbitrated or litigated jointly or consolidated with any other individual's claims. **ANY ARBITRATION OF ANY DISPUTE UNDER THIS AGREEMENT SHALL BE AN INDIVIDUAL CONSUMER ARBITRATION ONLY; NO CLASS ACTION ARBITRATION AND NO COURT ADJUDICATION WHATSOEVER SHALL BE AVAILABLE.**

**DISPUTE DEFINED.** The word "Dispute" is given the broadest possible meaning and includes, without limitation (a) all claims, disputes, or controversies arising from or relating directly or indirectly to this Arbitration Provision, ("this Provision"), the validity and scope of this Provision and any claim or attempt to set aside this Provision; (b) all U.S. federal or state law claims, disputes or controversies, arising from or relating directly or indirectly to this Agreement, the information you gave us before entering into this Agreement, including your customer information application, and/or any past loan agreements between you and us; (c) all counterclaims, crossclaims and third party claims; (d) all common law claims, based upon contract, tort, fraud, or other intentional torts; (e) all claims based upon a violation of any state or federal constitution, statute or regulation; (f) all claims asserted by us against you, including claims for money damages to collect any sum we claim you owe us; (g) all claims asserted by you individually against the Tribe, us and/or any of our employees, agents, directors, officers, governors, managers, members, parent company or affiliated entities (collectively, "related third parties"), including claims for money damages and/or equitable or injunctive relief; (h) all claims asserted on your behalf by another person; (i) all claims asserted by you as a representative and member of a class of persons, or in any other representative capacity, against us and/or related third parties ("Representative Claims"); and/or (j) all claims arising from or relating directly or indirectly to the disclosure by us or related third parties of any nonpublic personal information about you.

All Disputes, including any Representative Claims against us and/or related third parties, shall be resolved by arbitration as provided in this Provision only on an individual basis with you. Any party to a Dispute, including related third parties, may send the other party written notice by certified mail return receipt requested of their Dispute and setting forth the subject of the Dispute along with the relief requested.

**THIS PROVISION IS BINDING.** This Provision is binding upon and benefits you, your respective heirs, successors and assigns. This Provision is binding upon and benefits the Tribe, us, our successors and assigns, and related third parties. This Provision continues in full force and effect, even if your obligations have been paid or discharged through bankruptcy. This Provision survives any cancellation, termination, amendment, expiration or performance of any transaction between you and us and continues in full force and effect unless you and we otherwise agree in writing.

THIS ARBITRATION PROVISION MEANS THAT:

- YOUR RIGHT TO FILE SUIT AGAINST US FOR ANY CLAIM OR DISPUTE REGARDING THIS AGREEMENT IS LIMITED BY THIS PROVISION AND SOVEREIGN IMMUNITY;
- YOU ARE GIVING UP YOUR RIGHT TO HAVE A TRIAL BY JURY TO RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES;
- YOU ARE GIVING UP YOUR RIGHT TO HAVE A COURT RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES; AND
- YOU ARE GIVING UP YOUR RIGHT TO SERVE AS A REPRESENTATIVE OR IN ANY OTHER REPRESENTATIVE CAPACITY, AND/OR TO PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS, IN ANY LAWSUIT OR ARBITRATION FILED AGAINST US AND/OR RELATED THIRD PARTIES.



**PAYMENT CHOICE AUTHORIZATION**

This Payment Choice Authorization is a part of and relates to the Agreement dated 03/30/2021. The words "you" and "your" mean the borrower who has electronically signed this Payment Choice Authorization. The words "we", "us" and "our" mean ZL-PLATINUM and our successors and assigns.

**Your Payment Choice.** You understand and agree that you may repay your loan by check, money order or other means acceptable to us, or that you may optionally choose the convenience of having your regularly scheduled payments transmitted to us by electronic means through Electronic Funds Transfers ("EFT"). Your agreed upon Payment Choice Authorization will remain in effect until your loan, including principle, finance charges and other charges, is paid in full. You may only revoke the above authorizations by contacting us directly. If you revoke your authorization, you agree to provide us with another form of payment acceptable to us. You have elected to pay this loan as follows (check applicable box):

⊙ **Automatic Payments by EFT (EFT Authorization):** You elect to repay the loan by EFT. You authorize us to withdraw funds for each of the regularly scheduled loan payments listed in the Payment Schedule of your Agreement from your Bank Account (as defined in the Agreement above) by using any commercially available methods we choose, such as (but not limited to) ACH entries, "remote checks" or transactions through your debit card accessing your Bank Account. If any payment date falls on a weekend or holiday, you understand and agree that the payment will be executed on the next business day. You acknowledge that the repayment of the loan by EFT is an option that has been offered to you for your convenience. You are not required to repay the loan by EFT and repaying by EFT is not a condition for approval of the loan. You may revoke this EFT authorization as provided below. You understand that the cancellation of the EFT authorization in no way relieves you of the obligation to fulfill the contractual obligations to make all required payments. If you revoke this EFT authorization, you must make your payments by another means acceptable to us.

○ **MAILED PAYMENTS:** You elect to repay the loan by mailing us a cashier's check, money order or bill pay service through your bank, that we receive no later than your Payment Due Date to:

PO Box 1147, 27565 Research Park Dr
Mission, SD 57555

**REMOTELY CREATED CHECKS.** If you terminate any previous EFT authorization you provided, or if we do not receive your check or money order by the Payment Due Date, you agree to make all payments required under the Agreement by creating paper checks drawn on your Bank Account and bearing your typed name rather than your handwritten signature ("Remotely Created Checks"). You authorize us and our agents, successors and assigns to submit each Remotely Created Check for payment to the Paying Bank in the amount of each payment owing under this Agreement, including any returned payment charges or other amounts owing to us upon acceleration of this loan as a result of your Default. Your typed name shall constitute your authorized signature fully reflecting your intent to authenticate these Remotely Created Checks, which are also known as demand drafts, telechecks, preauthorized drafts, or paper drafts. If you believe we charged your Bank Account in a manner not contemplated by this authorization, then please contact us. You authorize us to vary the amount of any preauthorized payment by Remotely Created Check as needed to repay installments due on the loan as modified by any prepayment.

**RETURNED ITEM FEE.** If your payment is returned unpaid, you authorize us to make a onetime EFT from your Bank Account to collect a fee for any payment made by you on this loan if it is not honored or cannot be processed for any reason, including not enough money in your Bank Account. You agree to pay us a fee of $25.00. You authorize us and our agents to make a onetime EFT from your Bank Account to collect this fee. Your financial institution may also impose a fee.

**NOTICE OF VARYING AMOUNTS.** For those customers who have chosen the EFT Authorization, please note that you have the right to receive notice from us of all withdrawals from Your Bank Account by an EFT that vary in amount at least 10 days prior to the payment being collected. However, by signing below, you are agreeing that we only have to tell you the range of withdrawals that we can make. The range of withdrawals will be $0.01 to $482.64. For any withdrawal outside of this specified range, we will send you a notice 10 days prior to the date of the debit. Therefore, by signing this Agreement below, you acknowledge that you will only receive notice when a withdrawal exceeds the amount in the specified range. You authorize us to vary the amount of any withdrawal as needed to repay installments due on the loan as modified by any partial prepayments you make, so long as such withdrawal is within the specified range: $0.01 to $482.64.

You agree to notify us of any changes in your Bank Account information or revocation of any payment authorization by giving written notice to us at PO Box 1147, 27565 Research Park Dr, Mission, SD 57555 or at support@zocaloans.com. Notice must be received by us not less than 3 business days prior to a scheduled Payment Due Date in order for us to terminate the automatic payments by that Payment Due Date. If you give us oral notice to stop payments, you must also confirm your stop-payment order within 14 days in writing. Otherwise the stop payment order is no longer effective. These notifications must be sent to us at PO Box 1147, 27565 Research Park Dr, Mission, SD 57555 or at support@zocaloans.com.

By signing below, you certify that you are an owner of or authorized signer for your Bank Account and that you will not dispute payments debited from your Bank Account provided that the debit corresponds to the terms of this Payment Choice Authorization.

**ELECTRONIC SIGNATURES.** You have consented to sign this Agreement and this Payment Choice Authorization using an electronic signature. You understand and agree that you intend: (i) your electronic signature to be an electronic signature under applicable federal and state law; (ii) to conduct business with us by electronic records and electronic signatures; and (iii) this Agreement will not be governed by Article 3 of the Uniform Commercial Code.

<u>SIGNATURE AND ACCEPTANCE OF ALL TERMS AND CONDITIONS</u>

BY TYPING YOUR NAME AND CLICKING THE "SIGN AND SEND" BUTTON, YOU ACKNOWLEDGE THAT YOU HAVE BEEN PROVIDED AN OPPORTUNITY TO REVIEW ALL THE TERMS OF THE AGREEMENTS LISTED BELOW. BY ELECTRONICALLY SIGNING, YOU ARE AGREEING TO THE TERMS AND CONDITIONS OF:

1. THE LOAN AGREEMENT
2. THE CONSENT TO ELECTRONIC COMMUNICATIONS AND DISCLOSURES
3. THE ARBITRATION PROVISION
4. THE PAYMENT CHOICE AUTHORIZATION
5. You have access to the internet, are able to send and receive emails and have the ability to download or print a fully completed copy of these Agreements for your records.

