IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH MORGAN and DAVID JOHNSON, on behalf of Plaintiffs and the class members described herein, <br><br> Plaintiffs, <br><br> vs. <br><br> ROSEBUD LENDING LZO d/b/a ZocaLoans; <br> 777 PARTNERS LLC; <br> TACTICAL MARKETING PARTNERS, LLC; <br> F3EA CAPITAL, LLC; F3EA SERVICING, LLC; <br> F3EA HOLDINGS, LLC; <br> and JOHN DOES 1-10, <br><br> Defendants. | Case No.: 1:24-cv-01004 |

## NOTICE OF JOINT MOTION

PLEASE TAKE NOTICE that on Thursday, April 11, 2024 at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel shall appear before the Honorable Jorge L. Alonso, in Courtroom 1903 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the 777 Companies' JOINT MOTION TO STAY PROCEEDINGS (ECF 15) and MOTIONS FOR LEAVE TO APPEAR PRO HAC VICE (ECF 13, 14).

Respectfully submitted,

By: /s/ Patrick O. Daugherty
Patrick O. Daugherty (*pro hac vice pending*)
Nakia Arrington (*pro hac vice pending*)
VAN NESS FELDMAN, LLP
2000 Pennsylvania Avenue, NW, Suite 6000
Washington, DC 20006
(202) 298-1800
pod@vnf.com
narrington@vnf.com

Dated: April 5, 2024