**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOSEPH MORGAN and DAVID JOHNSON, on behalf of Plaintiffs and the class members described herein,<br><br>Plaintiffs,<br><br>vs.<br><br>ROSEBUD LENDING LZO d/b/a ZocaLoans; 777 PARTNERS LLC; TACTICAL MARKETING PARTNERS, LLC; F3EA CAPITAL, LLC; F3EA SERVICING, LLC; F3EA HOLDINGS, LLC; and JOHN DOES 1-10,<br><br>Defendants. | Case No.: 1:24-cv-01004 |

## STIPULATION TO DISMISS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Joseph Morgan and David Johnson, Defendants 777 Partners LLC, Tactical Marketing Partners, LLC, F3EA Capital, LLC, F3EA Servicing , LLC, F3EA Holdings, LLC (the "777 Defendants"), and Defendant Rosebud Lending LZO d/b/a ZocaLoans ("Rosebud Lending") hereby stipulate to the dismissal of this action with prejudice as to Plaintiffs' individual claims and without prejudice with respect to the claims of the putative classes. Each Party shall bear its own fees and expenses.

Dated: October 24, 2024

Respectfully submitted,

*/s/ Sarah A. Zielinski*
Sarah A. Zielinski (IL 6294156)
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601-1818
szielinski@mcguirewoods.com
Telephone: 312.849.8100
Fax: 312.849.3690
*Counsel for Defendant Rosebud Lending LZO d/b/a ZocaLoans*

*/s/ Patrick O. Daugherty*
Patrick O. Daugherty
Nakia Arrington
VAN NESS FELDMAN LLP
2000 Pennsylvania Avenue, NW, Suite 6000
Washington, DC 20006
(202) 298-1860
pod@vnf.com
nla@vnf.com
*Counsel for 777 Partners LLC, Tactical Marketing Partners, LLC, F3EA Capital, LLC, F3EA Servicing, LLC, F3EA Holdings, LLC*

1

*/s/ Dulijaza Clark*
Daniel A. Edelman (ARDC 0712094)
Tara L. Goodwin (ARDC 6297473)
Dulijaza (Julie) Clark (ARDC 6273353)
**EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)

Email address for service:
courtecl@edcombs.com

**CERTIFICATE OF SERVICE**

  I, Dulijaza Clark, hereby certify that on October 24, 2024, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system, which shall cause notification to be sent to all counsel of record.

*s/ Dulijaza Clark*
Dulijaza (Julie) Clark

Daniel A. Edelman
Dulijaza (Julie) Clark
Tara L. Goodwin
EDELMAN, COMBS, LATTURNER
  & GOODWIN, LLC
20 S. Clark Street, Suite 1800
Chicago, IL 60603
(312) 739-4200