YOUR ELECTRONIC SIGNATURE: *David Johnson (IP:* ███████████ *)*

ELECTRONICALLY SIGNED FROM: ███████████ on *03/30/2021 11:26 AM*



**<u>EXHIBIT H</u>**

**Rosebud Lending LZO d/b/a ZocaLoans**
**LOAN AGREEMENT**

Lender:

Rosebud Lending LZO d/b/a ZocaLoans

PO Box 1147, 27565 Research Park Dr,
Mission, SD 57555

support@zocaloans.com

Borrower:

David Johnson



**This is our loan agreement (this "Agreement") with you regarding your loan. It contains important terms and conditions. You should read it carefully before you electronically sign it.**

The words "you" and "your" mean the borrower who has electronically signed it. The words "we", "us" and "our" means Rosebud Lending LZO d/b/a ZocaLoans. We are a sovereign enterprise, an economic development arm and instrumentality of, and wholly owned and controlled by, the Rosebud Sioux Tribe (the "Tribe"), a federally recognized sovereign American Indian Tribe. All disclosures in this Agreement are also terms and conditions of this Agreement.

**You must electronically sign this Agreement and submit it to us with your application. We will then approve or deny your application. If we approve it, the proceeds of your loan will be disbursed to you and this Agreement will be in full effect. If we deny your application, we will notify you of the denial and this Agreement will be terminated.**

**YOU HAVE A RIGHT TO CANCEL THIS AGREEMENT** without cost within three days from the date we notify you that your application has been approved by us. If you decide to cancel this Agreement, you must send us your notice of cancellation by email to support@zocaloans.com or by phone to 1-888-980-1532 no later than midnight Central Time on the second day after the funding date (the "Midnight Deadline"). You must also return all proceeds of your loan that you received by the Midnight Deadline. To return those amounts to us, your notice of cancellation must also include your authorization for us to use one of the payment methods you selected on your Payment Choice Authorization (below). If we do not receive your notice of cancellation and return of your loan proceeds by the Midnight Deadline, then this Agreement will remain in full force and effect.

| FEDERAL TRUTH-IN-LENDING DISCLOSURES | | | |
|---|---|---|---|
| **ANNUAL PERCENTAGE RATE** The cost of your credit as a yearly rate. | **FINANCE CHARGE** The dollar amount the credit will cost you. | **AMOUNT FINANCED** The amount of credit provided to you or on your behalf. | **TOTAL OF PAYMENTS** The amount you will have paid after you have made all payments as scheduled. |
| 393.84% | $1,350.94 | $1200.00 | $2,550.94 |

| Payment Schedule | | |
|---|---|---|
| Number of Payments | Amount of Payments | When Payments Are Due |
| 1 | $212.59 | 08/27/2021 |
| 1 | $212.59 | 09/10/2021 |
| 1 | $212.59 | 09/24/2021 |
| 1 | $212.59 | 10/08/2021 |
| 1 | $212.59 | 10/22/2021 |
| 1 | $212.59 | 11/05/2021 |
| 1 | $212.59 | 11/19/2021 |
| 1 | $212.59 | 12/03/2021 |
| 1 | $212.59 | 12/17/2021 |
| 1 | $212.59 | 01/03/2022 |
| 1 | $212.59 | 01/14/2022 |
| 1 | $212.45 | 01/28/2022 |

**Prepayment:** If you pay off all or any portion of your debt early, you may be entitled to a refund of part of the finance charge. No refund will be provided upon a partial prepayment.

**Late Charge:** If any part of a payment is unpaid for not less than 3 days after it is due, there is a late charge of $25.

☑ **Security Interest:** We have a security interest in the Electronic Fund Transfer ("EFT") authorization.

**Additional Information:** See the Agreement for any additional information about nonpayment, default, and any required repayment in full before the scheduled date, and prepayment refunds and penalties.

**Itemization of the Amount Financed**

1. Amount given directly to you: $1200.00
2. Amount financed: $1200.00

**SPECIAL NOTICES:**

- **YOUR LOAN IS AN EXPENSIVE FORM OF BORROWING.**
- **YOU CAN SAVE FINANCE CHARGES BY PAYING OFF YOUR LOAN EARLY EITHER IN PART OR IN FULL.**
- **YOUR LOAN IS DESIGNED TO ASSIST YOU IN MEETING YOUR SHORT-TERM CASH NEEDS.**
- **IT IS NOT A SOLUTION FOR LONGER TERM FINANCIAL PROBLEMS.**
- **YOU MAY BE RESPONSIBLE FOR ADDITIONAL FEES, AND INTEREST MAY ACCRUE IF YOU CHOOSE TO ROLL OVER OR REFINANCE YOUR LOAN.**
- **CREDIT COUNSELING SERVICES ARE AVAILABLE IN YOUR COMMUNITY FOR CONSUMERS EXPERIENCING FINANCIAL PROBLEMS.**

**YOUR PROMISE TO PAY.** You promise to pay the installment amount on the dates set forth above (each a "Payment Due Date" and collectively, "Payment Due Dates") in the Payment Schedule section of the Federal Truth in Lending Disclosure above. The term "Installment Period" means the time period set forth in the Payment Schedule above when each installment payment on your loan is due. You agree to make your payments using the method or methods you select in your Payment Choice Authorization (below).

**PAYMENTS.** You are required to make the payments for each Installment on or before the Payment Due Dates in your payment schedule. If you would like to repay your loan according to a payment plan other than as set forth herein, you must contact a customer service representative no later than three (3) days prior to your next scheduled Payment Due Date to make those payment schedule modifications if you would like them in effect for the next Payment Due Date. You will make your payments on or before every Payment Due Date until you have paid the entire principal and accrued finance charge(s) and any other charges as described in this Agreement. If, on the final scheduled Payment Due Date, you still owe amounts under this Agreement, you will pay those amounts in full on that date.

**PAYMENT BY CHECK OR MONEY ORDER.** If you elect to pay by check or money order, then you agree to repay all amounts due pursuant to this Agreement via check or money order. All mailed payments must reach us by 4:00 pm Mountain Time on or before the Payment Due Date. If you provide a check as a payment, you authorize us either to use information from your check to make a one-time electronic funds transfer ("EFT") from your Bank Account (as hereinafter defined) or to process the payment as a check transaction. When we use information from your check to make an EFT, funds may be withdrawn from your Bank Account as soon as the same day that we receive your payment, and you will not receive your check back from your financial institution.

**WHEN YOU BEGIN PAYING FINANCE CHARGE(S).** You begin to accrue finance charge(s) for the loan on the Disbursement Date, defined below. The first Installment Period on the loan begins on the Disbursement Date and ends on the first Payment Due Date. Thereafter, each Installment Period begins on the first date following the Payment Due Date and ends on the next Payment Due Date. You will be charged finance charge(s) on the entire Installment Period beginning on the first day of the Installment Period. In calculating Your payments, We have assumed You will make each payment on the day and in the amount due as outlined within Your payment schedule. If any payment is made before the Payment Due Date, the finance charge(s) are due for the entire Installment Period and no refund shall be made for the finance charge(s) charged for the Installment Period. Time is of the essence, which means that there are no grace periods for when payments must be made.

**PREPAYMENT.** This loan may be prepaid in full or in part at any time without penalty. Any partial prepayment will be applied to any accrued and unpaid interest, fees, or other charges, and then it will be applied to the outstanding principal balance. Any partial payment may reduce the number of remaining payments or the amount of the final payment. Otherwise, a partial prepayment will not postpone the due date of any subsequent monthly installments, and you must continue to make regularly scheduled payments until all amounts due under this loan are paid. To arrange to prepay your loan in whole or in part, you must go online at www.zocaloans.com and login to the customer portal or call us at 1-888-980-1532 to alert us of your intention to make a prepayment and then follow our instructions. Partial prepayments will not change the amount or due date of your remaining payments until your loan made pursuant to this Agreement is paid in full.

**SECURITY.** Pursuant to Comment 2(a)(25) of the Consumer Financial Protection Bureau Official Staff Commentary to Regulation Z §1026.2, we have disclosed to you, and you have agreed, that our interest in the EFT Authorization is a security interest for Federal Truth-in-Lending purposes only, because federal and state law do not clearly address whether our interest in the EFT Authorization is a "security interest." However, the federal Truth-in-Lending disclosures are not intended to create a security interest under state law and shall not be evidence of or an admission by us that this transaction is anything other than an unsecured loan.

**DISBURSEMENT.** If your loan is approved, we will disburse your loan proceeds within 1 business day. A business day is a regular work day and does not include Saturday, Sunday or holidays. You authorize us to use commercially reasonable efforts to initiate a credit entry by depositing the proceeds of your loan into the Bank Account authorized below. The date that your loan proceeds are deposited to your

Bank Account or onto your payment instrument is the "Disbursement Date." Unavoidable delays such as bank holidays, the processing schedule of your individual bank, inadvertent processing errors, "acts of God" or "acts of terror" may extend the time for the deposit.

You authorize us to process your loan proceeds with a credit deposit to your following bank account ("Your Bank Account"):

Bank Name: ███████████████
Transit ABA Number: ███████████
Deposit Account Number: ██████████
*Account Number Masked for your protection

We will make this disbursement credit by using any commercially available method we choose, such as (but not limited to) Automated Clearing House (ACH) entries, wire transfers, or transactions through your debit card accessing your Bank Account. As a data security measure, you will separately provide us with your debit card information.

**EXPEDITED FUNDING SERVICE.** If you want to receive your loan proceeds at least one business day sooner than through a regularly scheduled disbursement, we may offer you an expedited funding service ("Expedited Funding Service"). If you choose this Expedited Funding Service, your loan proceeds will be deposited into your Bank Account on the same business day as your loan is approved (if before 1:00 p.m. Mountain Time) or the next business day if after that time.

For example, if your loan was approved at 11:00 a.m. on Friday, your loan proceeds would likely be deposited into your Bank Account on Monday. However, if you use the Expedited Funding Service, then your loan proceeds would be disbursed to you on Friday.

Note that the timing of when your bank actually makes these funds available to you is entirely controlled by your bank and not us. There is an additional cost that we have to pay to provide this Expedited Funding Service. This Expedited Funding Service Fee will be included in your first payment. If you want to use Expedited Funding Service, call us at 1-888-980-1532

**ALL SUMS DUE.** If you fail to make your payments on time we can require you to pay your unpaid balance in full. We can also require you to pay your unpaid balance in full if you break any promise you made in this Agreement or if any statement that you made in your application or in connection with your loan is untrue or becomes untrue. This means that, under any of the aforementioned circumstances, you must pay us all principal, finance charges and other amounts that you owe us.

**REFUSED INSTRUMENT CHARGE.** If your payment method is stopped, denied or otherwise dishonored, then you agree to pay us a fee of $25. Your refused instrument may also cause your payment to be late which could result in you also having to pay a late charge.

**CONSUMER REPORTS.** You authorize us to obtain consumer reports about you now or in the future as long as you owe us money under this Agreement. We may report information about your performance under this Agreement to credit reporting agencies. Late payments, missed payments and defaults may be reported. This may negatively impact your ability to receive loans or advances from other companies or to write checks.

**CREDIT DISPUTES; IDENTITY THEFT.** If you believe that any information about your loan that we have furnished to a consumer reporting agency is inaccurate, or if you believe that you have been the victim of identity theft in connection with any loan made by us, write to us at PO Box 1147, 27565 Research Park Dr, Mission, SD 57555. In your letter (i) provide your name and loan number, (ii) identify the specific information that is being disputed, (iii) explain the basis for the dispute and (iv) provide any supporting documentation you have that substantiates the basis of the dispute. If you believe that you have been the victim of identity theft, you may be required to submit an identity theft affidavit or identity theft report.

**ENTIRE AGREEMENT.** This Agreement contains the entire agreement between you and us relating to it. Any change to this Agreement must be in writing and must be signed by both parties. No oral changes are binding.

**OTHER RIGHTS.** We may delay enforcing any of our rights without losing them. We can enforce this Agreement against your heirs and legal representatives. We may assign or transfer this Agreement and our rights under it without notice to you and we do not need your consent.

**DEFAULT.** Time is of the essence, and you will be in default under this Agreement (as it may be amended) if you do not make any payment when due. Upon default, we may, without notice or demand, declare the entire amount then unpaid immediately due and payable. We reserve the right to report loan payment delinquencies at or in excess of 14 days to one or more consumer reporting agencies in accordance with applicable law. You agree to pay all costs of collecting any delinquent payments, including reasonable attorneys' fees, as permitted by applicable law.

**LAW THAT APPLIES.** The laws of the Rosebud Sioux Tribe ("Tribal Law") will govern this Agreement, without regard to the laws of any state or other jurisdiction, including the conflict of laws rules of any state. You agree to be bound by Tribal Law, and in the event of a bona fide dispute between you and us, Tribal Law shall exclusively apply to such dispute.

**SOVEREIGN IMMUNITY.** This Agreement together with any related documents are being submitted by you to us as a sovereign

enterprise, an economic development arm and instrumentality of the Tribe which shares in the governmental sovereign immunity of the Tribe. Because we and the Tribe are entitled to sovereign immunity, you will be limited as to what claims, if any, you may be able to assert against us. To encourage resolution of consumer complaints, any complaint may be submitted by you or on your behalf to arbitration as described below.

**PRESERVATION OF SOVEREIGN IMMUNITY.** It is the express intention of the Tribe and us operating as an economic arm of the Tribe, to fully preserve, and not waive other than as expressly provided in this Agreement, our sovereign governmental immunity from suit, and any other rights, titles, privileges, and immunities, to which we or the Tribe are entitled. To protect and preserve the rights of the parties, no person may assume a waiver of sovereign immunity. No waiver is or can be made except by express written declaration of the Tribe's governing Council specifically authorizing a waiver for the matter in question. Except as pertaining to a single, potential arbitration between you, as an individual consumer, and us, no such waiver has been made with respect to this Agreement, your disbursement and Payment Choice Authorization or any other related document.

**TELEPHONE CALLS AND TEXT MESSAGES REGARDING YOUR LOAN.** Notwithstanding any current or prior election to opt-in to telemarketing calls or SMS messages (including text messages) from us, our agents, representatives, affiliates or anyone calling on our behalf, you expressly consent to be contacted by us, our agents, representatives, affiliates or anyone calling on our behalf for any and all purposes arising out of or relating to your loan and your account, at any telephone number or physical or electronic address you provide at which you may be reached. You agree that we may contact you using automated telephone dialing or text messaging systems, calls with prerecorded messages or artificial voices and electronic mail to provide messages to you about Payment Due Dates, missed payments, options to amend this Agreement and other important information. The telephone messages are played by a machine automatically when the telephone is answered, whether answered by you or someone else. These messages may also be recorded by your answering machine. You agree that we, and our agents, employees and other representatives, may monitor and/or record any of your phone conversations. By providing us with your cell or mobile telephone number, you authorize us to contact you from time to time regarding your application and loan at that number using text messages. Standard text messaging and/or calling charges by your communications carrier may apply. You may withdraw your consent to receive text messages by calling us at 1-888-980-1532 or emailing us at support@zocaloans.com. We will not impose any fee to process the withdrawal of your consent to receive text messages. Any withdrawal of your consent to use text messages will be effective only after we have a reasonable period of time to process your withdrawal.

## ADVERTISING OR TELEMARKETING TEXT MESSAGES AND TELEPHONE CALLS

By signing this section, you consent to advertising and telemarketing text messages to the mobile phone number you provide below. You also consent to our advertising or telemarketing calls to you at your mobile phone number using an automatic telephone dialing system or an artificial or prerecorded voice.

☑ Your checking this box will be deemed to be your signature acknowledging your consent to receive advertising and telemarketing text messages and telephone calls as described above to your mobile phone at

**You are not required to provide this consent to obtain credit or other services.** You may withdraw your consent by calling us at 1-888-980-1532 or emailing us at support@zocaloans.com.

You understand that any text messages we send you may be accessed by anyone with access to your text messages. Your service provider may charge you fees for text messages. We shall have no liability for the cost of any text messages.

**BANKRUTPCY.** You promise that you are not currently a debtor in any bankruptcy proceeding, you are not contemplating bankruptcy and you have not consulted with an attorney regarding a potential bankruptcy filing in the past six months. You must provide any notice(s) of any future bankruptcy petition and all subsequent filings, motions, orders or correspondence to us at PO Box 1147, 27565 Research Park Dr, Mission, SD 57555. You agree that any other written or oral communication concerning a bankruptcy is null and void and of no effect.

**COMMITMENT TO CUSTOMER SERVICE.** . We believe our customer service team should be able to make things right for our customers. We would prefer that you contact us first with any questions or concerns regarding your loan. We will work diligently to try to effectively resolve any questions or issues that you have. Please direct any questions, issues or disputes in the first instance to our management, in writing at support@zocaloans.com or at PO Box 1147, 27565 Research Park Dr, Mission, SD 57555 and we will do our best to help you quickly.

**CONSENT TO ELECTRONIC COMMUNICATIONS AND DISCLOSURES.** You have agreed that we may electronically provide you with all communications, disclosures and other information regarding your application and loan ("Communications"). Your consent does not apply to any future transactions that may occur between us. You should print out, download or otherwise store all of these Communications to keep for your records.

You will need a computer with internet access and a printer capable of printing text screens or hard drive capable of storing data. In addition, you must use an internet browser software that supports 256-bit Encryption.

To access, view and retain Communications from us, you will need the ability to receive and read emails that contain hyperlinks to

websites. If you provide us with an email address in your application, you may notify us of changes in your email address by writing us at support@zocaloans.com.

Even if you consent to the electronic delivery of Communications, you may also receive a paper copy of any Communications provided to you electronically by writing us at support@zocaloans.com. There is no fee for the paper copy. You may also withdraw your consent by sending us your request in writing to PO Box 1147, 27565 Research Park Dr, Mission, SD 57555. If you decide to withdraw your consent, the legal effectiveness, validity and/or enforceability of all prior electronic Communications will not be affected.

## ARBITRATION PROVISION

**PLEASE READ THIS ARBITRATION PROVISION CAREFULLY. IT PROVIDES THAT ANY DISPUTE MUST BE RESOLVED BY BINDING ARBITRATION. ARBITRATION REPLACES THE RIGHT TO GO TO COURT, INCLUDING THE RIGHT TO A JURY TRIAL, AND THE RIGHT TO INITIATE OR PARTICIPATE IN A CLASS ACTION OR SIMILAR COLLECTIVE OR CONSOLIDATED PROCEEDINGS. IN ARBITRATION, A DISPUTE IS RESOLVED BY AN ARBITRATOR INSTEAD OF A JUDGE OR JURY, AND THE ARBITRATOR'S DECISION IS FINAL AND BINDING. ARBITRATION PROCEEDINGS ARE SIMPLER AND MORE LIMITED THAN COURT PROCEDURES.**

**INDIVIDUAL CONSUMER ARBITRATION.** Our goal is to use individual consumer arbitration as an efficient and cost effective means of resolving any Dispute (as defined below). Both you and we have the right to seek resolution of any Dispute by submitting a demand for arbitration to Judicial Arbitration and Mediation Services, Inc. (JAMS) (www.jamsadr.com), or the American Arbitration Association (AAA) (www.adr.org), at the option of the party requesting arbitration. Disputes also may be referred to another arbitration organization if you and we agree in writing.

**ARBITRATION PROCEDURES.** Any arbitration shall proceed only under the streamlined, expedited, consumer or small dollar commercial rules of the selected arbitration organization in effect when the arbitration claim is filed and as provided in this Arbitration Provision. However, if those rules conflict with this Agreement, then this Agreement shall control. To keep costs low, you may utilize telephonic or internet hearings available through the selected arbitration organization. We adhere to and follow the Consumer Due Process Protocol of the AAA, which can be found at: http://www.adr.org/, and the JAMS Minimum Standards of Procedural Fairness for consumer arbitrations, which can be found at: http://www.jamsadr.com/rules-consumerminimumstandards. The arbitration panel shall consist of a single arbitrator chosen by the selected arbitration organization who shall be knowledgeable of the subject matter of the Dispute. No mediation shall be required. The arbitrator shall apply the laws of the Rosebud Sioux Tribe that govern this Agreement. Any arbitration award may be enforced in the courts of the Rosebud Sioux Tribe, or by our governmental regulator.

LIMITED WAIVER OF SOVEREIGN IMMUNITY FOR INDIVIDUAL CONSUMER ARBITRATION. Rosebud Lending LZO d/b/a ZocaLoans provides a limited waiver of sovereign immunity for the single and specific arbitration between you, individually, and us.

**NO CLASS ACTIONS OR CONSOLIDATED ACTIONS.** There shall be no right or ability for any Disputes to be arbitrated or litigated on a classwide or collective basis. Similarly, the claims of more than one person may not be arbitrated or litigated jointly or consolidated with any other individual's claims. **ANY ARBITRATION OF ANY DISPUTE UNDER THIS AGREEMENT SHALL BE AN INDIVIDUAL CONSUMER ARBITRATION ONLY; NO CLASS ACTION ARBITRATION AND NO COURT ADJUDICATION WHATSOEVER SHALL BE AVAILABLE.**

**DISPUTE DEFINED.** The word "Dispute" is given the broadest possible meaning and includes, without limitation (a) all claims, disputes, or controversies arising from or relating directly or indirectly to this Arbitration Provision, ("this Provision"), the validity and scope of this Provision and any claim or attempt to set aside this Provision; (b) all U.S. federal or state law claims, disputes or controversies, arising from or relating directly or indirectly to this Agreement, the information you gave us before entering into this Agreement, including your customer information application, and/or any past loan agreements between you and us; (c) all counterclaims, crossclaims and third party claims; (d) all common law claims, based upon contract, tort, fraud, or other intentional torts; (e) all claims based upon a violation of any state or federal constitution, statute or regulation; (f) all claims asserted by us against you, including claims for money damages to collect any sum we claim you owe us; (g) all claims asserted by you individually against the Tribe, us and/or any of our employees, agents, directors, officers, governors, managers, members, parent company or affiliated entities (collectively, "related third parties"), including claims for money damages and/or equitable or injunctive relief; (h) all claims asserted on your behalf by another person; (i) all claims asserted by you as a representative and member of a class of persons, or in any other representative capacity, against us and/or related third parties ("Representative Claims"); and/or (j) all claims arising from or relating directly or indirectly to the disclosure by us or related third parties of any nonpublic personal information about you.

All Disputes, including any Representative Claims against us and/or related third parties, shall be resolved by arbitration as provided in this Provision only on an individual basis with you. Any party to a Dispute, including related third parties, may send the other party written notice by certified mail return receipt requested of their Dispute and setting forth the subject of the Dispute along with the relief requested.

**THIS PROVISION IS BINDING.** This Provision is binding upon and benefits you, your respective heirs, successors and assigns. This Provision is binding upon and benefits the Tribe, us, our successors and assigns, and related third parties. This Provision continues in full force and effect, even if your obligations have been paid or discharged through bankruptcy. This Provision survives any cancellation, termination, amendment, expiration or performance of any transaction between you and us and continues in full force and effect unless you and we otherwise agree in writing.

THIS ARBITRATION PROVISION MEANS THAT:

- YOUR RIGHT TO FILE SUIT AGAINST US FOR ANY CLAIM OR DISPUTE REGARDING THIS AGREEMENT IS LIMITED BY THIS PROVISION AND SOVEREIGN IMMUNITY;
- YOU ARE GIVING UP YOUR RIGHT TO HAVE A TRIAL BY JURY TO RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES;
- YOU ARE GIVING UP YOUR RIGHT TO HAVE A COURT RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES; AND
- YOU ARE GIVING UP YOUR RIGHT TO SERVE AS A REPRESENTATIVE OR IN ANY OTHER REPRESENTATIVE CAPACITY, AND/OR TO PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS, IN ANY LAWSUIT OR ARBITRATION FILED AGAINST US AND/OR RELATED THIRD PARTIES.



**PAYMENT CHOICE AUTHORIZATION**

This Payment Choice Authorization is a part of and relates to the Agreement dated 08/17/2021. The words "you" and "your" mean the borrower who has electronically signed this Payment Choice Authorization. The words "we", "us" and "our" mean LE-LOW-TOUCH-B and our successors and assigns.

**Your Payment Choice.** You understand and agree that you may repay your loan by check, money order or other means acceptable to us, or that you may optionally choose the convenience of having your regularly scheduled payments transmitted to us by electronic means through Electronic Funds Transfers ("EFT"). Your agreed upon Payment Choice Authorization will remain in effect until your loan, including principle, finance charges and other charges, is paid in full. You may only revoke the above authorizations by contacting us directly. If you revoke your authorization, you agree to provide us with another form of payment acceptable to us. You have elected to pay this loan as follows (check applicable box):

☉    **Automatic Payments by EFT (EFT Authorization):** You elect to repay the loan by EFT. You authorize us to withdraw funds for each of the regularly scheduled loan payments listed in the Payment Schedule of your Agreement from your Bank Account (as defined in the Agreement above) by using any commercially available methods we choose, such as (but not limited to) ACH entries, "remote checks" or transactions through your debit card accessing your Bank Account. If any payment date falls on a weekend or holiday, you understand and agree that the payment will be executed on the next business day. You acknowledge that the repayment of the loan by EFT is an option that has been offered to you for your convenience. You are not required to repay the loan by EFT and repaying by EFT is not a condition for approval of the loan. You may revoke this EFT authorization as provided below. You understand that the cancellation of the EFT authorization in no way relieves you of the obligation to fulfill the contractual obligations to make all required payments. If you revoke this EFT authorization, you must make your payments by another means acceptable to us.

○    **MAILED PAYMENTS:** You elect to repay the loan by mailing us a cashier's check, money order or bill pay service through your bank, that we receive no later than your Payment Due Date to:

      PO Box 1147, 27565 Research Park Dr

      Mission, SD 57555

**REMOTELY CREATED CHECKS.** If you terminate any previous EFT authorization you provided, or if we do not receive your check or money order by the Payment Due Date, you agree to make all payments required under the Agreement by creating paper checks drawn on your Bank Account and bearing your typed name rather than your handwritten signature ("Remotely Created Checks"). You authorize us and our agents, successors and assigns to submit each Remotely Created Check for payment to the Paying Bank in the amount of each payment owing under this Agreement, including any returned payment charges or other amounts owing to us upon acceleration of this loan as a result of your Default. Your typed name shall constitute your authorized signature fully reflecting your intent to authenticate these Remotely Created Checks, which are also known as demand drafts, telechecks, preauthorized drafts, or paper drafts. If you believe we charged your Bank Account in a manner not contemplated by this authorization, then please contact us. You authorize us to vary the amount of any preauthorized payment by Remotely Created Check as needed to repay installments due on the loan as modified by any prepayment.

**RETURNED ITEM FEE.** If your payment is returned unpaid, you authorize us to make a onetime EFT from your Bank Account to collect a fee for any payment made by you on this loan if it is not honored or cannot be processed for any reason, including not enough money in your Bank Account. You agree to pay us a fee of $25.00. You authorize us and our agents to make a onetime EFT from your Bank Account to collect this fee. Your financial institution may also impose a fee.

**NOTICE OF VARYING AMOUNTS.** For those customers who have chosen the EFT Authorization, please note that you have the right to receive notice from us of all withdrawals from Your Bank Account by an EFT that vary in amount at least 10 days prior to the payment being collected. However, by signing below, you are agreeing that we only have to tell you the range of withdrawals that we can make. The range of withdrawals will be $0.01 to $637.3499999999999. For any withdrawal outside of this specified range, we will send you a notice 10 days prior to the date of the debit. Therefore, by signing this Agreement below, you acknowledge that you will only receive notice when a withdrawal exceeds the amount in the specified range. You authorize us to vary the amount of any withdrawal as needed to repay installments due on the loan as modified by any partial prepayments you make, so long as such withdrawal is within the specified range:
$0.01 to $637.3499999999999.

You agree to notify us of any changes in your Bank Account information or revocation of any payment authorization by giving written notice to us at PO Box 1147, 27565 Research Park Dr, Mission, SD 57555 or at support@zocaloans.com. Notice must be received by us not less than 3 business days prior to a scheduled Payment Due Date in order for us to terminate the automatic payments by that Payment Due Date. If you give us oral notice to stop payments, you must also confirm your stop-payment order within 14 days in writing. Otherwise the stop payment order is no longer effective. These notifications must be sent to us at PO Box 1147, 27565 Research Park Dr, Mission, SD 57555 or at support@zocaloans.com.

By signing below, you certify that you are an owner of or authorized signer for your Bank Account and that you will not dispute payments debited from your Bank Account provided that the debit corresponds to the terms of this Payment Choice Authorization.

**ELECTRONIC SIGNATURES.** You have consented to sign this Agreement and this Payment Choice Authorization using an electronic signature. You understand and agree that you intend: (i) your electronic signature to be an electronic signature under applicable federal and state law; (ii) to conduct business with us by electronic records and electronic signatures; and (iii) this Agreement will not be

governed by Article 3 of the Uniform Commercial Code.

## SIGNATURE AND ACCEPTANCE OF ALL TERMS AND CONDITIONS

BY TYPING YOUR NAME AND CLICKING THE "SIGN AND SEND" BUTTON, YOU ACKNOWLEDGE THAT YOU HAVE BEEN PROVIDED AN OPPORTUNITY TO REVIEW ALL THE TERMS OF THE AGREEMENTS LISTED BELOW. BY ELECTRONICALLY SIGNING, YOU ARE AGREEING TO THE TERMS AND CONDITIONS OF:

1. THE LOAN AGREEMENT
2. THE CONSENT TO ELECTRONIC COMMUNICATIONS AND DISCLOSURES
3. THE ARBITRATION PROVISION
4. THE PAYMENT CHOICE AUTHORIZATION
5. You have access to the internet, are able to send and receive emails and have the ability to download or print a fully completed copy of these Agreements for your records.

YOUR ELECTRONIC SIGNATURE: *David Johnson (IP:* ▮▮▮▮▮▮▮ *)*

ELECTRONICALLY SIGNED FROM: ▮▮▮▮▮▮▮ on *08/17/2021 2:47 PM*

PAID IN FULL 12/06/2021

**<u>EXHIBIT I</u>**

**Rosebud Lending LZO d/b/a ZocaLoans**
**LOAN AGREEMENT**

Lender:
Rosebud Lending LZO d/b/a ZocaLoans
PO Box 1147, 27565 Research Park Dr,
Mission, SD 57555
support@zocaloans.com

Borrower:
David Johnson

**This is our loan agreement (this "Agreement") with you regarding your loan. It contains important terms and conditions. You should read it carefully before you electronically sign it.**

The words "you" and "your" mean the borrower who has electronically signed it. The words "we", "us" and "our" means Rosebud Lending LZO d/b/a ZocaLoans. We are a sovereign enterprise, an economic development arm and instrumentality of, and wholly owned and controlled by, the Rosebud Sioux Tribe (the "Tribe"), a federally recognized sovereign American Indian Tribe. All disclosures in this Agreement are also terms and conditions of this Agreement.

**You must electronically sign this Agreement and submit it to us with your application. We will then approve or deny your application. If we approve it, the proceeds of your loan will be disbursed to you and this Agreement will be in full effect. If we deny your application, we will notify you of the denial and this Agreement will be terminated.**

YOU HAVE A RIGHT TO CANCEL THIS AGREEMENT without cost within three days from the date we notify you that your application has been approved by us. If you decide to cancel this Agreement, you must send us your notice of cancellation by email to support@zocaloans.com or by phone to 1-800-698-9697 no later than midnight Central Time on the second day after the funding date (the "Midnight Deadline"). You must also return all proceeds of your loan that you received by the Midnight Deadline. To return those amounts to us, your notice of cancellation must also include your authorization for us to use one of the payment methods you selected on your Payment Choice Authorization (below). If we do not receive your notice of cancellation and return of your loan proceeds by the Midnight Deadline, then this Agreement will remain in full force and effect.

| FEDERAL TRUTH-IN-LENDING DISCLOSURES | | | |
|---|---|---|---|
| **ANNUAL PERCENTAGE RATE** The cost of your credit as a yearly rate. | **FINANCE CHARGE** The dollar amount the credit will cost you. | **AMOUNT FINANCED** The amount of credit provided to you or on your behalf. | **TOTAL OF PAYMENTS** The amount you will have paid after you have made all payments as scheduled. |
| 393.50% | $1406.89 | $1200.00 | $2,606.89 |

| Payment Schedule | | |
|---|---|---|
| Number of Payments | Amount of Payments | When Payments Are Due |
| 1 | $217.23 | 12/17/2021 |
| 1 | $217.23 | 01/03/2022 |
| 1 | $217.23 | 01/14/2022 |
| 1 | $217.23 | 01/28/2022 |
| 1 | $217.23 | 02/11/2022 |
| 1 | $217.23 | 02/25/2022 |
| 1 | $217.23 | 03/11/2022 |
| 1 | $217.23 | 03/25/2022 |
| 1 | $217.23 | 04/08/2022 |
| 1 | $217.23 | 04/22/2022 |
| 1 | $217.23 | 05/06/2022 |
| 1 | $217.36 | 05/20/2022 |

**Prepayment:** If you pay off all or any portion of your debt early, you may be entitled to a refund of part of the finance charge. No refund will be provided upon a partial prepayment.

**Late Charge:** If any part of a payment is unpaid for not less than 3 days after it is due, there is a late charge of $25.

☑ **Security Interest:** We have a security interest in the Electronic Fund Transfer ("EFT") authorization.

**Additional information:** See the Agreement for any additional information about nonpayment, default, and any required repayment in full before the scheduled date, and prepayment refunds and penalties.

**Itemization of the Amount Financed**

1. Amount given directly to you: $1200.00
2. Amount financed: $1200.00

**SPECIAL NOTICES:**

- **YOUR LOAN IS AN EXPENSIVE FORM OF BORROWING.**
- **YOU CAN SAVE FINANCE CHARGES BY PAYING OFF YOUR LOAN EARLY EITHER IN PART OR IN FULL.**
- **YOUR LOAN IS DESIGNED TO ASSIST YOU IN MEETING YOUR SHORT-TERM CASH NEEDS.**
- **IT IS NOT A SOLUTION FOR LONGER TERM FINANCIAL PROBLEMS.**
- **YOU MAY BE RESPONSIBLE FOR ADDITIONAL FEES, AND INTEREST MAY ACCRUE IF YOU CHOOSE TO ROLL OVER OR REFINANCE YOUR LOAN.**
- **CREDIT COUNSELING SERVICES ARE AVAILABLE IN YOUR COMMUNITY FOR CONSUMERS EXPERIENCING FINANCIAL PROBLEMS.**

**YOUR PROMISE TO PAY.** You promise to pay the installment amount on the dates set forth above (each a "Payment Due Date" and collectively, "Payment Due Dates") in the Payment Schedule section of the Federal Truth in Lending Disclosure above. The term "Installment Period" means the time period set forth in the Payment Schedule above when each installment payment on your loan is due. You agree to make your payments using the method or methods you select in your Payment Choice Authorization (below).

**PAYMENTS.** You are required to make the payments for each Installment on or before the Payment Due Dates in your payment schedule. If you would like to repay your loan according to a payment plan other than as set forth herein, you must contact a customer service representative no later than three (3) days prior to your next scheduled Payment Due Date to make those payment schedule modifications if you would like them in effect for the next Payment Due Date. You will make your payments on or before every Payment Due Date until you have paid the entire principal and accrued finance charge(s) and any other charges as described in this Agreement. If, on the final scheduled Payment Due Date, you still owe amounts under this Agreement, you will pay those amounts in full on that date.

**PAYMENT BY CHECK OR MONEY ORDER.** If you elect to pay by check or money order, then you agree to repay all amounts due pursuant to this Agreement via check or money order. All mailed payments must reach us by 4:00 pm Mountain Time on or before the Payment Due Date. If you provide a check as a payment, you authorize us either to use information from your check to make a one-time electronic funds transfer (EFT) from your Bank Account (as hereinafter defined) or to process the payment as a check transaction. When we use information from your check to make an EFT, funds may be withdrawn from your Bank Account as soon as the same day that we receive your payment, and you will not receive your check back from your financial institution.

**WHEN YOU BEGIN PAYING FINANCE CHARGE(S).** You begin to accrue finance charge(s) for the loan on the Disbursement Date, defined below. The first Installment Period on the loan begins on the Disbursement Date and ends on the first Payment Due Date. Thereafter, each Installment Period begins on the first date following the Payment Due Date and ends on the next Payment Due Date. You will be charged finance charge(s) on the entire Installment Period beginning on the first day of the Installment Period. In calculating Your payments, We have assumed You will make each payment on the day and in the amount due as outlined within Your payment schedule. If any payment is made before the Payment Due Date, the finance charge(s) are due for the entire Installment Period and no refund shall be made for the finance charge(s) charged for the Installment Period. Time is of the essence, which means that there are no grace periods for when payments must be made.

**PREPAYMENT.** This loan may be prepaid in full or in part at any time without penalty. Any partial prepayment will be applied to any accrued and unpaid interest, fees, or other charges, and then it will be applied to the outstanding principal balance. Any partial payment may reduce the number of remaining payments or the amount of the final payment. Otherwise, a partial prepayment will not postpone the due date of any subsequent monthly installments, and you must continue to make regularly scheduled payments until all amounts due under this loan are paid. To arrange to prepay your loan in whole or in part, you must go online at www.zocaloans.com and login to the customer portal or call us at 1-800-698-9697 to alert us of your intention to make a prepayment and then follow our instructions. Partial prepayments will not change the amount or due date of your remaining payments until your loan is paid pursuant to this Agreement is paid in full.

**SECURITY.** Pursuant to Comment 2(a)(25) of the Consumer Financial Protection Bureau Official Staff Commentary to Regulation Z §1026.2, we have disclosed to you, and you have agreed, that our interest in the EFT Authorization is a security interest for Federal Truth-in-Lending purposes only, because federal and state law do not clearly address whether our interest in the EFT Authorization is a "security interest." However, the federal Truth-in-Lending disclosures are not intended to create a security interest under state law and shall not be evidence of or an admission by us that this transaction is anything other than an unsecured loan.

**DISBURSEMENT.** If your loan is approved, we will disburse your loan proceeds within 1 business day. A business day is a regular work day and does not include Saturday, Sunday or holidays. You authorize us to use commercially reasonable efforts to initiate a credit entry by depositing the proceeds of your loan into the Bank Account authorized below. The date that your loan proceeds are deposited to your

Bank Account or onto your payment instrument is the "Disbursement Date." Unavoidable delays such as bank holidays, the processing schedule of your individual bank, inadvertent processing errors, "acts of God" or "acts of terror" may extend the time for the deposit.

You authorize us to process your loan proceeds with a credit deposit to your following bank account ("Your Bank Account"):

Bank Name:

Transit ABA Number:

Deposit Account Number:

*Account Number Masked for your protection

We will make this disbursement credit by using any commercially available method we choose, such as (but not limited to) Automated Clearing House (ACH) entries, wire transfers, or transactions through your debit card accessing your Bank Account. As a data security measure, you will separately provide us with your debit card information.

**EXPEDITED FUNDING SERVICE.** If you want to receive your loan proceeds at least one business day sooner than through a regularly scheduled disbursement, we may offer you an expedited funding service ("Expedited Funding Service"). If you choose this Expedited Funding Service, your loan proceeds will be deposited into your Bank Account on the same business day as your loan is approved (if before 1:00 p.m. Mountain Time) or the next business day if after that time.

For example, if your loan was approved at 11:00 a.m. on Friday, your loan proceeds would likely be deposited into your Bank Account on Monday. However, if you use the Expedited Funding Service, then your loan proceeds would be disbursed to you on Friday.

Note that the timing of when your bank actually makes these funds available to you is entirely controlled by your bank and not us. There is an additional cost that we have to pay to provide this Expedited Funding Service. This Expedited Funding Service Fee will be included in your first payment. If you want to use Expedited Funding Service, call us at 1-800-698-9697.

**ALL SUMS DUE.** If you fail to make your payments on time we can require you to pay your unpaid balance in full. We can also require you to pay your unpaid balance in full if you break any promise you made in this Agreement or if any statement that you made in your application or in connection with your loan is untrue or becomes untrue. This means that, under any of the aforementioned circumstances, you must pay us all principal, finance charges and other amounts that you owe us.

**REFUSED INSTRUMENT CHARGE.** If your payment method is stopped, denied or otherwise dishonored, then you agree to pay us a fee of $25. Your refused instrument may also cause your payment to be late which could result in you also having to pay a late charge.

**CONSUMER REPORTS.** You authorize us to obtain consumer reports about you now or in the future as long as you owe us money under this Agreement. We may report information about your performance under this Agreement to credit reporting agencies. Late payments, missed payments and defaults may be reported. This may negatively impact your ability to receive loans or advances from other companies or to write checks.

**CREDIT DISPUTES; IDENTITY THEFT.** If you believe that any information about your loan that we have furnished to a consumer reporting agency is inaccurate, or if you believe that you have been the victim of identity theft in connection with any loan made by us, write to us at PO Box 1147, 27565 Research Park Dr, Mission, SD 57555. In your letter (i) provide your name and loan number, (ii) identify the specific information that is being disputed, (iii) explain the basis for the dispute and (iv) provide any supporting documentation you have that substantiates the basis of the dispute. If you believe that you have been the victim of identity theft, you may be required to submit an identity theft affidavit or identity theft report.

**ENTIRE AGREEMENT.** This Agreement contains the entire agreement between you and us relating to it. Any change to this Agreement must be in writing and must be signed by both parties. No oral changes are binding.

**OTHER RIGHTS.** We may delay enforcing any of our rights without losing them. We can enforce this Agreement against your heirs and legal representatives. We may assign or transfer this Agreement and our rights under it without notice to you and we do not need your consent.

**DEFAULT.** Time is of the essence, and you will be in default under this Agreement (as it may be amended) if you do not make any payment when due. Upon default, we may, without notice or demand, declare the entire amount then unpaid immediately due and payable. We reserve the right to report loan payment delinquencies at or in excess of 14 days to one or more consumer reporting agencies in accordance with applicable law. You agree to pay all costs of collecting any delinquent payments, including reasonable attorneys' fees, as permitted by applicable law.

**LAW THAT APPLIES.** The laws of the Rosebud Sioux Tribe ("Tribal Law") will govern this Agreement, without regard to the laws of any state or other jurisdiction, including the conflict of laws rules of any state. You agree to be bound by Tribal Law, and in the event of a bona fide dispute between you and us, Tribal Law shall exclusively apply to such dispute.

**SOVEREIGN IMMUNITY.** This Agreement together with any related documents are being submitted by you to us as a sovereign

enterprise, an economic development arm and instrumentality of the Tribe which shares in the governmental sovereign immunity of the Tribe. Because we and the Tribe are entitled to sovereign immunity, you will be limited as to what claims, if any, you may be able to assert against us. To encourage resolution of consumer complaints, any complaint may be submitted by you or on your behalf to arbitration as described below.

**PRESERVATION OF SOVEREIGN IMMUNITY.** It is the express intention of the Tribe and us operating as an economic arm of the Tribe, to fully preserve, and not waive other than as expressly provided in this Agreement, our sovereign governmental immunity from suit, and any other rights, titles, privileges, and immunities, to which we or the Tribe are entitled. To protect and preserve the rights of the parties, no person may assume a waiver of sovereign immunity. No waiver is or can be made except by express written declaration of the Tribe's governing Council specifically authorizing a waiver for the matter in question. Except as pertaining to a single, potential arbitration between you, as an individual consumer, and us, no such waiver has been made with respect to this Agreement, your disbursement and Payment Choice Authorization or any other related document.

**TELEPHONE CALLS AND TEXT MESSAGES REGARDING YOUR LOAN.** Notwithstanding any current or prior election to opt-in to telemarketing calls or SMS messages (including text messages) from us, our agents, representatives, affiliates or anyone calling on our behalf, you expressly consent to be contacted by us, our agents, representatives, affiliates or anyone calling on our behalf for any and all purposes arising out of or relating to your loan and your account, at any telephone number or physical or electronic address you provide at which you may be reached. You agree that we may contact you using automated telephone dialing or text messaging systems, calls with prerecorded messages or artificial voices and electronic mail to provide messages to you about Payment Due Dates, missed payments, options to amend this Agreement and other important information. The telephone messages are played by a machine automatically when the telephone is answered, whether answered by you or someone else. These messages may also be recorded by your answering machine. You agree that we, and our agents, employees and other representatives, may monitor and/or record any of your phone conversations. By providing us with your cell or mobile telephone number, you authorize us to contact you from time to time regarding your application and loan at that number using text messages. Standard text messaging and/or calling charges by your communications carrier may apply. You may withdraw your consent to receive text messages by calling us at 1-800-698-9697 or emailing us at support@zocaloans.com. We will not impose any fee to process the withdrawal of your consent to receive text messages. Any withdrawal of your consent to use text messages will be effective only after we have a reasonable period of time to process your withdrawal.

## ADVERTISING OR TELEMARKETING TEXT MESSAGES AND TELEPHONE CALLS

By signing this section, you consent to advertising and telemarketing text messages to the mobile phone number you provide below. You also consent to our advertising or telemarketing calls to you at your mobile phone number, using an automatic telephone dialing system or an artificial or prerecorded voice.

☑ Your checking this box will be deemed to be your signature acknowledging your consent to receive advertising and telemarketing text messages and telephone calls as described above to your mobile phone at _____.

**You are not required to provide this consent to obtain credit or other services.** You may withdraw your consent by calling us at 1-800-698-9697 or emailing us at support@zocaloans.com.

You understand that any text messages we send you may be accessed by anyone with access to your text messages. Your service provider may charge you fees for text messages. We shall have no liability for the cost of any text messages.

**BANKRUTPCY.** You promise that you are not currently a debtor in any bankruptcy proceeding, you are not contemplating bankruptcy and you have not consulted with an attorney regarding a potential bankruptcy filing in the past six months. You must provide any notice(s) of any future bankruptcy petition and all subsequent filings, motions, orders or correspondence to us at PO Box 1147, 27565 Research Park Dr, Mission, SD 57555. You agree that any other written or oral communication concerning a bankruptcy is null and void and of no effect.

**COMMITMENT TO CUSTOMER SERVICE.** . We believe our customer service team should be able to make things right for our customers. We would prefer that you contact us first with any questions or concerns regarding your loan. We will work diligently to try to effectively resolve any questions or issues that you have. Please direct any questions, issues or disputes in the first instance to our management, in writing at support@zocaloans.com or at PO Box 1147, 27565 Research Park Dr, Mission, SD 57555 and we will do our best to help you quickly.

**CONSENT TO ELECTRONIC COMMUNICATIONS AND DISCLOSURES.** You have agreed that we may electronically provide you with all communications, disclosures and other information regarding your application and loan ("Communications"). Your consent does not apply to any future transactions that may occur between us. You should print out, download or otherwise store all of these Communications to keep for your records.

You will need a computer with internet access and a printer capable of printing text screens or hard drive capable of storing data. In addition, you must use an internet browser software that supports 256-bit Encryption.

To access, view and retain Communications from us, you will need the ability to receive and read emails that contain hyperlinks to

websites. If you provide us with an email address in your application, you may notify us of changes in your email address by writing us at support@zocaloans.com.

Even if you consent to the electronic delivery of Communications, you may also receive a paper copy of any Communications provided to you electronically by writing us at support@zocaloans.com. There is no fee for the paper copy. You may also withdraw your consent by sending us your request in writing to PO Box 1147, 27565 Research Park Dr, Mission, SD 57555. If you decide to withdraw your consent, the legal effectiveness, validity and/or enforceability of all prior electronic Communications will not be affected.

## ARBITRATION PROVISION

**PLEASE READ THIS ARBITRATION PROVISION CAREFULLY. IT PROVIDES THAT ANY DISPUTE MUST BE RESOLVED BY BINDING ARBITRATION. ARBITRATION REPLACES THE RIGHT TO GO TO COURT, INCLUDING THE RIGHT TO A JURY TRIAL, AND THE RIGHT TO INITIATE OR PARTICIPATE IN A CLASS ACTION OR SIMILAR COLLECTIVE OR CONSOLIDATED PROCEEDINGS. IN ARBITRATION, A DISPUTE IS RESOLVED BY AN ARBITRATOR INSTEAD OF A JUDGE OR JURY, AND THE ARBITRATOR'S DECISION IS FINAL AND BINDING. ARBITRATION PROCEEDINGS ARE SIMPLER AND MORE LIMITED THAN COURT PROCEDURES.**

**INDIVIDUAL CONSUMER ARBITRATION.** Our goal is to use individual consumer arbitration as an efficient and cost effective means of resolving any Dispute (as defined below). Both you and we have the right to seek resolution of any Dispute by submitting a demand for arbitration to Judicial Arbitration and Mediation Services, Inc. (JAMS) (www.jamsadr.com), or the American Arbitration Association (AAA) (www.adr.org), at the option of the party requesting arbitration. Disputes also may be referred to another arbitration organization if you and we agree in writing.

**ARBITRATION PROCEDURES.** Any arbitration shall proceed only under the streamlined, expedited, consumer or small dollar commercial rules of the selected arbitration organization in effect when the arbitration claim is filed and as provided in this Arbitration Provision. However, if those rules conflict with this Agreement, then this Agreement shall control. To keep costs low, you may utilize telephonic or internet hearings available through the selected arbitration organization. We adhere to and follow the Consumer Due Process Protocol of the AAA, which can be found at: http://www.adr.org/, and the JAMS Minimum Standards of Procedural Fairness for consumer arbitrations, which can be found at: http://www.jamsadr.com/rules-consumer-minimum-standards. The arbitration panel shall consist of a single arbitrator chosen by the selected arbitration organization who shall be knowledgeable of the subject matter of the Dispute. No mediation shall be required. The arbitrator shall apply the laws of the Rosebud Sioux Tribe that govern this Agreement. Any arbitration award may be enforced in the courts of the Rosebud Sioux Tribe, or by our governmental regulator.

LIMITED WAIVER OF SOVEREIGN IMMUNITY FOR INDIVIDUAL CONSUMER ARBITRATION. Rosebud Lending LZO d/b/a ZocaLoans **provides a limited waiver of sovereign immunity for the single and specific arbitration between you, individually, and us.**

**NO CLASS ACTIONS OR CONSOLIDATED ACTIONS.** There shall be no right or ability for any Disputes to be arbitrated or litigated on a classwide or collective basis. Similarly, the claims of more than one person may not be arbitrated or litigated jointly or consolidated with any other individual's claims. **ANY ARBITRATION OF ANY DISPUTE UNDER THIS AGREEMENT SHALL BE AN INDIVIDUAL CONSUMER ARBITRATION ONLY; NO CLASS ACTION ARBITRATION AND NO COURT ADJUDICATION WHATSOEVER SHALL BE AVAILABLE.**

**DISPUTE DEFINED.** The word "Dispute" is given the broadest possible meaning and includes, without limitation (a) all claims, disputes, or controversies arising from or relating directly or indirectly to this Arbitration Provision, ("this Provision"), the validity and scope of this Provision and any claim or attempt to set aside this Provision; (b) all U.S. federal or state law claims, disputes or controversies, arising from or relating directly or indirectly to this Agreement, the information you gave us before entering into this Agreement, including your customer information application, and/or any past loan agreements between you and us; (c) all counterclaims, crossclaims and third party claims; (d) all common law claims, based upon contract, tort, fraud, or other intentional torts; (e) all claims based upon a violation of any state or federal constitution, statute or regulation; (f) all claims asserted by us against you, including claims for money damages to collect any sum we claim you owe us; (g) all claims asserted by you individually against the Tribe, us and/or any of our employees, agents, directors, officers, governors, managers, members, parent company or affiliated entities (collectively, "related third parties"), including claims for money damages and/or equitable or injunctive relief; (h) all claims asserted on your behalf by another person; (i) all claims asserted by you as a representative and member of a class of persons, or in any other representative capacity, against us and/or related third parties ("Representative Claims"); and/or (j) all claims arising from or relating directly or indirectly to the disclosure by us or related third parties of any nonpublic personal information about you.

All Disputes, including any Representative Claims against us and/or related third parties, shall be resolved by arbitration as provided in this Provision only on an individual basis with you. Any party to a Dispute, including related third parties, may send the other party written notice by certified mail return receipt requested of their Dispute and setting forth the subject of the Dispute along with the relief requested.

**THIS PROVISION IS BINDING.** This Provision is binding upon and benefits you, your respective heirs, successors and assigns. This Provision is binding upon and benefits the Tribe, us, our successors and assigns, and related third parties. This Provision continues in full force and effect, even if your obligations have been paid or discharged through bankruptcy. This Provision survives any cancellation, termination, amendment, expiration or performance of any transaction between you and us and continues in full force and effect unless you and we otherwise agree in writing.

THIS ARBITRATION PROVISION MEANS THAT:

- YOUR RIGHT TO FILE SUIT AGAINST US FOR ANY CLAIM OR DISPUTE REGARDING THIS AGREEMENT IS LIMITED BY THIS PROVISION AND SOVEREIGN IMMUNITY;
- YOU ARE GIVING UP YOUR RIGHT TO HAVE A TRIAL BY JURY TO RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES;
- YOU ARE GIVING UP YOUR RIGHT TO HAVE A COURT RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES; AND
- YOU ARE GIVING UP YOUR RIGHT TO SERVE AS A REPRESENTATIVE OR IN ANY OTHER REPRESENTATIVE CAPACITY, AND/OR TO PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS, IN ANY LAWSUIT OR ARBITRATION FILED AGAINST US AND/OR RELATED THIRD PARTIES.



**PAYMENT CHOICE AUTHORIZATION**

This Payment Choice Authorization is a part of and relates to the Agreement dated 12/06/2021. The words "you" and "your" mean the borrower who has electronically signed this Payment Choice Authorization. The words "we", "us" and "our" mean ZL-PLATINUM and our successors and assigns.

**Your Payment Choice.** You understand and agree that you may repay your loan by check, money order or other means acceptable to us, or that you may optionally choose the convenience of having your regularly scheduled payments transmitted to us by electronic means through Electronic Funds Transfers ("EFT"). Your agreed upon Payment Choice Authorization will remain in effect until your loan, including principle, finance charges and other charges, is paid in full. You may only revoke the above authorizations by contacting us directly. If you revoke your authorization, you agree to provide us with another form of payment acceptable to us. You have elected to pay this loan as follows (check applicable box):

☉   **Automatic Payments by EFT (EFT Authorization):** You elect to repay the loan by EFT. You authorize us to withdraw funds for each of the regularly scheduled loan payments listed in the Payment Schedule of your Agreement (as defined in the Agreement above) by using any commercially available methods we choose, such as (but not limited to) ACH entries, "remote checks" or transactions through your debit card accessing your Bank Account. If any payment date falls on a weekend or holiday, you understand and agree that the payment will be executed on the next business day. You acknowledge that the repayment of the loan by EFT is an option that has been offered to you for your convenience. You are not required to repay the loan by EFT and repaying by EFT is not a condition for approval of the loan. You may revoke this EFT authorization as provided below. You understand that the cancellation of the EFT authorization in no way relieves you of the obligation to fulfill the contractual obligations to make all required payments. If you revoke this EFT authorization, you must make your payments by another means acceptable to us.

○   **MAILED PAYMENTS:** You elect to repay the loan by mailing us a cashier's check, money order or bill pay service through your bank, that we receive no later than your Payment Due Date to:

   PO Box 1147, 27565 Research Park Dr
   Mission, SD 57555

**REMOTELY CREATED CHECKS.** If you terminate any previous EFT authorization you provided, or if we do not receive your check or money order by the Payment Due Date, you agree to make all payments required under the Agreement by creating paper checks drawn on your Bank Account and bearing your typed name rather than your handwritten signature ("Remotely Created Checks"). You authorize us and our agents, successors and assigns to submit each Remotely Created Check for payment to the Paying Bank in the amount of each payment owing under this Agreement, including any returned payment charges or other amounts owing to us upon acceleration of this loan as a result of your Default. Your typed name shall constitute your authorized signature fully reflecting your intent to authenticate these Remotely Created Checks, which are also known as demand drafts, telechecks, preauthorized drafts, or paper drafts. If you believe we charged your Bank Account in a manner not contemplated by this authorization, then please contact us. You authorize us to vary the amount of any preauthorized payment by Remotely Created Check as needed to repay installments due on the loan as modified by any prepayment.

**RETURNED ITEM FEE.** If your payment is returned unpaid, you authorize us to make a onetime EFT from your Bank Account to collect a fee for any payment made by you on this loan if it is not honored or cannot be processed for any reason, including not enough money in your Bank Account. You agree to pay us a fee of $25.00. You authorize us and our agents to make a onetime EFT from your Bank Account to collect this fee. Your financial institution may also impose a fee.

**NOTICE OF VARYING AMOUNTS.** For those customers who have chosen the EFT Authorization, please note that you have the right to receive notice from us of all withdrawals from Your Bank Account by an EFT that vary in amount at least 10 days prior to the payment being collected. However, by signing below, you are agreeing that we only have to tell you the range of withdrawals that we can make. The range of withdrawals will be $0.01 to $652.08. For any withdrawal outside of this specified range, we will send you a notice 10 days prior to the date of the debit. Therefore, by signing this Agreement below, you acknowledge that you will only receive notice when a withdrawal exceeds the amount in the specified range. You authorize us to vary the amount of any withdrawal as needed to repay installments due on the loan as modified by any partial prepayments you make, so long as such withdrawal is within the specified range: $0.01 to $652.08.

You agree to notify us of any changes in your Bank Account information or revocation of any payment authorization by giving written notice to us at PO Box 1147, 27565 Research Park Dr, Mission, SD 57555 or at support@zocaloans.com. Notice must be received by us not less than 3 business days prior to a scheduled Payment Due Date in order for us to terminate the automatic payments by that Payment Due Date. If you give us oral notice to stop payments, you must also confirm your stop-payment order within 14 days in writing. Otherwise the stop payment order is no longer effective. These notifications must be sent to us at PO Box 1147, 27565 Research Park Dr, Mission, SD 57555 or at support@zocaloans.com.

By signing below, you certify that you are an owner of or authorized signer for your Bank Account and that you will not dispute payments debited from your Bank Account provided that the debit corresponds to the terms of this Payment Choice Authorization.

**ELECTRONIC SIGNATURES.** You have consented to sign this Agreement and this Payment Choice Authorization using an electronic signature. You understand and agree that you intend: (i) your electronic signature to be an electronic signature under applicable federal and state law; (ii) to conduct business with us by electronic records and electronic signatures; and (iii) this Agreement will not be governed by Article 3 of the Uniform Commercial Code.

### SIGNATURE AND ACCEPTANCE OF ALL TERMS AND CONDITIONS

BY TYPING YOUR NAME AND CLICKING THE "SIGN AND SEND" BUTTON, YOU ACKNOWLEDGE THAT YOU HAVE BEEN PROVIDED AN OPPORTUNITY TO REVIEW ALL THE TERMS OF THE AGREEMENTS LISTED BELOW. BY ELECTRONICALLY SIGNING, YOU ARE AGREEING TO THE TERMS AND CONDITIONS OF:

1. THE LOAN AGREEMENT
2. THE CONSENT TO ELECTRONIC COMMUNICATIONS AND DISCLOSURES
3. THE ARBITRATION PROVISION
4. THE PAYMENT CHOICE AUTHORIZATION
5. You have access to the internet, are able to send and receive emails and have the ability to download or print a fully completed copy of these Agreements for your records.

YOUR ELECTRONIC SIGNATURE: *David Johnson (IP:* ▮▮▮▮▮▮▮*)*

ELECTRONICALLY SIGNED FROM: ▮▮▮▮▮▮▮ on *12/06/2021 9:13 AM*



Page 8/8

**EXHIBIT J**

Small Personal Loans Rates & Fees | Zoca Loans

# Rates & Fees

## How do I contact ZocaLoans?

- The minimum initial loan amount is $200.00.
- The maximum loan amount will be $1,500.00.

## Cost of Your Installment Loan

The total payments due and APR will be disclosed on your loan agreement. The payment schedule on your loan agreement will include the number of payments, payment amounts and payment dates for the duration of the loan. For details on the specific fees of your loan, please see your loan agreement. Late fees and non-sufficient funds / returned item fees may apply as described in your loan agreement. Examples of the total payments charged of your loan are provided in the table below. To minimize the cost of your loan, we strongly recommend that you pay your loan in full or make additional payments as soon as you can. There are no penalties for early payoff.

## Payment Schedules

Your full payment schedule will be included in your loan agreement. You can reduce the total cost of your loan by paying off your loan prior to your last due date on your payment schedule or by making additional payments on or between your payment due dates. You control how soon you wish to pay your loan off. There will not be any prepayment penalties.

Small Personal Loans Rates & Fees | Zoca Loans

Below is a sample payment schedule for a $300 loan. Please note that your APR may vary based upon your total loan duration and amount funded. Remember that the sooner you pay back your loan, the less your total loan cost will be. If you are interested in paying your loan in full before your last due date, or paying any additional amount towards your loan, please ask a loan manager to set up the payment for you at least 2 days prior to your scheduled pay date. If you wish to set your loan to pay in full at any time, you can also do so in your member log in. You must schedule the payment at least 2 days prior to your scheduled pay date.

# ZocaLoans SAMPLE Simple Interest Loan Payments

Approx. Payback: 12 payments (Sample is bi-weekly Payments)

Approx 795% APR

| Payment Number | Principle Amount | Interest Amount | Payment Amount | When Payment is Due |
|---|---|---|---|---|
| 1. | $3.60 | $94.25 | $99.00 | 10/16/2015 |
| 2. | $4.75 | $94.25 | $99.00 | 10/30/2015 |
| 3. | $6.26 | $92.74 | $99.00 | 11/13/2015 |
| 4. | $8.25 | $90.75 | $99.00 | 11/27/2015 |
| 5. | $10.87 | $88.13 | $99.00 | 12/11/2015 |
| 6. | $14.33 | $84.67 | $99.00 | 12/28/2015 |
| 7. | $18.89 | $80.12 | $99.00 | 1/8/2016 |
| 8. | $24.89 | $74.11 | $99.00 | 1/22/2016 |
| 9. | $32.81 | $66.18 | $99.00 | 2/5/2016 |
| TOTAL | $300.00 | $888.00 | $1,188.00 | 3/18/2016 |

Small Personal Loans Rates & Fees | Zoca Loans

| Payment Number | Principle Amount | Interest Amount | Payment Amount | When Payment is Due |
|---|---|---|---|---|
| 10. | $43.24 | $55.75 | $99.00 | 2/19/2016 |
| 11. | $56.99 | $42.00 | $99.00 | 3/4/2016 |
| 12. | $75.12 | $23.88 | $99.00 | 3/18/2016 |
| TOTAL | $300.00 | $888.00 | $1,188.00 | 3/18/2016 |

## Funding Timeframes

Applications processed and approved before 8pm CST Monday-Friday are typically funded on the next business day.

## Late / NSF Fees

If a payment is not made by your due date, you will be subject to additional fees. If a payment is returned because there are insufficient funds on deposit, or your payment is dishonored by your financial institution for any reason, then you will be assessed an NSF fee of $25. If any payment is late by more than two days after the due date, then you will be responsible for an additional $25 late fee.

# Contact us

## Call us at 1-888-980-1532

Small Personal Loans Rates & Fees | Zoca Loans

## or email us support@zocaloans.com

Your name

Email

Subject

Your message

## Quick, Hassle-free loans! Apply now (https://account.zocaloans.com/apply?)

Rosebud Lending LZO

PO Box 1147

27565 Research Park Dr.

Mission, SD 57555

Contact

Small Personal Loans Rates & Fees | Zoca Loans

support@zocaloans.com (mailto:support@zocaloans.com)

1-888-980-1532

f (https://www.facebook.com/ZocaLoans/) ⊙ (https://www.instagram.com/zocaloans/) ✈
(https://twitter.com/zocaloans) ⓟ (https://www.pinterest.com/zocaloans/)

## Company

FAQ (/en/faq/)

How It Works (/en/how-it-works/)

Contact Us

Rates & Fees (/en/rates-fees/)

SMS Policy (/en/sms-policy/)

Consent to Electronic Communication and Disclosures (/en/consent/)

Terms & Conditions (/en/terms-conditions/)

Privacy Policy (/en/privacy-policy/)

Copyright 2020 © ZocaLoans

Please note: This is an expensive form of borrowing and is not intended to be a long-term financial solution. ZocaLoans loans are designed to assist you in meeting your emergency borrowing needs. Rosebud Lending LZO is the tribal lending agency of Rosebud Lending, a subsidiary of the Rosebud Economic Development Corporation, an economic development arm and entity of the Rosebud Sioux Tribe, a sovereign nation located within the United States of America and operating within the Tribe's reservation. Rosebud Lending does business as ZocaLoans. ZocaLoans does not lend in all states.

For more information CLICK HERE

**<u>EXHIBIT K</u>**

## Domain Name Registration for zocaloans.com,
## Record Date: July 21, 2019

```
Domain Name: zocaloans.com
Registry Domain ID: 1948139094_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2019-07-21T10:05:22Z
Creation Date: 2015-07-20T22:30:14Z
Registrar Registration Expiration Date: 2020-07-20T22:30:14Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registrant Organization: 777 Partners
Registrant State/Province: Florida
Registrant Country: US
Registrant Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/resu
lts.aspx?domain=zocaloans.com
Admin Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/results.a
spx?domain=zocaloans.com
Tech Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/results.as
px?domain=zocaloans.com
Name Server: NS-262.AWSDNS-32.COM
Name Server: NS-776.AWSDNS-33.NET
Name Server: NS-1561.AWSDNS-03.CO.UK
Name Server: NS-1110.AWSDNS-10.ORG
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```